IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union<br><br>Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 11-CV-2340 RDR/KGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL OF SAXON ASSET SECURITIES COMPANY
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Please take notice that Plaintiff's claims against Defendant Saxon Asset Securities Company are dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:   November 15, 2011

                                        Respectfully submitted,

                                        STUEVE SIEGEL HANSON LLP

                                By: /s/ Norman E. Siegel
                                        Norman E. Siegel (D. Kan. # 70354)
                                        Rachel E. Schwartz (Kan. # 21782)
                                        460 Nichols Road, Suite 200
                                        Kansas City, MO 64112
                                        816-714-7100
                                        816-714-7101 (fax)
                                        siegel@stuevesiegel.com
                                        schwartz@stuevesiegel.com

                                        *Attorneys for Plaintiff*

208944

George A. Zelcs, *pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
312-641-9750
312-641-9751 (fax)
GZelcs@koreintillery.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark T. Cramer - mark.cramer@kirkland.com
Tammy A. Tsoumas - tammy.tsoumas@kirkland.com
R. Alexander Pilmer – alexander.pilmer@kirkland.com
KIRKLAND & ELLIS
333 South Hope Street, 29th Floor
Los Angeles, CA 90071
213-680-8412
213-680-8500 (fax)
*Attorney for Defendants RBS Securities, Inc.*
*(f/k/a Greenwich Capital Markets, Inc.) and*
*Greenwich Capital Acceptance, Inc.*

Mikel L. Stout - mstout@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-291-9516
866-347-5137 (fax)
*Attorney for Defendants RBS Securities, Inc.*
*(f/k/a Greenwich Capital Markets, Inc.) and*
*Greenwich Capital Acceptance, Inc.*

208944

Stacey R. Gilman – sgilman@berkowitzoliver.com
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT, LLP
2600 Grand Boulevard, Ste. 1200
Kansas City, MO 64108
816-627-0216
816-561-1888 (fax)
*Attorney for Defendant Fremont Mortgage Securities Corp.*

Faiza Bergquist – faiza.bergquist@huschblackwell.com
Michael Thompson – michael.thompson@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Ste. 1000
Kansas City, MO 64112
816-983-8389
816-983-8080 (fax)
*Attorney for Defendant Novastar Mortgage Funding Corp.*

William F. Alderman – walderman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
415-773-5700
415-773-5759 (fax)
*Attorney for Defendant Novastar Mortgage Funding Corp.*

Arthur E. Palmer - apalmer@gseplaw.com
GOODELL, STRATTON, EDMONDS & PALMER, LLP
515 South Kansas Avenue
Topeka, KS 66603-3999
785-233-0593
785-233-8870 (fax)
*Attorney for Defendant Nomura Home Equity Loan, Inc.*

Barbara S. Steiner - bsteiner@jenner.com
Matthew J. Thomas - mthomas@jenner.com
JENNER & BLOCK LLC
353 N. Clark Street
Chicago, IL 60654
312-923-2893
312-840-7293 (fax)
*Attorney for Defendant Nomura Home Equity Loan, Inc.*

208944

A courtesy copy was sent by electronic mail to:

J. Matthew Goodin - jmgoodin@lockelord.com
Thomas J. Cunningham - tcunningham@lockelord.com
Kevin Wisniewski - kwisniewski@lockelord.com
*Attorney for Defendant Residential Funding Mortgage Securities II, Inc.*

Rita Maria Haeusler - haeusler@hugheshubbard.com
Scott Christiansen - christen@hugheshubbard.com
Lawrence D. Greenbaum - lgreenbaum@mvplaw.com
*Attorney for Defendant IndyMac, MBS, Inc.*

Jim Rouhandeh - rouhandeh@davispolk.com
Carissa Pilotti - Carissa.pilotti@davispolk.com
*Attorney for Defendant Saxon Asset Securities Co.*

Jeffrey J. Kalinowski - jeff.kalinowski@bryancave.com
Richard H. Kuhlman - rick.kuhlman@bryancave.com
*Attorney for Defendant Wachovia Mortgage Loan and Trust LLC*

A courtesy copy was sent by regular mail to:

Lares Asset Securitization, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Financial Asset Securities Corp.
c/o Corporation Service Company
2711 Centerville Road Suite 400
Wilmington, DE 19808

/s/ Norman E. Siegel
**Attorneys for Plaintiff**

208944