**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, | ) ) ) ) | |
| Plaintiff, | ) ) | Case Nos. 11-cv-2340-JWL-JPO |
| v. | ) ) | |
| RBS SECURITIES, INC., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, and Southwest Corporate Federal Credit Union, | ) ) ) ) ) ) | Case No. 12-cv-2648-JWL-JPO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CREDIT SUISSE SECURITIES (USA) LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Members United Corporate Federal Credit Union, | ) ) ) ) ) ) ) | Case No. 12-cv-2781-JWL-JPO |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BEAR STEARNS & CO., INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER DISMISSING DEFENDANT INDYMAC MBS, INC.

**UPON CONSIDERATION** of the Stipulation of Dismissal with Prejudice by and between Plaintiff NCUA and Defendant IndyMac MBS, Inc. and Joint Request for Entry of Order in each of the three cases specified above, it is hereby

**ORDERED** that all of Plaintiff's claims against Defendant IndyMac MBS, Inc. in each of the three cases specified above are **DISMISSED**, with prejudice, and with each party to bear its own costs, expenses and attorneys' fees.

Dated this 29th day of May, 2013.

                                          s/ John W. Lungstrum
                                          JOHN W. LUNGSTRUM
                                          United States District Judge