**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, <br><br>        Plaintiff, <br><br> v. <br><br> RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., RBS ACCEPTANCE, INC., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC., FINANCIAL ASSET SECURITIES CORP., RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., NOVASTAR MORTGAGE FUNDING CORP., NOMURA HOME EQUITY LOAN, INC., LARES ASSET SECURITIZATION, INC., and WACHOVIA MORTGAGE LOAN TRUST, LLC, <br><br>        Defendants. | Case No. 11-2340-JWL-JPO |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, <br><br>        Plaintiff, <br><br> v. <br><br> WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, <br><br>        Defendant. | Case No. 11-2649-JWL-JPO |

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF
CLAIMS AGAINST DEFENDANT RESIDENTIAL FUNDING MORTGAGE
SECURITIES II, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)-(ii)**

WHEREAS the National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, and Residential Funding Mortgage Securities II, Inc. have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii), this Action shall be, and hereby is, dismissed with prejudiced, each party to bear its own costs, expenses, and fees.

Dated: March 12, 2014

**STUEVE SIEGEL HANSON LLP**

/s/ Rachel E. Schwartz
Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (D. Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Joseph S. Hall, *pro hac vice*
Scott K. Attaway, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax:  (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
jhall@khhte.com
sattaway@khhte.com

Stephen M. Tillery, *pro hac vice*
Greg G. Gutzler (D. Kan. # 78425)
Michael E. Klenov, *pro hac vice*
Steven M. Berezney, (D. Kan. # 78424)
KOREIN TILLERY LLC
505 North Seventh Street
Suite 3600
St. Louis, Missouri 63101-1625
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
mklenov@koreintillery.com
sberezney@koreintillery.com

George A. Zelcs, *pro hac vice*
KOREIN TILLERY LLC
205 North Michigan Avenue, Ste. 1950
Chicago, IL 60601
Tel: (312) 641-9760
Fax:  (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Dated: March 12, 2014


**LATHROP & GAGE LLP**

/s/ James Moloney
James Moloney (D. Kan. # 23786)
Alison Auxter (D. Kan. # 23062)
LATHROP & GAGE LLP
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Tel.: (816) 460-5561
Fax: (816) 292-2001
jmoloney@lathropgage.com
aauxter@lathropgage.com


Thomas J. Cunningham *(pro hac vice)*
J. Matthew Goodin *(pro hac vice)*
Kevin A. Wisniewski (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive, Suite 4500
Chicago, IL 60606-4410
Tel: (312) 443-0472
Fax: (312) 896-6472
tcunningham@lockelord.com
jmgoodin@lockelord.com
kwisniewski@lockelord.com


*Attorneys for Defendant Residential Funding Mortgage Securities II, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

<u>/s/ Rachel E. Schwartz</u>
Rachel E. Schwartz