```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                       Plaintiff,      :      13 Civ. 6705 (DLC)
               -v-                     :      13 Civ. 6719 (DLC)
                                       :      13 Civ. 6721 (DLC)
MORGAN STANLEY & CO., et al.,          :      13 Civ. 6726 (DLC)
                                       :      13 Civ. 6727 (DLC)
                       Defendants.     :      13 Civ. 6731 (DLC)
                                       :      13 Civ. 6736 (DLC)
And other NCUA Actions.                :
-------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                       Plaintiff,      :      11  Civ. 2340 &
               -v-                     :      2649 (JWL)
                                       :      12 Civ. 2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :      12 Civ. 2648 (JWL)
CAPITAL MARKETS, INC., et al.,         :      13 Civ. 2418 (JWL)
                                       :
                       Defendants.     :
                                       :
And other NCUA Actions.                :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/1/14_____

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                       Plaintiff,      :
               -v-                     :
                                       :
RBS SECURITIES, INC., f/k/a GREENWICH  :      11 Civ. 5887 (GW)
CAPITAL MARKETS, INC., et al.,         :      11 Civ. 6521 (GW)
                                       :
                       Defendants.     :
                                       :              ORDER
And other NCUA Actions.                :
-------------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

As per the April 9, 2014 Master Discovery Protocol and Orders of April 30 and June 17, defendants were required to complete production of third-party transcripts by June 27, 2014. In a letter of June 27, the parties jointly request a two-week extension to make complete production.  It is hereby

ORDERED that the date by which defendants must complete production of third-party transcripts is extended to **July 11, 2014.**


SO ORDERED:


Dated: <u>July 1, 2014</u>            <u>/s/ Denise Cote</u>
                                     United States District Judge


Dated: <u>July 1, 2014</u>            <u>/s/ George H. Wu</u>
                                     United States District Judge


Dated: <u>July 1, 2014</u>            <u>/s/ John W. Lungstrum</u>
                                     United States District Judge


Dated: <u>July 1, 2014</u>            <u>/s/ James P. O'Hara</u>
                                     United States Magistrate Judge