```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                              Plaintiff,  :
                    -v-                   :           13cv6705 (DLC)
                                          :
MORGAN STANLEY & CO., et al.,             :
                                          :
                              Defendants. :
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                              Plaintiff,  :
                    -v-                   :           13cv6726 (DLC)
                                          :
RBS SECURITIES, INC., f/k/a GREENWICH     :
CAPITAL MARKETS, INC., et al.,            :
                                          :
                              Defendants. :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                              Plaintiff,  :
                    -v-                   :           11cv2340 (JWL)
                                          :
RBS SECURITIES, INC., f/k/a GREENWICH     :
CAPITAL MARKETS, INC., et al.,            :
                                          :
                              Defendants. :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/14

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                    Plaintiff,        :
              -v-                     :         11cv5887 (GW)
                                      :
RBS SECURITIES, INC., f/k/a GREENWICH :
CAPITAL MARKETS, INC., et al.,        :
                                      :              ORDER
                    Defendants.       :
-------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Having received RBS's application of September 16, 2014, it is hereby

ORDERED that NCUA shall file any response by Monday, September 22, 2014.

Dated: September 17, 2014     /s/ Denise Cote
                              United States District Judge


Dated: September 17, 2014     /s/ George H. Wu
                              United States District Judge


Dated: September 17, 2014     /s/ John W. Lungstrum
                              United States District Judge


Dated: September 17, 2014     /s/ James P. O'Hara
                              United States Magistrate Judge