```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
UNITED STATES DISTRICT COURT                  DATE FILED:  10/3/14
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                        Plaintiff,     :      13cv6705 (DLC)
               -v-                     :      13cv6719 (DLC)
                                       :      13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,          :      13cv6726 (DLC)
                                       :      13cv6727 (DLC)
                        Defendants.    :      13cv6731 (DLC)
                                       :      13cv6736 (DLC)
And other NCUA Actions.                :
-------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                        Plaintiff,     :      11cv2340 (JWL)
               -v-                     :      11cv2649 (JWL)
                                       :      12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :      12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,         :      13cv2418 (JWL)
                                       :
                        Defendants.    :
                                       :
And other NCUA Actions.                :
-------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, etc.,                        :
                    Plaintiff,      :
          -v-                       :    11cv5887 (GW)
                                    :    11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH:
CAPITAL MARKETS, INC., et al.,      :
                                    :    ORDER
                    Defendants.     :
                                    :
And other NCUA Actions.             :
------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

An April 9, 2014 Master Discovery Protocol ("MDP") has been entered in these coordinated actions. Section 12(a) of the MDP required parties to make a significant document production by June 6 and to "substantially complete" their document production by October 31, 2014. The MDP is hereby amended to add the following deadlines:

1. By October 31, 2014, each party shall certify that it has substantially completed its document production.

2. Without limiting the obligations imposed by Fed. R. Civ. P. 26(e), all parties must fully supplement their Fed. R. Civ. P 26 disclosures and all discovery responses served to date by November 7, 2014.

2

3. In each action, the deadline by which any party may move to amend its pleadings or join additional parties is November 14, 2014.[1]

IT IS SO ORDERED.

Dated: October 3, 2014          /s/ Denise Cote
                                United States District Judge


Dated: October 3, 2014          /s/ George H. Wu
                                United States District Judge


Dated: October 3, 2014          /s/ John W. Lungstrum
                                United States District Judge


Dated: October 3, 2014          /s/ James P. O'Hara
                                United States Magistrate Judge

---

[1] Because of the current appeals pending in two cases in the Central District of California (Nos. 11-cv-5887 and 11-cv-6521), paragraph 3 of this amendment to the MDP applies to those two cases only to the extent that they are governed by the MDP. However, a failure to move to amend pleadings (to add additional claims, affirmative defenses or parties) in those two cases by the November 14, 2014 date will result in any such motion to amend filed thereafter as falling within Fed. R. Civ. P. 16(b).