```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    13cv6705 (DLC)
               -v-                      :    13cv6719 (DLC)
                                        :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13cv6726 (DLC)
                                        :    13cv6727 (DLC)
                         Defendants.    :    13cv6731 (DLC)
                                        :    13cv6736 (DLC)
And other NCUA Actions.                 :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/14
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    11cv2340 (JWL)
               -v-                      :    11cv2649 (JWL)
                                        :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,          :    13cv2418 (JWL)
                                        :
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    11cv5887 (GW)
               -v-                      :    11cv6521 (GW)
                                        :
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :    ORDER
                                        :
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
------------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Having received defendants' November 14, 2014 letter regarding two discovery disputes with NCUA, it is hereby

ORDERED that NCUA shall submit any response by November 19, 2014.

Dated: November 17, 2014        /s/ Denise Cote
                                United States District Judge


Dated: November 17, 2014        /s/ George H. Wu
                                United States District Judge


Dated: November 17, 2014        /s/ John W. Lungstrum
                                United States District Judge


Dated: November 17, 2014        /s/ James P. O'Hara
                                United States Magistrate Judge