```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                    Plaintiff,            :
                 -v-                      :       13cv6719 (DLC)
                                          :       13cv6726 (DLC)
WACHOVIA CAPITAL MARKETS, LLC,            :
                                          :
                    Defendant.            :
                                          :
And other NCUA Actions.                   :
-------------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                    Plaintiff,            :       11cv2340 (JWL)
                 -v-                      :       11cv2649 (JWL)
                                          :
RBS SECURITIES, INC., f/k/a GREENWICH     :
CAPITAL MARKETS, INC., et al.,            :
                                          :
                    Defendants.           :
                                          :
And other NCUA Actions.                   :
-------------------------------------------X

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                    Plaintiff,            :
                 -v-                      :       11cv5887 (GW)
                                          :
RBS SECURITIES, INC., f/k/a GREENWICH     :       ORDER
CAPITAL MARKETS, INC., et al.,            :
                                          :
                    Defendants.           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/14

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On November 17, 2014 a letter was submitted to our Courts concerning the collection of the Wachovia and NovaStar defendant groups' sample loan files. Among other things, the letter states that Ocwen Loan Servicing, LLC ("Ocwen"), which apparently services many of 152 particular loans sought by NCUA, was able to produce loan files for only five of them, and now claims that it has exhausted its resources in attempting to locate them. Accordingly, it is hereby

ORDERED that NCUA shall request that Ocwen submit to NCUA by December 3, 2014 an affidavit describing in detail Ocwen's efforts to search for and produce non-corrupted files for the rest of the 152 loans being sought by NCUA that Ocwen services.

IT IS FURTHER ORDERED that NCUA shall provide the undersigned a copy of Ocwen's affidavit.


Dated: November 20, 2014     /s/ Denise Cote
                                 United States District Judge


Dated: November 20, 2014     /s/ George H. Wu
                                 United States District Judge


Dated: November 20, 2014     /s/ John W. Lungstrum
                                 United States District Judge


Dated: November 20, 2014     /s/ James P. O'Hara
                                 United States Magistrate Judge