```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     13cv6705 (DLC)
              -v-                     :     13cv6719 (DLC)
                                      :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :     13cv6726 (DLC)
                                      :     13cv6727 (DLC)
                        Defendants.   :     13cv6731 (DLC)
                                      :     13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X



UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     11cv2340 (JWL)
              -v-                     :     11cv2649 (JWL)
                                      :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :     12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :     13cv2418 (JWL)
                                      :
                        Defendants.   :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/14

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                         Plaintiff,   :
             -v-                      :     11cv5887 (GW)
                                      :     11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH :
CAPITAL MARKETS, INC., et al.,        :
                                      :     ORDER
                         Defendants.  :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Pursuant to the Loan File Reunderwriting Protocol of April 9, 2014 in these coordinated actions, the parties are required to provide status reports every four weeks on the "identification and production" of Loan Files and guidelines for NCUA's Sample Loans.  The November 26, 2014 status report reflects that difficulties exist in the collection of loan files from Residential Capital Liquidating Trust ("ResCap").

According to the most recent status report, in February 2014, NCUA issued subpoenas to ResCap for loan files.  Due to its bankruptcy, ResCap requested that NCUA first attempt to obtain the files from others.  Having exhausted these efforts, on September 9, NCUA requested 1,297 loan files from ResCap, and on November 4, requested another 203 files.  ResCap represented that it expected to produce 164 files by November 26, 2014, but

2

has not provided an estimated date for the production of the remaining files. Accordingly, it is hereby

ORDERED that NCUA shall advise our Courts by December 10, 2014, whether ResCap has made a commitment to NCUA to produce all of the requested loan files on a rolling basis, with the final production occurring no later than January 30, 2015.

Dated: December 1, 2014        /s/ Denise Cote
                               United States District Judge


Dated: December 1, 2014        /s/ George H. Wu
                               United States District Judge


Dated: December 1, 2014        /s/ John W. Lungstrum
                               United States District Judge


Dated: December 1, 2014        /s/ James P. O'Hara
                               United States Magistrate Judge