```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    13cv6705 (DLC)
                 -v-                      :    13cv6719 (DLC)
                                          :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :    13cv6726 (DLC)
                                          :    13cv6727 (DLC)
                         Defendants.      :    13cv6731 (DLC)
                                          :    13cv6736 (DLC)
And other NCUA Actions.                   :
------------------------------------------X

                                               ┌─────────────────────────────┐
                                               │ USDC SDNY                   │
                                               │ DOCUMENT                    │
                                               │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                   │ DOC #: _____    │
DISTRICT OF KANSAS                             │ DATE FILED: 12/12/14        │
------------------------------------------X   └─────────────────────────────┘
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    11cv2340 (JWL)
                 -v-                      :    11cv2649 (JWL)
                                          :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,            :    13cv2418 (JWL)
                                          :
                         Defendants.      :
                                          :
And other NCUA Actions.                   :
------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :
              -v-                       :       11cv5887 (GW)
                                        :       11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :       ORDER
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
-----------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Pursuant to the Loan File Reunderwriting Protocol ("LFRP") of April 9, 2014 in these coordinated actions, the parties are required to provide status reports every four weeks. The next such status report is currently due on December 26, 2014. A December 12 letter submitted on behalf of all parties requests that the deadline be adjusted given the upcoming holidays. Accordingly, it is hereby

ORDERED that the next status report under the LFRP is due by January 9, 2015.  Subsequent status reports are due every four weeks thereafter.

Dated: December 12, 2014        /s/ Denise Cote
                                United States District Judge


Dated: December 12, 2014        /s/ George H. Wu
                                United States District Judge


Dated: December 12, 2014        /s/ John W. Lungstrum
                                United States District Judge


Dated: December 12, 2014        /s/ James P. O'Hara
                                United States Magistrate Judge