```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :    13cv6705 (DLC)
              -v-                       :    13cv6719 (DLC)
                                        :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13cv6726 (DLC)
                                        :    13cv6727 (DLC)
                        Defendants.     :    13cv6731 (DLC)
                                        :    13cv6736 (DLC)
And other NCUA Actions.                 :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/15
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :    11cv2340 (JWL)
              -v-                       :    11cv2649 (JWL)
                                        :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,          :    13cv2418 (JWL)
                                        :
                        Defendants.     :
                                        :
And other NCUA Actions.                 :
------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                      Plaintiff,       :
           -v-                         :      11cv5887 (GW)
                                       :      11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH  :
CAPITAL MARKETS, INC., et al.,         :
                                       :      ORDER
                      Defendants.      :
                                       :
And other NCUA Actions.                :
-----------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 6, 2015, pursuant to § (g) of the Loan File Reunderwriting Protocol in these coordinated actions, the parties submitted a status report "as to identification and production by Defendant Groups and third-parties of Loan Files and Guidelines for the Sampled Loans, and as to the status of . . . stipulations."

The report lists, by Defendant Group, the percentage of Sampled Loans collected. Most are close to 100% and one is at 85%. But, for the Novastar Defendant Group, the collection stands at only 71%.

The report also lists, by Defendant Group, the number of loan file stipulations proposed by NCUA, the number of stipulation responses by a Defendant Group, the number of proposed stipulations for which a response has been due, and the

number of stipulations reached.  The Nomura Defendant Group is the only Defendant Group with which NCUA has reached no stipulations despite having proposed some.  Accordingly, it is hereby

ORDERED that, by March 13, the parties in the actions involving in the Novastar Defendant Group shall submit a more detailed status report describing the efforts to collect loan files for the Sampled Loans and any remaining hurdles that must be overcome to complete that collection effort.

IT IS FURTHER ORDERED that, by March 13, the parties in the actions involving in the Nomura Defendant Group shall submit a more detailed status report describing their efforts to confer regarding loan file stipulations proposed to the Nomura Defendant Group by NCUA.

Dated: March 10, 2015            /s/ Denise Cote
                                     United States District Judge


Dated: March 10, 2015            /s/ George H. Wu
                                     United States District Judge


Dated: March 10, 2015            /s/ John W. Lungstrum
                                     United States District Judge


Dated: March 10, 2015            /s/ James P. O'Hara
                                     United States Magistrate Judge