
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                          Plaintiff,       :     13cv6705 (DLC)
               -v-                         :     13cv6719 (DLC)
                                           :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,              :     13cv6726 (DLC)
                                           :     13cv6727 (DLC)
                          Defendants.      :     13cv6731 (DLC)
                                           :     13cv6736 (DLC)
And other NCUA Actions.                    :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/15
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                          Plaintiff,       :     11cv2340 (JWL)
               -v-                         :     11cv2649 (JWL)
                                           :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH      :     12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,             :     13cv2418 (JWL)
                                           :
                          Defendants.      :
                                           :
And other NCUA Actions.                    :
------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                      Plaintiff,         :
              -v-                        :     11cv5887 (GW)
                                         :     11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :
CAPITAL MARKETS, INC., et al.,           :
                                         :     ORDER
                      Defendants.        :
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 16, 2015, NCUA submitted a letter requesting that Goldman Sachs be ordered (1) to produce eight particular deposition transcripts from two cases involving collateralized debt obligation ("CDOs") without attaching certain conditions to that production; (2) to identify other deponents in those two cases; and (3) to identify other CDO cases involving any of the residential mortgage backed securities in these coordinated actions.  Accordingly, it is hereby

ORDERED that Goldman Sachs shall submit any response to NCUA's letter by March 19 at 10am EDT.

Dated: March 17, 2015         /s/ Denise Cote
                              United States District Judge


Dated: March 17, 2015         /s/ George H. Wu
                              United States District Judge


Dated: March 17, 2015         /s/ John W. Lungstrum
                              United States District Judge


Dated: March 17, 2015         /s/ James P. O'Hara
                              United States Magistrate Judge