```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :     13cv6705 (DLC)
                -v-                   :     13cv6719 (DLC)
                                      :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :     13cv6726 (DLC)
                                      :     13cv6727 (DLC)
                          Defendants. :     13cv6731 (DLC)
                                      :     13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/17/15 |

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                          Plaintiff,  :     11cv2340 (JWL)
                -v-                   :     11cv2649 (JWL)
                                      :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :     12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :     13cv2418 (JWL)
                                      :
                          Defendants. :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :
              -v-                       :     11cv5887 (GW)
                                        :     11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :     ORDER
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 17, 2015, NCUA submitted a letter requesting that defendant Credit Suisse be ordered (1) to promptly disclose the quantity of loans it intends to re-underwrite, the securitizations they back, and the method by which and purpose for which they are being selected; and (2) to identify by May 16 each specific loan it intends to re-underwrite for purposes of its expert reports.  Accordingly, it is hereby

ORDERED that Credit Suisse shall submit any response to NCUA's letter by March 20 at 10am EDT.

Dated: March 17, 2015        /s/ Denise Cote
                             United States District Judge


Dated: March 17, 2015        /s/ George H. Wu
                             United States District Judge


Dated: March 17, 2015        /s/ John W. Lungstrum
                             United States District Judge


Dated: March 17, 2015        /s/ James P. O'Hara
                             United States Magistrate Judge