```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, etc.,                         :
                      Plaintiff,     :    13cv6705 (DLC)
           -v-                       :    13cv6719 (DLC)
                                     :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,        :    13cv6726 (DLC)
                                     :    13cv6727 (DLC)
                      Defendants.    :    13cv6731 (DLC)
                                     :    13cv6736 (DLC)
And other NCUA Actions.              :
------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/27/15

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, etc.,                         :
                      Plaintiff,     :    11cv2340 (JWL)
           -v-                       :    11cv2649 (JWL)
                                     :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH:    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,       :    13cv2418 (JWL)
                                     :
                      Defendants.    :
                                     :
And other NCUA Actions.              :
------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :
            -v-                         :    11cv5887 (GW)
                                        :    11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :    ORDER
                        Defendants.     :
                                        :
And other NCUA Actions.                 :
-----------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 27, 2015, NCUA submitted a letter requesting that RBS be ordered (1) to promptly disclose the universe of loans it intends to re-underwrite, the securitizations they will be drawn from, how those loans will be selected, and for what purpose; (2) to promptly produce any such loan files within RBS's possession, custody, or control; and (3) to identify on or before May 16 the specific loans that will be the subject of its affirmative expert reports.  Accordingly, it is hereby

2

3

ORDERED that RBS shall submit any response to NCUA's March 27 letter by March 30 at 5:00pm EDT.

```
Dated: March 27, 2015          /s/ Denise Cote
                                   United States District Judge


Dated: March 27, 2015          /s/ George H. Wu
                                   United States District Judge


Dated: March 27, 2015          /s/ John W. Lungstrum
                                   United States District Judge


Dated: March 27, 2015          /s/ James P. O'Hara
                                   United States Magistrate Judge
```