```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                    Plaintiff,         :    13cv6705 (DLC)
            -v-                        :    13cv6719 (DLC)
                                       :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,          :    13cv6726 (DLC)
                                       :    13cv6727 (DLC)
                    Defendants.        :    13cv6731 (DLC)
                                       :    13cv6736 (DLC)
And other NCUA Actions.                :
------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                    Plaintiff,         :    11cv2340 (JWL)
            -v-                        :    11cv2649 (JWL)
                                       :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,         :    13cv2418 (JWL)
                                       :
                    Defendants.        :
                                       :
And other NCUA Actions.                :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :
              -v-                       :      11cv5887 (GW)
                                        :      11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :      ORDER
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On April 15, 2015, NCUA submitted a letter concerning RBS's compliance with our March 31 Order regarding disclosures of its intention to reunderwrite loans.  NCUA requests that, with the exception of certain identified loans in the Harborview 2007-4 securitization, RBS be precluded from reunderwriting any set of loans other than the Sampled Loans for purposes of an expert report.  Accordingly, it is hereby

ORDERED that RBS shall submit any response to NCUA's April 15 letter by April 20 at 10:00am EDT.

Dated: April 16, 2015        /s/ Denise Cote
                             United States District Judge


Dated: April 16, 2015        /s/ George H. Wu
                             United States District Judge


Dated: April 16, 2015        /s/ John W. Lungstrum
                             United States District Judge


Dated: April 16, 2015        /s/ James P. O'Hara
                             United States Magistrate Judge