```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    13cv6705 (DLC)
            -v-                           :    13cv6719 (DLC)
                                          :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :    13cv6726 (DLC)
                                          :    13cv6727 (DLC)
                         Defendants.      :    13cv6731 (DLC)
                                          :    13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    11cv2340 (JWL)
            -v-                           :    11cv2649 (JWL)
                                          :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,            :    13cv2418 (JWL)
                                          :
                         Defendants.      :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                    Plaintiff,          :
          -v-                           :      11cv5887 (GW)
                                        :      11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :
CAPITAL MARKETS, INC., et al.,          :
                                        :      ORDER
                    Defendants.         :
                                        :
And other NCUA Actions.                 :
------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On May 8, 2015, NCUA submitted a letter concerning Goldman Sachs's interpretation of § 10(d) of the Master Discovery Protocol.  Accordingly, it is hereby

ORDERED that Goldman Sachs shall submit any response to NCUA's May 8 letter by May 12 at 12:00pm EDT.


Dated:  May 11, 2015              /s/ Denise Cote
                                  United States District Judge


Dated:  May 11, 2015              /s/ George H. Wu
                                  United States District Judge


Dated:  May 11, 2015              /s/ John W. Lungstrum
                                  United States District Judge


Dated:  May 11, 2015              /s/ James P. O'Hara
                                  United States Magistrate Judge