```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                        Plaintiff,     :     13cv6705 (DLC)
              -v-                      :     13cv6719 (DLC)
                                       :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,          :     13cv6726 (DLC)
                                       :     13cv6727 (DLC)
                        Defendants.    :     13cv6731 (DLC)
                                       :     13cv6736 (DLC)
And other NCUA Actions.                :
------------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                        Plaintiff,     :     11cv2340 (JWL)
              -v-                      :     11cv2649 (JWL)
                                       :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,         :     12cv2648 (JWL)
                                       :     13cv2418 (JWL)
                        Defendants.    :
                                       :
And other NCUA Actions.                :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/15

```
```
```
```
```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                           Plaintiff,   :
              -v-                       :
                                        :   11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH   :   11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,          :
                                        :
                           Defendants.  :   ORDER
                                        :
And other NCUA Actions.                 :
------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On May 18, 2015, NCUA submitted a letter requesting, among other things, that UBS be ordered to respond fully to Interrogatory No. 11. Accordingly, it is hereby

ORDERED that UBS shall submit any response to NCUA's May 18 letter by May 20.

Dated: May 19, 2015          /s/ Denise Cote
                             United States District Judge

Dated: May 19, 2015          /s/ George H. Wu
                             United States District Judge

Dated: May 19, 2015          /s/ John W. Lungstrum
                             United States District Judge

Dated: May 19, 2015          /s/ James P. O'Hara
                             United States Magistrate Judge