```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                   Plaintiff,          :    13cv6705 (DLC)
           -v-                         :    13cv6719 (DLC)
                                       :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,          :    13cv6726 (DLC)
                                       :    13cv6727 (DLC)
                   Defendants.         :    13cv6731 (DLC)
                                       :    13cv6736 (DLC)
And other NCUA Actions.                :
------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                   Plaintiff,          :    11cv2340 (JWL)
           -v-                         :    11cv2649 (JWL)
                                       :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,         :    12cv2648 (JWL)
                                       :    13cv2418 (JWL)
                   Defendants.         :
                                       :
And other NCUA Actions.                :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/5/15_____

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                         Plaintiff,   :
           -v-                        :
                                      :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,        :
                                      :
                         Defendants.  :       ORDER
                                      :
And other NCUA Actions.               :
------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 4, 2015, RBS submitted a letter to our three Courts seeking an order in the Kansas and California actions compelling NCUA to produce deposition transcripts and exhibits from a separate lawsuit -- Corporate America Credit Union v. Herbst et al., No. 09cv2126 (IPJ) (N.D. Ala.) -- commenced by one of U.S. Central's members (Corporate America Credit Union) against U.S. Central's former officers and directors concerning U.S. Central's RMBS investments.  Accordingly, it is hereby

ORDERED that NCUA shall submit any response to RBS's June 4 letter by June 8 at noon EDT.

Dated: June 5, 2015          /s/ Denise Cote
                             United States District Judge


Dated: June 5, 2015          /s/ George H. Wu
                             United States District Judge


Dated: June 5, 2015          /s/ John W. Lungstrum
                             United States District Judge


Dated: June 5, 2015          /s/ James P. O'Hara
                             United States Magistrate Judge