# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union,<br><br>      Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., et. al,<br><br>      Defendants. | Case No. 11-CV-2340-JWL-JPO |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2015, copies of Defendant Nomura Home Equity Loan, Inc.'s and Nomura Asset Acceptance Corp.'s (collectively, "Nomura") Responses and Objections to NCUA's Notice of Rule 30(b)(6) Deposition to the Nomura Defendants were served via electronic mail to all counsel of record.

Dated: July 7, 2015

                Respectfully submitted,

                /s/ Faiza Alhambra
                Martin M. Loring  KS # 20840
                Faiza H. Alhambra  KS # 24525
                Husch Blackwell LLP
                4801 Main Street, Suite 1000
                Kansas City, Missouri 64112
                (816) 983-8000 Telephone
                (816) 983-8080 Facsimile
                martin.loring@huschblackwell.com
                faiza.alhambra@huschblackwell.com

                *Attorneys for Defendant Nomura Home Equity Loan, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7th, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Faiza Alhambra
                                                *Attorney for Nomura Home Equity Loan, Inc.*