```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :     13cv6705 (DLC)
               -v-                        :     13cv6719 (DLC)
                                          :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :     13cv6726 (DLC)
                                          :     13cv6727 (DLC)
                          Defendants.     :     13cv6731 (DLC)
                                          :     13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X
                                               ┌─────────────────────────────┐
                                               │ USDC SDNY                   │
                                               │ DOCUMENT                    │
                                               │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                   │ DOC #:_____ │
DISTRICT OF KANSAS                             │ DATE FILED:   7/9/15        │
-----------------------------------------X    └─────────────────────────────┘
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :     11cv2340 (JWL)
               -v-                        :     11cv2649 (JWL)
                                          :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :     12cv2648 (JWL)
                                          :     13cv2418 (JWL)
                          Defendants.     :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                        Plaintiff,     :
           -v-                         :
                                       :     11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH  :     11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,         :
                                       :
                        Defendants.    :     ORDER
                                       :
And other NCUA Actions.                :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On July 9, 2015, RBS submitted an application to our three Courts requesting an extension of the fact discovery deadline to August 5, 2015 for the limited purpose of conducting a 30(b)(6) deposition with Barclays Capital, Inc. Accordingly, it is hereby

2

ORDERED that any responsive submissions shall be filed by July 13, 2015, at 10 a.m. EDT.

Dated: July 9, 2015			/s/ Denise Cote
					United States District Judge


Dated: July 9, 2015			/s/ George H. Wu
					United States District Judge


Dated: July 9, 2015			/s/ John W. Lungstrum
					United States District Judge


Dated: July 9, 2015			/s/ James P. O'Hara
					United States Magistrate Judge