```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :      13cv6705 (DLC)
                -v-                     :      13cv6719 (DLC)
                                        :      13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :      13cv6726 (DLC)
                                        :      13cv6727 (DLC)
                        Defendants.     :      13cv6731 (DLC)
                                        :      13cv6736 (DLC)
And other NCUA Actions.                 :
------------------------------------------X
```

┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #:_____                     │
│ DATE FILED:   9/28/2015                   │
└─────────────────────────────────────────┘

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :      11cv2340 (JWL)
                -v-                     :      11cv2649 (JWL)
                                        :      12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :      12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :      12cv2648 (JWL)
                                        :      13cv2418 (JWL)
                        Defendants.     :
                                        :
And other NCUA Actions.                 :
------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                        Plaintiff,     :
            -v-                        :
                                       :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH  :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,         :
                                       :
                        Defendants.    :       ORDER
                                       :
And other NCUA Actions.                :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On September 28, 2015, UBS submitted an application to our three Courts requesting that NCUA be ordered to produce a deposition witness pursuant to Federal Rule of Evidence 30(b)(6) to testify to certain evidence.  Accordingly, it is hereby

ORDERED that any responsive submissions shall be filed by September 30, 2015, at 5:00 p.m. EDT.

Dated: September 28, 2015       /s/ Denise Cote
                                    United States District Judge


Dated: September 28, 2015       /s/ George H. Wu
                                    United States District Judge


Dated: September 28, 2015       /s/ John W. Lungstrum
                                    United States District Judge


Dated: September 28, 2015       /s/ James P. O'Hara
                                    United States Magistrate Judge

2