```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    13cv6705 (DLC)
              -v-                       :    13cv6719 (DLC)
                                        :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13cv6726 (DLC)
                                        :    13cv6727 (DLC)
                         Defendants.    :    13cv6731 (DLC)
                                        :    13cv6736 (DLC)
And other NCUA Actions.                 :
-----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/20/15

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                         Plaintiff,     :    11cv2340 (JWL)
              -v-                       :    11cv2649 (JWL)
                                        :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :    12cv2648 (JWL)
                                        :    13cv2418 (JWL)
                         Defendants.    :
                                        :
And other NCUA Actions.                 :
-----------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                         Plaintiff,        :
            -v-                            :
                                           :     11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH      :     11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,             :
                                           :
                         Defendants.       :     ORDER
                                           :
And other NCUA Actions.                    :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On October 19, 2015, UBS submitted an application to our three Courts requesting that NCUA be ordered to produce certain documents for which it has asserted the attorney-client privilege and/or the work product doctrine, on the ground that the documents are relevant to an equitable estoppel issue for reinstated Certificates in the Kansas action. It is hereby

2

ORDERED that any responsive submissions shall be filed by October 21, 2015, at 5:00 p.m. EDT.

Dated: October 20, 2015        /s/ Denise Cote
                                United States District Judge


Dated: October 20, 2015        /s/ George H. Wu
                                United States District Judge


Dated: October 20, 2015        /s/ John W. Lungstrum
                                United States District Judge


Dated: October 20, 2015        /s/ James P. O'Hara
                                United States Magistrate Judge