```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :    13cv6705 (DLC)
                 -v-                      :    13cv6719 (DLC)
                                          :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :    13cv6726 (DLC)
                                          :    13cv6727 (DLC)
                          Defendants.     :    13cv6731 (DLC)
                                          :    13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X

                                               USDC SDNY
                                               DOCUMENT
                                               ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                   DOC #:_____
DISTRICT OF KANSAS                             DATE FILED:  10/22/15
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :    11cv2340 (JWL)
                 -v-                      :    11cv2649 (JWL)
                                          :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :    12cv2648 (JWL)
                                          :    13cv2418 (JWL)
                          Defendants.     :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
         -v-                             :
                                         :    11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :    11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                         Defendants.     :        ORDER
                                         :
And other NCUA Actions.                  :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On October 21, 2015, NCUA submitted an application to our three Courts requesting that Goldman Sachs be precluded from using previously undisclosed expert opinions to support any loss causation defense. It is hereby

ORDERED that any responsive submissions shall be filed by October 23, 2015, at 5:00 p.m. EDT.

Dated: October 22, 2015            /s/ Denise Cote
                                   United States District Judge


Dated: October 22, 2015            /s/ George H. Wu
                                   United States District Judge


Dated: October 22, 2015            /s/ John W. Lungstrum
                                   United States District Judge


Dated: October 22, 2015            /s/ James P. O'Hara
                                   United States Magistrate Judge