IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for U.S. Central Federal Credit Union and Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CAPITAL MARKETS, LLC, n/k/a WELLS FARGO SECURITIES, LLC<br><br>Defendants. | Case No. 11-cv-2649 JWL/JPO |

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS the National Credit Union Administration Board as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union and Defendant Wachovia Capital Markets, LLC n/k/a Wells Fargo Securities, LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs.

Date: October 27, 2015

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Gregory G. Rapawy, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Of Counsel:
Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
National Credit Union Administration
1775 Duke Street
Alexandria, Virginia 22314

/s/ Steven M. Berezney

Steven M. Tillery, *pro hac vice*
Steven M. Berezney, (D. Kan. #78424)
Michael E. Klenov, *pro hac vice*
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com

George A. Zelcs, *pro hac vice*
KOREIN TILLERY LLC
205 North Michigan Avenue, Ste. 1950
Chicago, IL 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Date: October 27, 2015

David Fry, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Fax: (415) 512-4077
david-fry@mto.com

W. Perry Brandt (KS # 77842)
Logan M. Rutherford (KS # 25830)
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
(816) 374-3200;
(816) 374-330 (fax)

Jeffrey J. Kalinowski, *pro hac vice*
Richard H. Kuhlman, *pro hac vice*
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000;
(816) 374-330 (fax)

*Attorneys for Defendant Wachovia Capital Markets, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Rachel E. Schwartz
Counsel for Plaintiff