## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for U.S. Central Federal Credit Union, | |
| Plaintiff, | Case No. 11-cv-2340 JWL/JPO |
| vs. | |
| RBS SECURITIES, INC. *et al.*, | |
| Defendants. | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT WACHOVIA WITH PREJUDICE

WHEREAS the Plaintiff National Credit Union Administration Board as Liquidating Agent of U.S. Central Federal Credit Union ("NCUA") and Defendant Wachovia Mortgage Loan Trust, LLC ("Wachovia") (collectively, the "Parties") have reached a settlement disposing of all claims asserted by NCUA against Wachovia in the above-captioned action (the "Action");

NOW, THEREFORE, THE PARTIES HEREBY JOINTLY MOVE for an order, pursuant to Fed. R. Civ. P. 41(a)(2), dismissing the Action against only Wachovia with prejudice, each party to bear its own costs. For the avoidance of doubt, NCUA does not dismiss its claims against the remaining defendants.

Date: October 27, 2015

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Gregory G. Rapawy, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Of Counsel:
Michael J. McKenna, General Counsel
John K. Ianno, Associate General Counsel
National Credit Union Administration
1775 Duke Street
Alexandria, Virginia 22314

Steven M. Tillery, *pro hac vice*
Steven M. Berezney, (D. Kan. # 78424)
Michael E. Klenov, *pro hac vice*
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com

George A. Zelcs, *pro hac vice*
KOREIN TILLERY LLC
205 North Michigan Avenue, Ste. 1950
Chicago, IL 60601
Phone: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

Date: October 27, 2015

David Fry, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Phone: (415) 512-4000
Fax: (415) 512-4077
david-fry@mto.com

W. Perry Brandt (KS # 77842)
Logan M. Rutherford (KS # 25830)
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
(816) 374-3200;
(816) 374-330 (fax)

Jeffrey J. Kalinowski, *pro hac vice*
Richard H. Kuhlman, *pro hac vice*
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000;
(816) 374-330 (fax)

*Attorneys for Defendant Wachovia Mortgage Loan Trust LLC.*

SO ORDERED:

United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Norman E. Siegel
Counsel for Plaintiff