```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :     13cv6705 (DLC)
                -v-                       :     13cv6721 (DLC)
                                          :     13cv6727 (DLC)
MORGAN STANLEY & CO., et al.,             :     13cv6731 (DLC)
                                          :     13cv6736 (DLC)
                          Defendants.     :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :     11cv2340 (JWL)
                -v-                       :     11cv2649 (JWL)
                                          :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :     12cv2648 (JWL)
                                          :     13cv2418 (JWL)
                          Defendants.     :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/30/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
            -v-                          :
                                         :            11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :            11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                         Defendants.     :            ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

The goals of the coordination of these actions having been largely achieved, it is hereby

ORDERED that the parties are no longer required to submit discovery disputes or requests for a modification of a deadline contained in the Master Discovery Protocol to any court other than that court or courts directly affected by the dispute or modification request.

```
Dated: October 30, 2015         /s/ Denise Cote
                                _____
                                    United States District Judge


Dated: October 30, 2015         /s/ George H. Wu
                                _____
                                    United States District Judge


Dated: October 30, 2015         /s/ John W. Lungstrum
                                _____
                                    United States District Judge


Dated: October 30, 2015         /s/ James P. O'Hara
                                _____
                                   United States Magistrate Judge
```