```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                      Plaintiff,      :    13cv6705 (DLC)
            -v-                       :    13cv6721 (DLC)
                                      :    13cv6727 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
                      Defendants.     :
                                      :
And other NCUA Actions.               :
------------------------------------X



UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                      Plaintiff,      :    11cv2340 (JWL)
            -v-                       :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,        :    12cv2648 (JWL)
                                      :    13cv2418 (JWL)
                      Defendants.     :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___11/3/15___

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                        Plaintiff,        :
          -v-                             :
                                          :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,            :
                                          :
                        Defendants.       :       ORDER
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

NCUA and Barclays Capital, Inc. ("Barclays") have reached settlement in NCUA v. Barclays Capital, Inc., No. 12cv2631 (D. Kan.) and NCUA v. Barclays Capital, Inc., No. 13cv6727 (S.D.N.Y.). On November 2, 2015, NCUA and Barclays jointly moved for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against Barclays for contribution or indemnity in connection with two certificates also at issue in NCUA v. RBS Securities, Inc., No. 11cv2340 (D. Kan.) and NCUA v. Goldman, Sachs & Co., No. 11cv6521 (C.D. Cal.). It is hereby

2

ORDERED that any opposition to this motion shall be submitted by November 13.  Any reply by NCUA and Barclays shall be submitted by November 20.

IT IS FURTHER ORDERED that the parties' opposition and reply papers on this issue shall be submitted to all three of our Courts.

Dated: November 3, 2015        /s/ Denise Cote
                                United States District Judge


Dated: November 3, 2015        /s/ George H. Wu
                                United States District Judge


Dated: November 3, 2015        /s/ John W. Lungstrum
                                United States District Judge


Dated: November 3, 2015        /s/ James P. O'Hara
                                United States Magistrate Judge