# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for U.S. Central Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., formerly known as Greenwich Capital Markets, Inc., *et al.*,<br><br>Defendants. | Case No. 11-2340 JWL (JPO) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 7, 2015, Defendants RBS Securities Inc., RBS Acceptance Inc., and Financial Asset Securities Corp. (together, "RBS") served Plaintiff National Credit Union Administration Board ("NCUA") with RBS Securities Inc.'s Notice of Videotaped Deposition of Leonard A. Blum via electronic mail. On December 7, 2015, a copy of this Certificate of Service was filed using the Court's CM/ECF system, which will send a notification of the same to all counsel of record.

DATED:  December 7, 2015

Respectfully Submitted,

By:  /s/ *Jeffery A. Jordan*
Mikel L. Stout, #05811
mstout@foulston.com
Jeffery A. Jordan, #12574
jjordan@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone:  (316) 267-6371
Facsimile:  (316) 267-6345

2

R. Alexander Pilmer, CA Bar No. 166196
alexander.pilmer@kirkland.com
David I. Horowitz, CA Bar No. 248414
david.horowitz@kirkland.com
Jay L. Bhimani, CA Bar No. 267689
jay.bhimani@kirkland.com
Kristin E. Rose, CA Bar No. 278284
kristin.rose@kirkland.com
Gavin C.P. Campbell, CA Bar No. 286270
gavin.campbell@kirkland.com
Colin J. Michel, CA Bar No. 291184
colin.michel@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
**Admitted *Pro Hac Vice***

Attorneys for Defendants
*RBS Securities Inc.; RBS Acceptance Inc., and Financial Asset Securities Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of December 2015, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                          /s/ *Jeffery A. Jordan*
                                                             Jeffery A. Jordan