**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, *Plaintiff,* <br><br> v. <br><br> RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al., *Defendants.* | Case No. 11-cv-2340-JWL-JPO |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT LARES WITHOUT PREJUDICE**

Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, hereby dismisses this Action against only Defendant Lares Asset Securitization, Inc. ("Lares") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Lares was served with a copy of the summons and complaint on October 12, 2011, ECF No. 6, but has failed to appear, plead, or otherwise defend within the time allowed.  Lares has not filed an answer or a summary judgment motion prior to the filing of this Notice.  Plaintiff does not dismiss its claims against any of the other Defendants in this Action.

Dated:  February 11, 2016

Respectfully submitted,

/s/ Steven M. Berezney

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Stephen M. Tillery, *pro hac vice*
Steven M. Berezney (D. Kan. # 78424)
Michael E. Klenov, *pro hac vice*
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com

Mark C. Hansen, *pro hac vice*
David C. Frederick, *pro hac vice*
Wan J. Kim, *pro hac vice*
Joseph S. Hall, *pro hac vice*
Scott K. Attaway, *pro hac vice*
Andrew C. Shen, *pro hac vice*
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax:  (202) 326-7999
mhansen@khhte.com
dfrederick@khhte.com
wkim@khhte.com
jhall@khhte.com
sattaway@khhte.com

George A. Zelcs, *pro hac vice*
KOREIN TILLERY LLC
205 North Michigan Avenue, Ste. 1950
Chicago, IL 60601
Phone: (312) 641-9760
Fax:  (312) 641-9751
gzelcs@koreintillery.com

Greg G. Gutzler (D. Kan. # 78425)
Tamara M. Spicer (D. Kan. # 78426)
ELIAS GUTZLER SPICER LLC
1924 Chouteau Ave., Ste W
St. Louis, MO 63103
Phone: (314) 833-6645
Fax: (314) 621-7607
ggutzler@egslitigation.com
tspicer@egslitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Steven M. Berezney
Attorney for Plaintiff