IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for U.S. Central Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., RBS ACCEPTANCE, INC., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC., FINANCIAL ASSET SECURITIES CORP., NOVASTAR MORTGAGE FUNDING CORP., and NOMURA HOME EQUITY LOAN, INC.,<br><br>Defendants. | Case No. 11-cv-2340-JWL |

### DECLARATION OF RANDALL P. EWING, JR., IN SUPPORT OF NCUA'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF WALTER TOROUS, PH.D.

I, Randall P. Ewing, Jr., declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called upon as a witness, I could and would testify competently to them.

2. I am an attorney with the law firm Korein Tillery LLC. I am admitted *pro hac vice* in this litigation and represent Plaintiff National Credit Union Administration Board ("NCUA") in the above captioned case. I respectfully submit this Declaration in support of NCUA's Motion to Exclude the Expert Testimony of Walter Torous.

3. **Exhibit 2** contains excerpts of the February 11, 2016 deposition of Walter Torous.

1

4. **Exhibit 10** contains excerpts of Tomasz Piskorski, Amit Seru and James Witkin, "Asset Quality Misrepresentation by Financial Intermediaries: Evidence from RMBS Market," Columbia Business School Research Paper No. 13-7, at 3 (February 12, 2013).

5. **Exhibit 11** contains excerpts of Yuliya Demyanyk & Otto Van Hemert, "Understanding the Subprime Mortgage Crisis," 24 The Review of Financial Studies (2011) 1848-1880.

6. **Exhibit 12** contains excerpts of John M. Griffin and Gonzalo Maturana, "Who Facilitated Misreporting in Securitized Loans?" (December 20, 2013).

7. **Exhibit 13** contains excerpts of W. Archer and B. Smith, Residential Mortgage Default: The Roles of House Price Volatility, Euphoria and the Borrower's Put Option, Fed. Reserve Bank of Richmond Working Paper No. 10-02, at 10 (Feb. 2010).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in Chicago, Illinois on March 22, 2016.

_____
Randall P. Ewing, Jr.