# FILED UNDER SEAL

# Exhibit 9

CONFIDENTIAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union, | Case No. 11-cv-5887 GW (JEM) |
| Plaintiff, | Judge George H. Wu |
| v. | |
| RBS SECURITIES INC., *et al.,* | |
| Defendants. | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, | Case No. 11-cv-2340 JWL (JPO) |
| Plaintiff, | Judge John W. Lungstrum |
| v. | |
| RBS SECURITIES INC., *et al.,* | |
| Defendants. | |

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union | Case No. 11-cv-2649 JWL (JPO) (Consolidated with Case No. 11-cv-2340 JWL (JPO)) |
| Plaintiff, | Judge John W. Lungstrum |
| v. | |
| WACHOVIA CAPITAL MARKETS, LLC n/k/a WELLS FARGO SECURITIES, LLC, | |
| Defendant. | |

## <u>REBUTTAL REPORT OF JAMES R. BARTH</u>

## I.  QUALIFICATIONS

1.     My background consists of academic and federal government work focusing on financial institutions and markets, including their regulation and supervision.  I earned a Ph.D. in economics at Ohio State University and am currently the Lowder Eminent Scholar in Finance at Auburn University, a Senior Finance Fellow at the Milken Institute, and a Fellow at the Wharton Financial Institutions Center.  I have served on the faculty at Auburn University since 1989 and I previously served on the faculty at George Washington University for 15 years.  My teaching and research have focused on financial institutions and markets throughout my 40-year academic career.  In my scholarly research and government service, I have studied the performance of hundreds of financial institutions, including the causes of distress for many of those that failed.

2.     In addition, I have served as Director of the Office of Policy and Economic Research of the Federal Home Loan Bank Board and Chief Economist of the Office of Thrift Supervision.  I have also held positions as Visiting Scholar at the Congressional Budget Office, the Federal Reserve Bank of Atlanta, the Office of the Comptroller of the Currency, and the World Bank.  I served, moreover, as a member of the Advisory Council of George Washington University's Financial Services Research Program.  My experience and my knowledge of the performance and regulation of financial institutions and markets have resulted in my being invited to testify before U. S. Congressional Committees on several occasions.

3.     I have published approximately 300 professional and scholarly articles and coedited or coauthored several books, including *The Great Savings and Loan Debacle* (American Enterprise Institute Press), *The Future of American Banking* (Columbia University Seminar Series, M.E. Sharpe), *The Reform of Federal Deposit Insurance* (Harper Business),

2

*Restructuring Regulation and Financial Institutions* (Milken Institute Press), *The Savings and Loan Crisis: Lessons from a Regulatory Failure* (Kluwer Academic Publishers), *Rethinking Bank Regulation: Till Angels Govern* (Cambridge University Press), *Global Banking Regulation and Supervision: What Are the Issues and What Are the Practices?* (Nova Science Publishers), *The Rise and Fall of the U.S. Mortgage and Credit Markets: A Comprehensive Analysis of the Meltdown* (John Wiley & Sons), *Research Handbook on International Banking and Governance* (Edward Elgar Publishing), *Guardians of Finance: Making Regulators Work for Us* (MIT Press), and *Fixing the Housing Market: Financial Innovations for the Future* (Prentice Hall).  My curriculum vitae is attached to this report as Appendix A.

## II.   BACKGROUND, ASSIGNMENT, AND SUMMARY OF CONCLUSIONS

4.     The National Credit Union Administration Board ("NCUA"), as liquidating agent of Western Corporate Federal Credit Union ("WesCorp"), claims that RBS Securities, Inc. ("RBS"), as underwriter or seller, and RBS Acceptance, Inc., as issuer, made untrue statements of material fact or omitted to state material facts in offering materials for 19 offerings of residential mortgage-backed securities ("RMBS") from which WesCorp purchased 29 certificates between November 22, 2005 and June 26, 2007.[1]  NCUA also claims that Nomura

---

1.   National Credit Union Administration Board, as Liquidating Agent of Western Corporate Federal Credit Union, v. RBS Securities, Inc., *et al.*, Second Amended Complaint ("SAC RBS CA"), at 1 & ¶¶ 3, 12-13 & Tables 1-2.  These 29 certificates include two certificates with the same CUSIP (41164MAP2) that were purchased on different dates.  Id., ¶¶ 12-13 & Tables 1-2.  I understand that NCUA's claims against RBS regarding two of the 29 certificates (WMLT 2006-ALT1 A3, CUSIP 92978GAC3; LUM 2007-1 II-A-3, CUSIP 55028CAE5) have been dismissed; thus, NCUA's pending claims in SAC RBS CA concern 27 certificates and 18 RMBS offerings.  RBS Acceptance

Asset Acceptance Corp. and Nomura Home Equity Loan, Inc. (together, "the Nomura Defendants"), as issuers, made untrue statements of material fact or omitted to state material facts in offering materials for two of these offerings, from which WesCorp purchased three certificates,[2] and that Wachovia Mortgage Loan Trust, LLC, as issuer, made untrue statements of material fact or omitted to state material facts in offering materials for one of these offerings, from which WesCorp purchased one certificate.[3]

        5.      NCUA, as liquidating agent of U.S. Central Federal Credit Union ("U.S. Central" and, collectively with WesCorp, the "Credit Unions"), also claims that RBS, as underwriter or seller, and RBS Acceptance, Inc. and Financial Asset Securities Corporation (together with RBS, "the RBS Defendants"), as issuers, made untrue statements of material fact or omitted to state material facts in offering materials for 20 RMBS offerings from which U.S. Central purchased 29 certificates between February 14, 2006 and May 16, 2007.[4]  NCUA also claims that Nomura Home Equity Loan, Inc., as issuer, made untrue statements of material fact

---

Inc., which I understand was formerly known as Greenwich Capital Acceptance, Inc., was the issuer of 11 of these RMBS offerings, in which 17 of these certificates were issued.  Id.

2.    SAC RBS CA, at 1 & ¶¶ 3, 12-13 & Tables 1-2.  I understand that NCUA's claims against Nomura Home Equity Loan, Inc. regarding two of these certificates (CUSIP 65537KAB6 and CUSIP 65537KAC4) in one of these offerings (NHELI 2007-1) have been dismissed, but that NCUA's claim against Nomura Asset Acceptance Corp. regarding NAA 2006-AR4 (CUSIP 65538DAB1) remains pending, as do NCUA's claims against RBS regarding these certificates.

3.    SAC RBS CA, at 1 & ¶¶ 3, 12-13 & Tables 1-2.  I understand that NCUA's claim against Wachovia Mortgage Loan Trust, LLC (as well as its claim against RBS) regarding this certificate (WMLT 2006-ALT1 A3, CUSIP 92978GAC3) has been dismissed.

4.    National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, v. RBS Securities, Inc., et al., Second Amended Complaint, ("SAC RBS KS"), at 1 & ¶¶ 3, 9-10 & Tables 1-2. Financial Asset Securities Corporation is a subsidiary of RBS.  SAC RBS KS, ¶ 19.  These 29 certificates include two certificates with the same CUSIP (41162DAH2) that were purchased on different dates.  Id., ¶¶ 9-10 & Tables 1-2.  RBS Acceptance, Inc. and Financial Asset Securities Corp. were the issuers in 11 of these RMBS offerings, from which U.S. Central purchased 17 certificates.  Id.

or omitted to state material facts in offering materials for one of these offerings, from which U.S. Central purchased one certificate; that NovaStar Mortgage Funding Corp. ("NovaStar"), as issuer, made untrue statements of material fact or omitted to state material facts in offering materials for one of these offerings, from which U.S. Central purchased three certificates; and that Wachovia Mortgage Loan Trust, LLC, as issuer, made untrue statements of material fact or omitted to state material facts in offering materials for one of these offerings, from which U.S. Central purchased one certificate.[5]

6.     NCUA, as liquidating agent of each of the Credit Unions, also claims that Wachovia Capital Markets LLC (together with Wachovia Mortgage Loan Trust, LLC, "the Wachovia Defendants"), as underwriter or seller, made untrue statements of material fact or omitted to state material facts in offering materials for one RMBS offering from which U.S. Central and WesCorp each purchased one certificate on November 30, 2006, and in offering materials for another RMBS offering from which U.S. Central purchased three certificates on September 22, 2006.[6]

---

5.   SAC RBS KS, at 1 & ¶¶ 3, 9-10 & Tables 1-2.

6.   National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union, v. Wachovia Capital Markets LLC, First Amended Complaint ("FAC Wachovia KS"), at 1 & ¶¶ 3, 8-9 & Tables 1-2.  The certificate that U.S. Central purchased on November 30, 2006 (WMLT 2006-ALT1, CUSIP 92978GAB5) is also the subject of NCUA's claims against RBS, as underwriter, and Wachovia Mortgage Loan Trust, LLC, as issuer, in SAC RBS KS; the certificate that WesCorp purchased on November 30, 2006 (WMLT 2006-ALT1, CUSIP 92978GAC3) is also the subject of what I understand to be NCUA's dismissed claims against RBS, as underwriter, and Wachovia Mortgage Loan Trust, LLC, as issuer, in SAC RBS CA; the certificates that U.S. Central purchased on September 22, 2006 (NHEL 2006-5, CUSIPs 66988YAE2, 66988YAF9, and 66988YAG7), are also the subject of NCUA's claims against RBS, as underwriter or seller, and NovaStar, as issuer, in SAC RBS KS.

7.     In particular, NCUA alleges that the offering documents for the certificates purchased by the Credit Unions (the "At-Issue Certificates"), which included registration statements, prospectuses and/or prospectus supplements, term sheets, free writing prospectuses, and other written materials (collectively, "Offering Documents"), falsely represented that the underlying mortgage loans complied with applicable underwriting guidelines that were intended to assess the borrowers' creditworthiness and the adequacy of the collateral when, in fact, the originators of the mortgage loans (the "At-Issue Loans") in the supporting loan groups (the "Supporting Loan Groups" or "SLGs") for the At-Issue Certificates had systematically abandoned the applicable underwriting guidelines.[7] NCUA further alleges that the Offering Documents made material misrepresentations about various characteristics of the At-Issue Loans, including material misrepresentations concerning their loan-to-value ("LTV") and combined loan-to-value ("CLTV") ratios and their occupancy status.[8]

8.     On behalf of the Credit Unions, NCUA has asserted claims for damages or other relief for violations of Section 11 and Section 12(a)(2) of the Securities Act of 1933, Article 5 of the Kansas Uniform Securities Act (the "Kansas Blue Sky law"), and the California Corporate Securities Law of 1968 Cal. Corp. Code §§ 25401 and 25501 (the "California Blue Sky law").[9] NCUA has asserted claims against one or more of the RBS Defendants with respect

---

7.   SAC RBS CA, ¶¶ 6-7, 10, 317-388; SAC RBS KS, ¶¶ 6-7, 287-367; FAC Wachovia KS ¶¶ 6-7, 50-111.
8.   SAC RBS CA, ¶¶ 296-316 & 389-394; SAC RBS KS, ¶¶ 266-286 & 368-376; FAC Wachovia KS, ¶¶ 133-136 & 140-147.
9.   SAC RBS KS, ¶¶ 3, 9 & 388-510; SAC RBS CA, ¶¶ 3, 13 & 425-574; FAC Wachovia KS, ¶¶ 3, 9 & 159-205.

to each of the RMBS offerings at issue, whereas the claims against the Nomura Defendants, NovaStar, and the Wachovia Defendants concern different subsets of these offerings.

   9.  The RBS, Nomura, and Wachovia Defendants and NovaStar ("Defendants") each retained Walter Torous to, among other things, "[p]rovide an overview of the conditions in the U.S. residential real estate market, and the factors that contributed to the 'housing boom' between 2000 and 2006 and the ensuing 'housing bust'; … [a]ssess the impact, if any, of declining macroeconomic conditions on the At-Issue Loans;  [a]ssess the impact, if any, that the allegedly misrepresented loan characteristics would have had on the performance of the At-Issue Loans; and [a]nalyze the extent, if any, to which losses experienced on the Supporting Loan Groups were caused by factors other than the alleged misrepresentations." [10]  In performing his analysis, Dr. Torous assumes that the changes in macroeconomic conditions that occurred after the Certificates were issued (including a substantial decline in U.S. home prices that began in mid-2006 and accelerated in 2007 and 2008, a significant recession, and an increase in unemployment rates) were unrelated to the underwriting defects, misrepresentations

---

10. See Expert Report of Walter Torous, Ph.D. (RBS), August 14, 2015 ("Torous Report"), ¶ 7.  See also Expert Report of Walter Torous, Ph.D. (Nomura CA), August 14, 2015, ¶ 6; Expert Report of Walter Torous, Ph.D. (Nomura KS), August 14, 2015, ¶ 6; Expert Report of Walter Torous, Ph.D. (NovaStar), August 14, 2015, ¶ 6; and Expert Report of Walter Torous, Ph.D. (Wachovia), August 14, 2015, ¶ 7.  Dr. Torous issued five separate reports -- one on behalf of the RBS Defendants, one on behalf of the Nomura Defendants with respect to the Kansas action, one on behalf of the Nomura Defendants with respect to the California action, one on behalf of NovaStar, and one on behalf of the Wachovia Defendants -- these reports differ substantively only with respect to the particular Supporting Loan Groups he analyzed.  In the remainder of this report, I provide citations to the report that Dr. Torous submitted on behalf of the RBS Defendants.  Nevertheless, my analysis and conclusions apply to all five of Dr. Torous's reports.

and omissions of the types NCUA alleges (the "Alleged Underwriting and Disclosure Defects").[11]

        10.      The RBS, Nomura, and Wachovia Defendants each also retained Jerry A. Hausman to "[p]rovide an overview of the macroeconomic conditions and residential real estate market prior to and after the issuance of the securitizations at issue and identify the factors that contributed to mortgage delinquencies and defaults during that time period" and to "[a]nalyze data for the mortgages underlying the relevant Supporting Loan Groups and perform statistical analyses to determine, to the extent possible, the principal cause or causes of delinquencies and defaults of the mortgage loans underlying the Supporting Loan Groups."[12]  In performing his analysis, Professor Hausman (like Dr. Torous) assumes that the declines in housing prices and increases in unemployment which occurred after the Certificates were issued were unrelated to the Alleged Underwriting and Disclosure Defects.[13]

---

11.  <u>See</u>, e.g. Torous Report, ¶ 15 (describing "declining macroeconomic conditions" as "factors unrelated to misrepresentations alleged by NCUA") and ¶ 18 (purporting to analyze whether "the performance of the At-Issue Certificates was due to macroeconomic conditions … unrelated to any alleged misrepresentations").  <u>See also</u> Torous Report, ¶¶ 20 & 116.

12.  Expert Report of Jerry A. Hausman (RBS), April 14, 2015 ("Hausman Report"), ¶ 5.  <u>See also</u> Expert Report of Jerry A. Hausman (Nomura - CA), April 14, 2015, ¶ 5; Expert Report of Jerry A. Hausman (Nomura - KS), April 14, 2015, ¶ 5; Expert Report of Jerry A. Hausman (Wachovia), April 14, 2015, ¶ 5.  While Professor Hausman issued four separate reports -- one on behalf of the RBS Defendants, one on behalf of the Nomura Defendants with respect to the Kansas action, one on behalf of the Nomura Defendants with respect to the California action, and one on behalf of the Wachovia Defendants -- these reports differ substantively only with respect to the particular Supporting Loan Groups he analyzes.  In the remainder of this report, I provide citations to the report that Professor Hausman submitted on behalf of the RBS Defendants.  Nevertheless, my analysis and conclusions apply to all four of Professor Hausman's reports.

13.  Hausman Report, ¶ 7 ("The decline in housing prices, and not the characteristics of the loans, was responsible for the majority of the poor performance of the loans in the Supporting Loan Groups"), note 11 ("I treat the change in housing prices as exogenous in my analysis…..") and ¶ 20 ("The other macroeconomic variable I used is unemployment.").

11.     The RBS, Nomura, and Wachovia Defendants each also retained Ethan Cohen-Cole to provide an opinion regarding the causes of greater-than-expected defaults in the Supporting Loan Groups.[14]  In performing his analysis, Dr. Cohen-Cole also assumes that changes in macroeconomic factors such as housing prices and unemployment were unrelated to the Alleged Underwriting and Disclosure Defects.[15]

12.     I have been asked by counsel for NCUA to assess whether Defendants' experts have established that changes in macroeconomic factors such as home prices and unemployment rates were unrelated to the Alleged Underwriting and Disclosure Defects.[16]  I have concluded that they have not, for several reasons:

- First, the Alleged Underwriting and Disclosure Defects facilitated an increase in the supply of credit to unqualified borrowers, which contributed to an unsustainable housing price bubble, and exacerbated the magnitude of the housing price declines that occurred when the bubble burst.

---

14. Expert Report of Ethan Cohen-Cole, Ph.D. (RBS), August 14, 2015 ("Cohen-Cole Report"), ¶ 16.  See also Expert Report of Ethan Cohen-Cole, Ph.D. (Nomura - CA), August 14, 2015, ¶ 16; Expert Report of Ethan Cohen-Cole, Ph.D. (Nomura - KS), August 14, 2015, ¶ 16; Expert Report of Ethan Cohen-Cole, Ph.D. (Wachovia), August 14, 2015, ¶ 16.  While Dr. Cohen-Cole issued four separate reports -- one on behalf of the RBS Defendants, one on behalf of the Nomura Defendants with respect to the Kansas action, one on behalf of the Nomura Defendants with respect to the California action, and one on behalf of the Wachovia Defendants – these reports differ substantively only with respect to the particular Supporting Loan Groups he analyzes.  In the remainder of this report, I provide citations to the report that Dr. Cohen-Cole submitted on behalf of the RBS Defendants.  Nevertheless, my analysis and conclusions apply to all four of Dr. Cohen-Cole's reports.

15. Cohen-Cole Report, ¶ 26 ("unforeseen changes in macroeconomic factors, and not loan characteristics (or misrepresentations about those characteristics), caused the *unexpected defaults* on the at-issue certificates") and  ¶ 28 (claiming that his analysis establishes that "macroeconomic declines, independent of the influence of the alleged misrepresentations, were responsible for the unexpected defaults experienced by all but one of the Relevant Loan Pools").

16. I am being compensated for the time I spend on this matter at $550 per hour. In connection with this assignment, I have been assisted by members of the professional staff of Compass Lexecon, an economics consulting firm, working under my supervision.

- Second, the Alleged Underwriting and Disclosure Defects facilitated loans to borrowers who were more likely to default when housing prices declined.

- Finally, the bursting of the housing price bubble and the increase in mortgage loan defaults (i.e., the housing crisis) triggered a financial crisis and ensuing severe economic recession, which in turn exacerbated the housing crisis.

13.    I elaborate upon and provide the bases for my opinions in the remainder of this report.  Section III discusses how the Alleged Underwriting and Disclosure Defects contributed to the housing price bubble and the housing price declines that occurred when the bubble burst; Section IV discusses how the Alleged Underwriting and Disclosure Defects facilitated loans to unqualified borrowers who were more likely to default when housing prices declined; and Section V explains how the housing crisis triggered a financial crisis and severe economic recession, which, in turn, exacerbated the housing crisis.

## III.   THE ALLEGED UNDERWRITING AND DISCLOSURE DEFECTS CONTRIBUTED TO THE HOUSING PRICE BUBBLE AND THE HOUSING PRICE DECLINE THAT OCCURRED WHEN THE BUBBLE BURST

14.    Scholars have concluded that a housing price bubble formed in the United States at some point during the period from 1995 to 2006.[17]  This bubble was a period of unusual house price appreciation that was sustained, not by fundamental factors, but rather by market participants' belief that prices would continue to rise in the near future.[18]  As Baily, Litan and Johnson of the Brookings Institution describe, "[the] bubble formed in the housing markets as home prices across the country increased each year from the mid 1990s to 2006, moving out of line with fundamentals like household income."[19]  Exhibit 1 illustrates the rapid increase in housing prices during the period from 2000 to 2005.[20]  Exhibit 2 compares housing price changes with changes in median household income.  As illustrated in Exhibit 3, the so-called "sand states" of Arizona, California, Florida, and Nevada exhibited "dramatically larger spikes and subsequent declines in housing prices than did the US as a whole."[21]  Lending in these states comprised approximately 60 percent of the At-Issue Loans.[22]

_____

17.  The precise timing of the start of the bubble is less clear.  Dokko et al. date the bubble as starting after 2002 (Jane Dokko, Brian Doyle, Michael T. Kiley, Jinill Kim, Shane Sherlund, Jae Sim, and Skander Van den Heuvel, "Monetary Policy and the Housing Bubble," Finance and Economics Discussion Series, Divisions of Research & Statistics and Monetary Affairs, Federal Reserve Board, (2009), at 1 & 23).   Case and Shiller also found evidence of a house price bubble in 2003 (Karl E. Case and Robert J. Shiller, "Is There a Bubble in the Housing Market?," 2 Brookings Papers on Economic Activity (2003), 299-362, at 341).  However, Baily, Litan and Johnson date the bubble from the mid-1990s (Martin Neil Baily, Robert E. Litan, and Matthew S. Johnson, "The Origins of the Financial Crisis," 3 Fixing Finance Series, Brookings Institution (November 2008), at 7).  See also Major Coleman IV, Michael LaCour-Little, and Kerry D. Vandell, "Subprime Lending and the Housing Bubble: Tail Wags Dog?" 17 Journal of Housing Economics (2008), 272-290, at 272 ("[W]e do find strong evidence that a credit regime shift took place in late 2003, as the GSE's [sic]

15.     This house price appreciation was accompanied by rapid growth in mortgage lending.  Exhibit 4 shows that residential mortgage loan originations in the years 2001 to 2006 ranged from approximately $2.2 trillion to $3.9 trillion and substantially exceeded the approximately $1.0 trillion in originations in 2000.[23]  Exhibit 5 illustrates that these originations resulted in a large increase in aggregate mortgage debt in the United States, which more than doubled between 2000 and the first quarter of 2008 (from approximately $4.5 trillion to $10.7 trillion).  Exhibit 6 shows that residential mortgage debt grew from approximately 50 percent of gross domestic product ("GDP") in 2000 to approximately 78 percent of GDP by 2007, which indicates that mortgage debt grew much faster than GDP during this period.

---

were displaced in the market by private issuers of new mortgage products ... and the price-momentum conditions characteristic of a 'bubble' were created.").

18.  See, e.g., Joseph E. Stiglitz, "Symposium on Bubbles," 4 Journal of Economic Perspectives (Spring 1990), 13-18, at 13 ("[I]f the reason that the price is high today is only because investors believe that the selling price will be high tomorrow—when 'fundamental' factors do not seem to justify such a price—then a bubble exists."); see also Alan Greenspan, "Question: Is there a New Economy?", Remarks by Chairman Alan Greenspan at the Haas Annual Business Faculty Research Dialogue, University of California, Berkeley, California, September 4, 1988 ("[M]arket bubbles -- that is, asset values inflated more on the expectation that others will pay higher prices than on a knowledgeable judgment of true value."); Jan K. Brueckner, Paul S. Calem, and Leonard I. Nakamura, "Subprime Mortgages and the Housing Bubble," 71 Journal of Urban Economics (2012), 230-243, at 230 ("Expectations of future price growth can therefore generate [an] increase in current prices by boosting the supply of credit, feeding a housing 'bubble' … a bubble is defined as a rapid run-up in prices not linked to fundamentals.").

19.  Baily, Litan and Johnson (2008), at 7.

20.  See also Torous Report, Exhibit 3 (showing the REdex Square Home Price Index of single-family home prices in the U.S.); "The Mortgage Crisis," Financial Crisis Inquiry Commission, Preliminary Staff Report, April 7, 2010, at 14-15.

21.  Id., at 15.

22.  Torous Report, Exhibit 18 (reporting concentration of loans in Arizona, California, Florida and Nevada to be 3.1%, 44.0%, 10.6% and 2.4%, respectively).

23.  See also Torous Report, Exhibit 10.  For quarterly data on purchase originations and refinance originations see Torous Report, Exhibit 7.

16.     As dramatic as was the increase in total mortgage loan originations, the growth in subprime mortgage loan originations was even more dramatic:  the dollar volume of such originations increased more than six-fold, growing from approximately $100 billion in 2000 to $625 billion in 2005.  See Exhibit 7.  As a result, the subprime share of the value of mortgage loan originations more than doubled, growing from 9.5 percent in 2000 to 20.0 percent in 2005, as Exhibit 8 shows.[24]  The number of subprime loans originated also increased substantially during this period.[25]

17.     The growth in mortgage originations generally -- and nonprime originations in particular -- was fueled by the securitization of residential mortgage loans, as academic studies have shown.[26]  In 2001, approximately 46 percent of nonprime mortgage loans were securitized, but in 2005 and 2006, approximately 80 percent of such mortgage loans were securitized, and in 2007, almost 93 percent were securitized.  See Exhibit 9.  Moreover, as Exhibit 10 shows, much of the increase in private-label securitizations consisted of nonprime

---

24.  Exhibit 8 also shows that Alt-A lending and home equity loans grew substantially from 2000 to 2006.

25.  See Chris Mayer and Karen Pence, "Subprime Mortgages:  What, Where and to Whom?" in Edward L. Glaeser and John M. Quigley, Housing Markets and the Economy:  Risk, Regulation, and Policy, (2009), at 150-151 (reporting that the number of securitized subprime loans grew seven-fold from 1998 to 2005, and that the number of subprime originations tripled during this period) and 160 (providing annual data for the period from 1998 to 2006).

26.  See Taylor D. Nadauld and Shane M. Sherlund, "The impact of securitization on the expansion of subprime credit," 107 Journal of Financial Economics (2013), 454-476, at 473 (finding that "increased securitization activity has a positive, economically meaningful impact on the extension of credit in the primary mortgage market"); Atif Mian and Amir Sufi, "The Consequences of Mortgage Credit Expansion:  Evidence from the U.S. Mortgage Default Crisis," Quarterly Journal of Economics (2009), 1449-1496, at 1449 (finding that subprime ZIP codes "experience[d] an unprecedented relative growth in mortgage credit" from 2002 to 2005 that was "closely correlated with the increase in securitization of subprime mortgages.").

13

securitizations:  between 2000 and 2006, nonprime private-label securitizations increased more than eleven-fold, from approximately $82 billion to more than $926 billion.[27,28]

      18.    There is substantial evidence that the unprecedented expansion of subprime mortgage lending and the securitization of subprime mortgages contributed to the unprecedented increase in housing prices.  In particular, Di Maggio and Kermani (2015) found that "[a] 10% increase in loan origination … resulted in a total increase of 10% in house prices during the 2004-2006 period."[29]  Similarly, Pavlov and Wachter (2011) found that "subprime loans… induce higher price appreciation in up markets" by allowing for "more borrowing than otherwise would occur."[30]  Similarly, Levitin and Wachter (2012) concluded that "[t]he oversupply of mortgage credit enabled borrowers to bid up housing prices, thereby fueling a bubble …."[31]  In his testimony before the Financial Crisis Inquiry Commission ("FCIC"), Comptroller of the Currency John C. Dugan reached essentially the same conclusion:  "[c]heap

---

27.  See Exhibit 10.  Prime private-label securitization also increased, but at a slower rate, growing from approximately $50 billion in 2000 to approximately $280 billion in 2005 and $219 billion in 2006.

28.  During the period from 2004 to 2007, RBS underwrote 50 subprime residential mortgage-backed securitizations and was one of the top 20 issuers of subprime mortgage-backed securities.  See Nadauld and Sherlund (2013), at 457 (providing annual data on the number of subprime residential mortgage-backed securitizations underwritten by RBS and other underwriters during the period from 1997-2007).

29.  Marco Di Maggio and Amir Kermani, "Credit-Induced Boom and Bust," June 7, 2015, at 4.  Available at: http://ssrn.com/abstract=2463516.

30.  Andrey Pavlov and Susan Wachter, "Subprime Lending and Real Estate Prices," 39 Real Estate Economics (2011), 1-17, at 1-2 & 9-15.

31.  Adam J. Levitin, and Susan M. Wachter, "Explaining the Housing Bubble," 100 The Georgetown Law Journal (2012), 1177-1258, at 1182.  The authors also conclude that other potential explanations for the housing bubble (including "misguided monetary policy; a global savings surplus; government policies encouraging affordable homeownership; irrational consumer expectations of rising housing prices; [and] inelastic housing supply") are not "capable of fully explaining the housing bubble." Id., at 1177.

credit and easy underwriting helped qualify more consumers for mortgages, which increased demand for houses, which increased house prices."[32]

19.     Palmer (2015) provides additional evidence that the expansion of subprime lending affected housing prices.  Among other things, Palmer used a sophisticated econometric approach to identify changes in the monthly Home Price Index ("HPI") at the Core Based Statistical Area ("CBSA") level that "arise from such factors as local credit expansions and local labor market fluctuations."[33]  He then compared the actual HPIs with a prediction of what the HPIs would have been in the absence of such local market factors.[34]  His findings are

---

32.  Statement of John C. Dugan, Comptroller of the Currency, before the Financial Crisis Inquiry Commission, April 8, 2010, at 3.

33.  Christopher Palmer, "Why Did So Many Subprime Borrowers Default During the Crisis:  Loose Credit or Plummeting Prices?" University of California at Berkeley Working Paper, September 2015, at 25.  Available at http://faculty.haas.berkeley.edu/palmer/cpalmer-subprime.pdf.  There are 955 CBSAs in the United States.  Id., at 12 n.20.  Each CBSA is either a Metropolitan Statistical Area or a Micropolitan Statistical Area (a group of one or more counties with an urban core of 10,000 -50,000 residents).  Id.  Palmer uses a nonlinear instrumental-variables approach in a hazard model setting, using long-run regional variation in house price cyclicality as an instrument for house price changes.  Id., at abstract & 4.  As in any analysis that relies on instrumental variables, Dr. Palmer's findings depend on the assumption that the instrumental variable he used is independent of contemporaneous shocks to prices or default rates from local credit and labor market fluctuations.  Id., at 25.

34.  Id., at 24-25 & Figure 4.

reproduced below:



This comparison illustrates that the volatility of actual housing prices (shown on the left) was exacerbated by local market factors, particularly on the downside.[35]  These charts also illustrate that the impact of local credit market conditions on housing prices varied across CBSAs.

20.     Mortgage underwriting is the process a lender uses to determine whether the risk of offering a mortgage loan to a particular borrower for a particular property under certain parameters is acceptable.  Underwriting guidelines are the set of metrics that are used to assess the prospective borrower's credit (i.e., how well the prospective borrower manages his or her current and prior debts), the prospective borrower's capacity (i.e., his or her ability to repay

---

35.  Palmer tests for and rejects the possibility that his price results are explained by local labor shocks. Id., at 4, 27-8.

the loan), and the adequacy of the collateral (i.e., the value and type of underlying property, and how it will be used).  It is widely recognized that the quality of underwriting affects the credit quality and performance of the mortgages securitizing an RMBS.[36]

21.     As discussed above, NCUA alleges that the originators of the At-Issue Loans systematically disregarded the applicable underwriting guidelines.  I understand that one of NCUA's experts, Steven I. Butler, has analyzed a sample of approximately 100 mortgage loans from the primary supporting loan group backing each of the At-Issue Certificates purchased by the Credit Unions and found that most of these loans breached the applicable underwriting guidelines in at least one way, or had at least one inaccurate characteristic listed in the mortgage loan schedule, and that 58 percent of these loans had "a materially greater likelihood of delinquency, default, or loss than was represented in the Offering Documents."[37]

22.     Recent academic studies also have found evidence that the loan and borrower characteristics of nonagency-securitized loans were frequently misrepresented.  In particular, Mian and Sufi (2015) summarized existing research showing that "income on

_____

36.  See, e.g., S&P Criteria Structured Finance, "RMBS: U.S. Residential Subprime Mortgage Criteria: Issuer Reviews for Subprime Mortgage Transactions," September 1, 2004 ("The quality of the underwriting of the mortgages securitizing the pass-through certificates is integral to credit quality and performance."); Frank J. Fabozzi, Chuck Ramsey and Michael Marz, The Handbook of Nonagency Mortgage-Backed Securities (2nd Edition, Frank J. Fabozzi Associates, 2000), at 188 ("Underwriting is one of the more influential factors [in determining loss experience].... Loans underwritten to less stringent standards are more vulnerable to losses.").

37.  See Expert Report of Steven I. Butler on the Re-Underwriting of Sampled Loans, August 14, 2015, ¶¶ 3, 6 & 7.

mortgage applications was routinely falsified."[38]  Moreover, Griffin and Maturana (2015a) found evidence of frequent underreporting of second liens (which implies that CLTV ratios were understated), owner-occupancy misreporting, and appraisal overstatements among nonagency-securitized loans during the period from 2002 to 2007.[39]  And Piskorski, Seru and Witkin (2015) found that "[m]ore than 7% of loans … reported to investors as not having a junior lien did have a second lien" (which implies that CLTV ratios were understated) and "more than 27% of loans obtained by non-owner occupants misreported their true occupancy status."[40]  The authors also found "a significant degree of  misrepresentation of collateral quality exists across nonagency RMBS pools"  and "across *all* underwriters involved with the sale of mortgage securities."[41]

        23.     As Dr. Torous recognizes, one of the factors that contributed to the increase in the supply of credit (and the related increase in home prices) was a relaxation of underwriting guidelines.[42]  However, Dr. Torous fails to recognize that approving and securitizing loans that did not comply with underwriting guidelines, and not disclosing this

---

38.  Atif Mian and Amir Sufi, "Fraudulent Income Overstatement on Mortgage Applications During the Credit Expansion of 2002 to 2005."Chicago Booth The Initiative on Global Markets Working Paper No. 130 (May 2015), at 12-16.  Available at:  http://ssrn.com/abstract=2631750.

39.  John M. Griffin and Gonzalo Maturana, "Who Facilitated Misreporting in Securitized Loans?" Review of Financial Studies (September 2015, forthcoming) (2015a).  See, e.g., at 29 ("Using a large sample of non-agency securitized loans originated between 2002 and 2007, we find sizeable amounts of mortgage fraud in the form of unreported second liens, owner occupancy misreporting, and inflated appraisals.").

40.  See Tomasz Piskorski, Amit Seru and James Witkin, "Asset Quality Misrepresentation by Financial Intermediaries: Evidence from the RMBS Market," The Journal of Finance (2015, forthcoming), at 4 & 41.

41.  Id., at 4, 43.

42.  See Torous Report, ¶¶ 9 ("the availability of new loan products to a wider spectrum of borrowers ... [and other factors] led to a substantial increase in the demand for housing from 2000 to mid-2006, which, in turn, led to higher home prices.") & 51 ("[a]mong the changes that facilitated the increase in mortgage originations and the variety of product offerings was an industry-wide expansion of underwriting guidelines and increased automation of the underwriting process.").

practice to investors, further expanded the supply of credit by facilitating the issuance of loans to unqualified borrowers.  As explained above, academic research has demonstrated that the expansion of lending to nonprime borrowers contributed to the increase in housing prices.[43] Academic research also has linked the expansion of credit and resulting increase in home prices to a reduction in the quality of underwriting.  For instance, Nadauld and Sherlund (2013) "provide evidence that the increased securitization activity of investment banks reduced lenders' incentives to carefully screen borrowers."[44]  Keys, Seru and Vig (2012) "[provide] further evidence that lenders relax screening of low-documentation loans in the subprime market on dimensions that are easily manipulated because they are unreported to investors."[45]  Moreover, Griffin and Maturana (2015b) found that "an increase [of] 5% in market share by [originators with a high degree of second-lien misreporting] in a ZIP code from 2003 to 2006 is associated

---

43.  See ¶¶ 18-19 & 23 supra.  As noted previously, the number of subprime loans increased substantially during the housing boom.  See note 25 supra.  This increase was necessarily the result of either an increase in loan approval rates, an increase in loan applications, or both.  Dell'Ariccia, Igan and Laeven (2012) find that loan denial rates were relatively lower in areas that experienced faster credit demand growth, and that lenders in these high-growth areas attached less weight to applicants' loan-to-income ratios.  See Giovanni Dell'Ariccia, Deniz Igan, and Luc Laeven, "Credit Booms and Lending Standards:  Evidence from the Subprime Mortgage Market," 44 Journal of Money, Credit and Banking, (March-April 2012), at 367-384.  Glaeser, Gottlieb and Gyourko (2013) do not find convincing evidence that approval rates or down payment requirements explain most or all of the movement in house prices from 1996 to 2006, but note that "the number of applications and actual borrowers did trend up over this period (and fall sharply during the bust), which raises the possibility that the nature of the marginal buyer was changing over time."  See Edward Glaeser, Joshua Gottlieb, and Joseph Gyourko, "Can Cheap Credit Explain the Housing Boom?" in Housing and the Financial Crisis (E. Glaeser and T. Sinai, eds., University of Chicago Press, 2013), at 350.
44.  Nadauld and Sherlund (2013), at 454.
45.  Benjamin J. Keys, Amit Seru and Vikrant Vig, "Lender Screening and the Role of Securitization:  Evidence from Prime and Subprime Mortgage Markets," 25 The Review of Financial Studies (2012), 2071-2108, at 2075.  For example, the authors find "that borrowers whose income is more variable and easier to overstate [were] more likely to end up in the [FICO] 620+, low-documentation subprime loan pool."  Id.

with a house price increase of 6.18% on average during the boom."[46]  And Mian and Sufi (2015) "provide evidence that income reported on mortgage applications was fraudulently overstated in exactly the subprime zip codes experiencing the strongest mortgage credit growth."[47]  Thus, the Alleged Underwriting and Disclosure Defects directly contributed to the increase in housing prices during the boom by expanding the supply of credit to borrowers who otherwise would not have qualified for mortgage loans.

24.     As explained above, housing prices moved out of line with fundamental factors such as household income during the housing price bubble.  By mid-2006, the National Association of Realtor's Housing Affordability Index was lower than it had been at any time during the previous 16 years, indicating that many potential buyers could no longer afford homes.  See Exhibit 11.[48]  Housing prices began to decline in 2006, and these declines subsequently accelerated.  Exhibit 1 shows that from July 2006 through the end of 2012, the S&P/Case-Shiller Composite-20 Home Price Index declined 28.3%.[49]  Moreover, the Freddie Mac House Price Index declined on a year-over-year basis in every month during the period from May 2007 through April 2012.  See Exhibit 12.  This is particularly unusual, as housing

---

46. John M. Griffin and Gonzalo Maturana, "Did Dubious Mortgage Origination Practices Distort House Prices?" May 2015 (2015b), at 14-15. Available at: http://ssrn.com/abstract=2485308.
47. Mian and Sufi (2015), at 38.
48. See also Torous Report, ¶ 53 & Exhibit 11.  The Housing Affordability Index measures the ability of a family earning the median income to purchase a median-priced home.  A value of 100 means that a family with the median income has exactly enough income to qualify for a mortgage on a median-priced home, and a value above 100 signifies that a family earning the median income has more than enough income to qualify for a mortgage loan on a median-priced home, assuming a 20 percent down payment.  See http://www.realtor.org/topics/housing-affordability-index/methodology.
49. See also Torous Report, ¶ 10 & Exhibit 3.

prices between 1980 and 2006 had declined on a year-over-year basis during only one brief four-month period (by less than one percent in 1991).

25.     The magnitude of the decline in housing prices that occurred when the housing price bubble burst is necessarily related to the magnitude of the housing price increase that occurred when the housing price bubble inflated.  Therefore, the factors that contributed to the inflation of the housing price bubble -- including the Alleged Underwriting and Disclosure Defects -- necessarily contributed to the magnitude of the subsequent housing price decline. This conclusion is supported by Di Maggio and Kermani (2015), who found that "the outward shift in the credit supply … predicts both the boom *and* the bust in real economic activity"; thus "house prices rise markedly more in … counties [with greater loan origination] during the boom [and] also fall more steeply [in those counties] during the bust."[50]  Similarly, Griffin and Maturana (2015b) found that a 5% increase in "market share by the worse originators in a ZIP code from 2003 to 2006 is associated with a … decrease of 7.10% in house prices during the bust."[51]

26.     The Alleged Underwriting and Disclosure Defects also contributed to the housing price bust via their impact on the home-building industry.  As Dr. Torous recognizes, when prices increased during the housing boom, the home-building industry responded by accelerating the construction of new homes.[52]  As demonstrated in Exhibit 13, annualized housing starts generally increased from 2000 through 2005, and reached a peak of approximately

---

50.  Di Maggio and Kermani (2015), at 7 & 40.
51.  Griffin and Maturana (2015b), at 14-15.
52.  <u>See</u> Torous Report, ¶ 36 & Exhibit 4.

2.3 million in September 2005.  When housing prices declined, the supply of housing exceeded demand and vacancy rates increased, particularly in the sand states.  See Exhibit 14.  By motivating sellers to cut prices, these rising vacancy rates put downward pressure on home prices. [53]

      27.      Based on his assertion that "[m]any other countries worldwide, including the United Kingdom, Ireland, and Spain, experienced similar changes in the prices of both residential and commercial real estate," Professor Hausman argues that it is "implausible that the domestic lending practices of U.S. mortgage originators had a significant impact on housing prices."[54]  However, Professor Hausman's assertion concerning comparative housing price changes is not accurate, as housing prices in other large industrial countries experienced far smaller overall declines than did the U.S.  See Exhibit 15 (providing data for G7 countries other than Japan).[55]  The comparison of the U.S. with Canada is particularly instructive because they are neighboring countries, and Canada also had pursued low-interest-rate policies during the housing boom.[56]  Athough Canada experienced a run up in housing prices (albeit a smaller one than the U.S.), Canadian housing prices did not decline by as much as U.S. housing prices, and

---

53. See, e.g., U.S. Department of Housing and Urban Development Office of Policy Development and Research, "Report to Congress on the Root Causes of the Foreclosure Crisis," January 2010, at 18 ("House price declines were further exacerbated by an oversupply of new homes, particularly in markets where rapid house price growth had spurred significant housing demand by investors and borrowers that were aided by the ready availability of mortgage financing.").

54. Hausman Report, ¶ 11.

55. The G7 is a working coalition of the world's largest industrial nations.  Data for Japan is not included in Exhibit 11 because it was not available from the source indicated.

56. See, James MacGee, "Why Didn't Canada's Housing Market Go Bust?" Economic Commentary, Federal Reserve Bank of Cleveland, 2009.

Canadian housing prices quickly rebounded.[57]  These findings are consistent with the hypothesis that the domestic lending practices of U.S. mortgage originators, including the originators of the At-Issue Loans, played a critical role in the U.S. housing bust.[58]  Moreover, Professor Hausman's statement that it is "implausible that the domestic lending practices of U.S. mortgage originators had a significant impact on housing prices" is inconsistent with the academic literature discussed above, which supports my conclusion that the expansion of credit to nonprime borrowers amplified price cycles during the relevant period.[59]

## IV.   THE ALLEGED UNDERWRITING AND DISCLOSURE DEFECTS FACILITATED LOANS TO UNQUALIFIED BORROWERS WHO WERE MORE LIKELY TO DEFAULT WHEN HOUSING PRICES DECLINED

28.   When housing prices declined, the number of mortgage loan defaults increased, in part because the decline in housing prices wiped out many borrowers' equity in their homes.[60]  By the end of 2009, approximately 24 percent of all mortgaged residential properties in the U.S. had negative equity, with substantially higher negative equity percentages in the sand states (48 percent in Florida, 70 percent in Nevada, 51 percent in Arizona, and 35

---

57.   Id.
58.   Id.
59.   See ¶¶ 18-19 & 23 supra.
60.   Torous Report, ¶¶ 11, 14 & 56, Torous Report Exhibit 14 & Exhibits 15A-15K.  When a home's price falls below the outstanding principal balance of the mortgage on the home, the owner(s) is left with negative equity, which makes default unavoidable or an attractive option.  See, e.g., "The Mortgage Crisis," Financial Crisis Inquiry Commission, Preliminary Staff Report, April 7, 2010, at 25-26.  See also Torous Report, ¶ 73; Hausman Report, ¶ 12; Cohen-Cole Report, ¶ 37.  The incentive to default is greater when the cost of default is low, such as when loan provisions or state laws provide the lender with no recourse to the borrower's other assets.  See, e.g., Andra C. Ghent and Marianna Kudlyak, "Recourse and Residential Mortgage Default: Evidence from US States," 24(9) The Review of Financial Studies (2011), 3139-3186.

percent in California).[61]  The percentage of U.S. residential loans reported as 30 days delinquent or more (including loans in foreclosure or REO/bank-owned) increased substantially from mid-2006 to late 2009.  See Exhibit 16.[62]

29.     The substantial increase in delinquency rates led to sharp increases in both sales of real estate owned by lenders as a result of foreclosures and pre-foreclosure short sales, as Exhibit 17 shows.[63]  Short sales and sales of real estate owned ("REO") by lenders exacerbated the housing crisis by increasing the supply of homes on the market, further depressing housing prices.[64]  Falling house prices thus led to a vicious cycle in which unsold homes and defaults on mortgages led to further declines in house prices, which further exacerbated mortgage delinquencies and defaults.[65]

30.     The Alleged Underwriting and Disclosure Defects contributed to the increase in delinquencies and defaults by facilitating loans to unqualified borrowers who were

---

61.  See "Underwater Mortgages on the Rise According to First American CoreLogic Q4 2009 Negative Equity Data," First America CoreLogic Press Release, February 23, 2010.

62.  See also Torous Report, ¶ 59 & Exhibit 13.  As would be expected, states with larger house price declines experienced a higher frequency of defaults.  See Torous Report, ¶ 60 & Exhibit 14.

63.  Pre-foreclosure rates also increased as equity declined and negative equity increased.  "Underwater Mortgages On the Rise According to First American CoreLogic Q4 2009 Negative Equity Data," First American CoreLogic Press Release, February 23, 2010, Figure 4.  A pre-foreclosure is a Notice of Default ("NOD") or the first step in the public recordation of default.  Id.

64.  See Eric S. Belsky and Nela Richardson, "Understanding the Boom and Bust in Nonprime Mortgage Lending," Joint Center for Housing Studies of Harvard University (September 2010), at 80 ("[F]oreclosures became an incessant and destructive force in the housing market, dragging down house prices, boosting the inventory of homes for sale, and destroying home equity for millions of American households.").

65.  As would be expected, areas with larger house price declines experienced a higher frequency of defaults and foreclosures.  See, e.g., "The Mortgage Crisis," Financial Crisis Inquiry Commission, Preliminary Staff Report, April 7, 2010, at 27; U.S. Department of Housing and Urban Development Office of Policy Development and Research, "Report to Congress on the Root Causes of the Foreclosure Crisis," January 2010, at 13-14.

more likely to default when housing prices declined.  As Palmer (2015) explains, "a credit expansion [can] amplify the price cycle, initially increasing prices from the positive demand shock as the pool of potential buyers grows," but "the decrease in average borrower quality from the credit expansion could eventually lead to an increase in defaults, accelerating price declines."[66]  In other words, "the expansion of subprime credit may be an omitted variable that directly affects both defaults (by decreasing the quality of the marginal subprime borrower) and prices, potentially leading to a spurious estimated relationship between prices and defaults."[67]  Palmer performs an empirical analysis and a statistical test "confirming that price changes are endogenous."[68]  Several other published studies have found that the default rates of loans originated during the housing boom were higher than would be expected given the reported characteristics of those loans, consistent with a decline in borrower quality.[69]  Academic studies

---

66.  Palmer (2015), at 4.  Palmer explains that the defaults by riskier borrowers "will depress prices in at least three ways:  from a positive shock to the supply of owner-occupied housing on the market, from negative foreclosure externalities, and by changing the home-price beliefs of buyers and lenders."  Id., at 17-18.

67.  Id.

68.  Id., at 28.

69.  See Uday Rajan, Amit Seru and Vikrant Vig, "The failure of models that predict failure:  Distance, incentives and defaults," 115 Journal of Financial Economics (2015), 237-260, at 237 (finding that "a statistical default model estimated in a low securitization period … underpredicts defaults [in a high securitization period] among borrowers for whom soft information is more valuable"); Yuliya Demyanyk and Otto Van Hemert, "Understanding the Subprime Mortgage Crisis," 24 The Review of Financial Studies (2011), 1848-1880, at 1850 (finding that subprime "loan quality -- adjusted for observed characteristics and macroeconomic circumstances -- deteriorated monotonically between 2001 and 2007") and 1852 (finding that "the effect of different loan-level characteristics as well as low house price appreciation was quantitatively too small to explain the poor performance of 2006 and 2007 vintage loans."); Amiyatosh Purnanandam, "Originate-to-distribute Model and the Subprime Mortgage Crisis," 24 The Review of Financial Studies (2011),1881-1915, at 1881 (finding "that banks with high involvement in the [originate-to-distribute] market during the pre-crisis period originated excessively poor-quality mortgages" and that this "significantly contributed to the current subprime mortgage crisis").

have also found that misrepresented non-agency securitized loans had significantly higher default rates than other loans. In particular, Griffin and Maturana (2015a) found that "loans with an unreported second lien, occupancy status misreporting, or appraisal overstatement indicator are 97%, 8%, and 34% more likely to become delinquent than loans with no misreporting indicator."[70]  Similarly, Mian and Sufi (2015) found that in zip codes with high borrower income overstatement, default rates skyrocketed from 2005 to 2007.[71]  And Jiang et al. (2014) found that almost half of the difference between the delinquency rate of full-documentation ("Full-Doc") and low-documentation ("Low-Doc") broker-originated loans is due to income falsification on mortgage applications.[72]

---

70.  See Griffin and Maturana (2015a), at 2.  See also Piskorski, Seru and Witkin (2015), at 22 ("loans with misrepresented second liens are significantly more likely to default relative to [the] loans with no second liens … that misrepresented loans are pretending to be."); Andrew Haughwout, Donghoon Lee, Joseph Tracy, and Wilbert van der Klaauw, "Real Estate Investors, the Leverage Cycle, and the Housing Market Crisis," Federal Reserve Bank of New York Staff Report no. 514, September 2011, at abstract, 23 & 28 ("In states that experienced the largest housing booms and busts, at the peak of the market almost half of purchase mortgage originations were associated with investors," who "by apparently misreporting their intentions to occupy the property … took on more leverage, contributing to higher rates of default.").

71.  Mian and Sufi (2015), at 1, 5, & 22.  Buyer income overstatement is defined as the difference between the annualized growth in income reported on mortgage applications of home-buyers from 2002 to 2005 and the annualized IRS income growth of households living in a zip code from 2002 to 2005.  Id., at 9.  Debt-to-income ("DTI") is widely considered to be one of the main determinants of loan affordability.  See Gene Amromin and Anna L. Paulson, "Comparing patterns of default among prime and subprime mortgages," Economic Perspectives (Federal Reserve Bank of Chicago, 2009), 18-37, at 27.  For subprime loans, DTI is significantly correlated with default rates.  Id., at 27 & 28.  See also Demyanyk and Van Hemert (2011), 1848-1880, at 1849 (finding that "a one-standard-deviation increase in the debt-to-income ratio raises the likelihood … of a current loan turning delinquent in a given month by as much as a factor of 1.14.").

72.  Wei Jiang, Ashlyn Aiko Nelson, and Edward Vytlacil, "Liar's Loan?  Effects of Origination Channel and Information Falsification on Mortgage Delinquency," 96 The Review of Economics and Statistics (March 2014), 1-18, at 1 & 15.  The difference in delinquency rates between Full-Doc and Low-Doc loans ranges from approximately 5% to 10% depending on origination channel.  Id., at 11.  The authors' findings are based on their study of a proprietary data set that contains 721,767 loans funded by a major national bank between January 2004 and February 2008.  Id., at 3.  The bank

## V.    THE HOUSING CRISIS TRIGGERED A FINANCIAL CRISIS AND A SEVERE RECESSION

31.    The decline in housing prices that began in 2006 was followed by a financial crisis that began in the summer of 2007.  As a result of this crisis, financial institutions failed, liquidity froze, credit was curtailed, and the federal government intervened through various actions to stabilize the financial system.  The financial crisis spread to the real economy, and by December 2007, the United States had entered into a recession.[73]  This recession lasted for one and a half years, until June 2009, making it the longest and most severe recession since the Great Depression.[74]

32.    The consensus view is that this financial crisis was triggered by the bursting of the house price bubble.  For example, Dr. Daniel Nolle of the Office of the Comptroller of the Currency stated that, "[t]he consensus view, as reflected in the Financial Crisis Inquiry Commission Report (2011, p. xvi), is that 'the collapse of the housing bubble [in

---

operated under an "outsource origination to distribution" business model wherein nearly 90% of loans were originated by third parties and 72% of loans were originated by non-correspondent brokers.  Id., at 5.  More than 85% of the sample loans were sold to the secondary market, which is comparable to the national securitization rate for subprime and nonconforming loans during the same period.  Id.  The properties in the sample "are fairly represented across all fifty states, and their geographic distribution is roughly proportional to population density."  Id.  Subprime loans constitute 14% to 15% of the sample.  Id.  The authors conclude that "the sample bank experienced a representative and yet amplified version of the boom-bust cycle that occurred in the mortgage industry, thereby providing unique insights into the major problems underlying the mortgage crisis." Id., at 6.

73.  "Reflections on a Year of Crisis," Federal Reserve Chairman B. Bernanke Speech presented at Federal Reserve Bank of Kansas City's Annual Economic Symposium, Jackson Hole, Wyoming, August 21, 2009.

74.  See The National Bureau of Economic Research, US Business Cycle Expansions and Contractions, http://nber.org/cycles/cyclesmain.html (accessed August 17, 2015).

the U.S.] … was the spark' that triggered the financial crisis, but the crisis quickly expanded across financial instruments, markets, networks, and national borders, exposing financial system vulnerabilities that had been building in many countries."[75]   A similar view has been expressed by Yale's Professor Shiller, who concluded that "[t]he housing bubble was a major cause, if not *the* cause, of the subprime crisis and of the broader economic crisis...."[76]   Dr. Torous also recognizes that the bursting of the housing bubble affected the broader economy.[77]

33.     The problems in the housing sector began to adversely affect certain housing-related investments in the spring of 2007.  In particular, on May 4, 2007, UBS shut down its internal hedge fund, Dillon Read, after it suffered approximately $125 million in subprime-related losses.[78]   Later that month, Moody's Investors Service put 62 tranches of 21 U.S. subprime deals on review for a possible downgrade, which led to a deterioration of the prices of some mortgage-related securities.[79]   On June 7, 2007, Bear Stearns Asset Management informed investors that it was suspending redemptions from its High-Grade Structured Credit Strategies Enhanced Leverage Fund, which had invested in collateralized debt obligations ("CDOs") backed by subprime loans and had lost 23 percent of its value during the first four

---

75.   Daniel E. Nolle, "U.S. Domestic and International Financial Reform Policy: Are G20 Commitments and the Dodd-Frank Act in Sync?" Board of Governors of the Federal Reserve System International Finance Discussion Paper Number 1024 (2011), at 3 n.5 (alterations in original).
76.   Robert J. Shiller, <u>The Subprime Solution: How Today's Global Financial Crisis Happened, and What to Do about It</u> (Princeton University Press, 2008), at 29 (emphasis in original).
77.   Torous Report, ¶¶ 11 & 82.
78.   Markus K. Brunnermeier, "Deciphering the Liquidity and Credit Crunch 2007-2008," 23 <u>Journal of Economic Perspectives</u> (2009), 77-100, at 83.
79.   <u>Id.</u>

months of 2007.[80]  In June 2007, Standard & Poor's and Moody's Investors Service downgraded

over 100 bonds backed by second-lien subprime mortgages.[81]  On July 11, 2007, Standard &

Poor's placed 612 RMBS backed by U.S. subprime collateral on CreditWatch with negative

implications.[82]  On July 31, 2007, Bear Stearns liquidated the High-Grade Structured Credit

Strategies Enhanced Leverage Fund, and another hedge fund that had invested in sub-prime

related assets and had been unable to meet margin calls from many of its trading

counterparties.[83]  American Home Mortgage Investment Corp. announced its inability to fund

lending obligations on July 31, 2007, and declared bankruptcy on August 6.[84]  Then, on August

9, 2007, BNP Paribas (a French bank) announced that it had temporarily suspended redemptions

for three of its investment funds that had invested in sub-prime residential mortgage-backed

securities because the "complete evaporation of liquidity in certain market segments of the US

---

80.  Matthew Goldstein, "Bear Stearns' Subprime Bath," Businessweek.com, June 12, 2007,
     http://www.businessweek.com/stories/2007-06-12/bear-stearns-subprime-bathbusinessweek-
     business-news-stock-market-and-financial-advice.
81.  "The Financial Crisis: A Timeline of Events and Policy Actions," Federal Reserve Bank of St.
     Louis, accessed at https://www.stlouisfed.org/financial-crisis/full-timeline.
82.  Standard & Poor's, "S&PCORRECT: 612 U.S. Subprime RMBS Classes Put on Watch Neg;
     Methodology Revisions Announced," RatingsDirect, July 11, 2007.  S&P stated that "[t]he affected
     classes total approximately $7.35 billion in rated securities, which represents 1.3% of the $565.3
     billion in U.S. subprime RMBS rated by Standard & Poor's between the fourth quarter of 2005 and
     the fourth quarter of 2006" and that "[t]he CreditWatch actions [were taken] because of poor
     collateral performance, [its] expectation of increasing losses on the underlying collateral pools, the
     consequent reduction of credit support, and changes that will be implemented … for rating new
     transactions."  Id.
83.  See Decision and Order Denying Recognition of Foreign Proceeding, In re: In re Bear Stearns High-
     Grade Structured Credit Strategies Master Fund, Ltd., Case No. 07-12383 (BRL), Bankr. S.D.N.Y.,
     August 30, 2007 and In re Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage
     Master Fund, Ltd., Case No. 07-12384 (BRL), Bankr. S.D.N.Y. 2007, at 4.
84.  Brunnermeier (2009), at 84.

[securitization] market [had] made it impossible to … value fairly the underlying US ABS assets" in the three funds.[85]

34.    BNP Paribas's announcement is considered by many to have been the trigger for the ensuing global financial crisis.[86]  Following this event, money market participants became reluctant to lend to each other, and short-term rates increased on various instruments that had previously been considered to be safe.[87]  In addition, many quantitative hedge funds suffered large losses, triggering margin calls and fire sales.[88]  These developments created substantial uncertainty about the solvency and liquidity of counterparties, which affected the real economy when financial intermediaries began to hoard cash and stop lending.[89]

---

85.  "BNP Paribas Investment Partners temporaly [sic] suspends the calculation of the Net Asset Value of the following funds : Parvest Dynamic ABS, BNP Paribas ABS EURIBOR and BNP Paribas ABS EONIA," BNP Paribas press release, August 9, 2007, http://www.bnpparibas.com/en/news/press-release/bnp-paribas-investment-partners-temporaly-suspends-calculation-net-asset-value-fo.  The reduction in the liquidity of subprime RMBS during this period was caused by market participants' concerns about the credit quality of the underlying loan collateral arising from increases in delinquency and default rates of subprime loans, which were related, at least in part, to deviations from stated underwriting guidelines for the reasons discussed in § IV supra.

86.  See Viral V. Acharya and T. Sabri Öncü, "A Proposal for the Resolution of Systemically Important Assets and Liabilities:  The Case of the Repo Market," 9 International Journal of Central Banking (January 2013), 291-349, at 319; Brunnermeier (2009), at 84-85; Craig S. Hakkio and William R. Keeton, "Financial Stress:  What Is It, How Can it Be Measured, and Why Does It Matter?" Federal Reserve Bank of Kansas City Economic Review (Second Quarter 2009), 5-50, at 25; Claudio Borio, "The financial turmoil of 2007-?: a preliminary assessment and some policy considerations," BIS Working Papers No. 251 (March 2008), at 6-7.  Available at http://www.bis.org/publ/work251.pdf

87.  See Brunnermeier (2009), at 84-85; Gary Gorton and Andrew Metrick, "Getting Up to Speed on the Financial Crisis:  A One-Weekend-Reader's Guide," 50 Journal of Economic Literature (March 2012), 128-150, at 130.

88.  See Brunnermeier (2009), at 85.  Quantitative hedge funds use trading strategies based on statistical models, and their positions were highly correlated.  Id.

89.  See Gorton and Metrick (2012), at 146.  See also Torous Report, ¶ 111.  For a more detailed description of these events, see Brunnermeier (2009), at 85-91, 95.

35.     The onset of the financial crisis is also reflected by the Kansas City Financial Stress Index ("KCFSI").[90]  Financial stress is an interruption in the normal functioning of financial markets that is associated with greater volatility in asset prices, reductions in asset prices, increased borrowing costs, a decreased willingness to hold risky assets, and a decreased willingness to hold illiquid assets.[91]  A positive value of the index indicates that financial stress is above the long-run average, while a negative value signifies that financial stress is below the long-run average.[92]  The KCFSI had negative values in the several years prior to July 2007, but began increasing in value, as shown in Exhibit 18.  The KCFSI reached its all-time high in October 2008.[93]

36.     As housing prices declined, losses and write-downs occurred across the entire financial sector.  Financial institutions globally have attributed an estimated $2.1 trillion of losses and write-downs to the mortgage market decline and subsequent turmoil in financial markets.[94]  These losses eroded lending institutions' capital, which caused these institutions to

---

90.  The KCFSI is an overall index of financial stress constructed from 11 component variables by the Federal Reserve Bank of Kansas City and published for the period from 1990 to present.  For a detailed description of how the KCFSI is constructed, see Hakkio and Keaton (2009), at 11-19.  The 11 component variables in the KCFSI are:  the three-month LIBOR/three-month Treasury bill (TED) spread; the two-year (fixed for floating rate) swap spread; the off-the-run/on-the-run 10-year benchmark Treasury spread; the Aaa/10-year Treasury spread; the Baa/Aaa spread; the high-yield bond/Baa spread; the consumer ABS/5-year Treasury spread; the correlation between the S&P 500 stock index and 2-year Treasury bond returns; the CBOE VIX; the idiosyncratic volatility of bank stock prices; and the cross-sectional dispersion of bank stock returns.  Id., at 11-17.
91.  See Hakkio and Keeton (2009), at 6-11.
92.  See https://www.kansascityfed.org/research/indicatorsdata/kcfsi.
93.  See also id.
94.  Bloomberg WDCI function (Ticker: WDCI).  The WDCI tracked the write downs and losses related to the financial crisis at 110 of the largest financial institutions globally.  See Yalman Onaran, "Counting Writedowns Replaces Deals Won as Wall Street's Ritual," Bloomberg, September 1, 2008.

tighten lending standards and sell assets.[95]  As more banks tried to sell out of their positions,

prices plummeted further, and concerns about illiquidity turned into concerns about solvency,

leading to runs on financial institutions and a cessation of interbank lending.[96]  These events

ultimately led to severe financial stress at several major financial institutions, including Bear

Stearns, Lehman Brothers, Merrill Lynch and AIG.[97]

      37.    The financial and housing crises had devastating effects on the real sector

of the economy.  Real gross domestic product contracted by an average of -2.20% between the

second quarter of 2008 and the third quarter of 2009.  See Exhibit 19.[98]  Moreover,

unemployment in the U.S. more than doubled between the fourth quarter of 2007 and the fourth

quarter of 2009.  See Exhibit 20.[99]

      38.    The bursting of the housing price bubble also adversely affected the

economy in other ways.  In particular, household wealth declined as housing prices declined,

leading to a decline in consumption expenditures.[100]  In addition, employment in the residential

construction sector declined sharply when the housing bubble burst.[101]

---

95.  Brunnermeier (2009), at 78.
96.  See Acharya and Öncü (2013), at 317-324; Douglas W. Diamond, and Raghuram G. Rajan, "The
     Credit Crisis:  Conjectures about Causes and Remedies," 99 American Economic Review:  Papers
     and Proceedings (2009), 606-610, at 608-609; Brunnermeier (2009), at 78, 95-96.  See also Torous
     Report, ¶ 111.
97.  See Brunnermeier (2009), at 88-90; Diamond and Rajan (2009), at 608-609.
98.  See also Torous Report, Exhibit 8.
99.  See also Torous Report, Exhibit 8.  The increases in unemployment were particularly high in the
     sand states of Arizona, California, Florida and Nevada.  See Torous Report, ¶ 62 & Exhibit 16.
100. See, e.g., Atif Mian, Kamalesh Rao, and Amir Sufi, "Household Balance Sheets, Consumption, and
     the Economic Slump," 128(4) The Quarterly Journal of Economics (2013), 1687-1726 at 1710-1714,
     1717 (finding that between 2006 and 2009, households decreased consumption by between 5.4 cents

39.     The financial crisis and ensuing recession exacerbated the housing crisis. Banks tightened their lending standards and the market for private-label mortgage-backed securities collapsed, which reduced the supply of credit to borrowers, thereby further reducing the demand for housing (and further exacerbating the housing price decline).[102]  Moreover, the increase in unemployment that occurred during the recession also reduced the demand for housing, and increased the incidence of delinquencies and defaults (both of which exacerbated the housing price decline).[103]

40.     Thus, the decline in housing prices, the financial crisis, the recession, and the subsequent increases in unemployment rates were not exogenous causes of the increases in defaults and delinquencies that occurred after the At-Issue Certificates were issued.  Rather, the Alleged Underwriting and Disclosure Defects facilitated an increase in the supply of credit to unqualified borrowers, which contributed to an unsustainable housing price bubble, and exacerbated the magnitude of the housing price declines that occurred when the bubble burst.  In

---

and 7.2 cents for each dollar decline in home values, with an even stronger impact among "households with a higher housing leverage ratio, as well as for poorer households").

101. Data from the Bureau of Labor Statistics shows that seasonally adjusted residential construction employment peaked in April 2006 and, by December 2008, had declined by almost 30 percent. "Employment, Hours, and Earnings from the Current Employment Statistics survey (National), Construction, Residential Building, All Employees-Thousands, Seasonally Adjusted-CES2023610001," Bureau of Labor Statistics, United States Department of Labor, 1990-2014, Accessed at http://beta.bls.gov/dataViewer/view/timeseries/CES2023610001 (accessed August 17, 2015).  Evidence indicates that employment in non-construction sectors was impacted as well.  See Atif Mian and Amir Sufi, "What Explains the 2007-2009 Drop in Employment?" 82(6) Econometrica (2014), 2197-2223, at 2198 (finding that "[a] 10 percentage point decline in housing net worth is associated with a 3.7 percentage point decline in non-tradable employment" and that this decline is "not driven by exposure to construction-related sectors.").

102. See Brunnermeier (2009), at 78, 91-94.  See also Torous Report, ¶ 110.

103. See, e.g., U.S. Department of Housing and Urban Development Office of Policy Development and Research, "Report to Congress on the Root Causes of the Foreclosure Crisis," January 2010, at vi, 11 & 21.  See also Torous Report, ¶¶ 58-60, 62 & 80-82; Cohen-Cole Report, ¶ 38.

addition, the Alleged Underwriting and Disclosure Defects facilitated loans to borrowers who were more likely to default when housing prices declined.  The bursting of the housing price bubble and the increase in mortgage loan defaults triggered a financial crisis and ensuing severe economic recession, which in turn exacerbated the housing crisis.

_James R. Barth_

_____

October 16, 2015

# Appendix A

# James R. Barth

| | |
|---|---|
| Lowder Eminent Scholar in Finance | Telephone: (334) 844-2469 |
| 303 Lowder Hall | Fax: (334) 844-4960 |
| Auburn University | E-mail: barthjr@auburn.edu |
| Auburn, Alabama 36849-5245 | Homepage: http://business.auburn.edu/~barthjr/ |

## EDUCATION

Ph.D., 1972, Ohio State University

M.A., 1967, University of New Mexico

B.S., 1965, California State University at Sacramento

## POSITIONS HELD

Fellow of the Wharton Financial Institutions Center, University of Pennsylvania, 2012-present

Lowder Eminent Scholar in Finance, Auburn University, 1989-present

Senior Finance Fellow, Milken Institute, 1997-present

(MI link: http://www.milkeninstitute.org/about/about.taf?function=detail&Level1=ProStaff&Level2=Bio&ID=16&cat=Staff)

International Team Leader, Asian Development Bank Project on Reforming China's Banking Laws and Regulations, 2002-2004

Visiting Scholar, World Bank, January 1998-March 1998

Visiting Scholar, Office of the Comptroller of the Currency, U.S. Department of the Treasury, January 1996-March 1996

Shaw Foundation Professor, Nanyang Technological University, Singapore, July 1997-August 1997

Chief Economist, Office of Thrift Supervision, U.S. Department of the Treasury, August 1989-November 1989

Chief Economist and Director of the Office of Policy and Economic Research, Federal Home Loan Bank Board, September 1987-July 1989

Professor of Economics, The George Washington University, 1981-1987

Visiting Scholar, Office of Policy and Economic Research, Federal Home Loan Bank Board,1984-1985

Visiting Scholar, Fiscal Analysis Division, U.S. Congressional Budget Office, 1983-1984

Visiting Scholar, Research Department, Federal Reserve Bank of Atlanta, 1981-1983

Associate Director, Economics Program, National Science Foundation, 1980-1981

Associate Professor of Economics, The George Washington University, 1975-1981

Principal Analyst, Fiscal Analysis Division, U.S. Congressional Budget Office, 1975-1976

Assistant Professor of Economics, The George Washington University, 1972-1975

## AWARDS, HONORS, AND GRANTS

Auburn University, College of Business, Best All-Around Faculty Award, 2013.

Invited Participant, U.S. Speaker and Specialist Program, U.S. Department of State and U.S. Embassy in Portugal, Speaking Engagements in Portugal, May 2011, (Cancelled)

Maughmer Freedom Philosophy Lecture, Washington State University, Pullman, WA, April 11, 2011

Invited Participant, U.S. Speaker and Specialist Program, U.S. Department of State and U.S. Embassy in Cairo, Speaking Engagements in Egypt, May 2010

Auburn University, College of Business, Outstanding Elective Faculty Award, 2010

Invited Participant, U.S. Speaker and Specialist Program, U.S. Department of State and U.S. Embassy in Moscow, Speaking Engagements in Russia, May 2009

Auburn University, College of Business Distinctive Faculty Achievement Award, 2009

MBA Teacher of the Year, Auburn University, 2009

Invited Participant, U.S. Speaker and Specialist Program, U.S. Department of State and U.S. Embassy in New Delhi, Speaking Engagements in India, December 2008

Invited Participant, U.S. Speaker and Specialist Program, U.S. Department of State and U.S. Embassy in Beijing, Speaking Engagements in China, June 2006

Auburn University, College of Business Distinguished Faculty Achievement Award, 2006

MBA Teacher of the Year, Auburn University, 2003

J. Anderson Davis Lecture, Academy of Economics and Finance, 29th Annual Meeting, Pensacola, Florida, February 13-16, 2002

Omicron Delta Kappa Society, The National Leadership Honor Society, May, 1991

Research Award, College of Business, Auburn University, sponsored by Kraft Foods, 1991

Best Paper Award, Financial Institutions and Markets, Eastern Finance Association, 1990

Garn Institute of Finance Grant, University of Utah, "Moral Hazard and the S&L Crisis of the 1980s," (with Carl D. Hudson), 1990

Office of Thrift Supervision Executive Incentive Award, 1989

Federal Home Loan Bank Board Special Act Award, 1989

Senior Executive Service Award for Exemplary Service, 1988

Mid America Institute for Public Policy Research Grant, University of Michigan, "Understanding Thrift Failure Costs and the Regulator's Closure Rule," 1987-1988, declined

U.S. Chamber of Commerce Grant, "The Impact of Government Spending on Economic Activity," (with Michael D. Bradley), 1987

U.S. Small Business Administration Grant, "Employee Characteristics and Firm Size," (with Sheldon Haber and Joseph Cordes), 1985-1987

Federal Home Loan Bank Board Grant, "An Analysis of Risk to Thrift Institutions and to the FSLIC," 1985-1986

Distinguished Paper Award, Southwestern Finance Association, 1985

National Science Foundation Grant, "The Effects of Regulations on Consumer Credit Markets," (with Anthony Yezer and Joseph Cordes), 1978-1980

George Washington University Research Council Grant, 1971-1972, 1972-1973, 1973-1974, 1982-1983

Research Fellow, Ohio State University, 1971-1972

Federal Reserve Bank of Cleveland Dissertation Fellow, 1970-1971

Omicron Delta Epsilon (International Honorary in Economics)

Alpha Iota Delta (National Honorary in Decision Sciences)

Sigma Xi (North American Research Society)

---

# PROFESSIONAL AFFILIATIONS

---

American Economic Association

American Finance Association

American Real Estate and Urban Economics Association

Financial Management Association
National Association of Business Economists
Southeastern Finance Association
Western Economic Association

## PROFESSIONAL ACTIVITIES

Interviewed by the Financial Crisis Inquiry Commission, 2010
Interviewed by the Congressional Oversight Panel, 2010

**PROFESSIONAL ASSOCIATION POSITIONS:**

Member, Board of Governors, National Economists Club, January 1999-January 2002
Member, Advisory Council, Financial Services Research Program, Purdue University and subsequently George Washington University, 1990-2012.

**REFEREED MANUSCRIPTS FOR:**

American Economic Review
Applied Economics
Canadian Journal of Economics
Economica
Economic Inquiry
Economic Letters
Emerging Markets Finance and Trade
European Journal of Political Economy
Financial Review
International Review of Financial Analysis
Journal of the American Statistical Association
Journal of Banking and Finance
Journal of Business Finance and Accounting
Journal of Common Market Studies
Journal of Development Economics
Journal of Contemporary Policy Issues
Journal of Comparative Economics
Journal of Economics and Business
Journal of Economics and Finance
Journal of Finance
Journal of Financial Management
Journal of Empirical Finance

Journal of Financial Economics
Journal of Financial Intermediation
Journal of Financial Services Research
Journal of Futures Markets
Journal of International Business Studies
Journal of International Finance
Journal of International Money and Finance
Journal of Macroeconomics
Journal of Money, Credit and Banking
Journal of Political Economy
Journal of Political History
Journal of Real Estate Finance and Economics
Journal of Transactions on Internet Research
Journal of Urban Affairs
Quarterly Review of Economics and Finance
Quarterly Review of Economics and Business
Regulation and Governance
Review of Economics and Statistics
Review of Pacific Basin Financial Markets and Policies
Review of Quantitative Finance and Accounting
Southern Economic Journal
Swiss Journal of Economics

**EDITORIAL ACTIVITIES:**

Editorial Board: *Journal of Finance and Economics,* 2014-present
Editorial Board: *Journal of Financial Risk Management*, 2012-present
Editorial Board: *Cross-Straight Finance Journal*, 2012-present
Editorial Board: *The Mexican Journal of Economics and Finance*, 2011-present
Guest Editor: Special Issue on China after the Global Financial Crisis, *Economics Research International*, 2011
Co-Editor: *Journal of Financial Economic Policy*, 2009-present

Overseas Associate Editor: *The Chinese Banker*, 2005-present
Series Co-Editor: *The Milken Institute Series on Financial Innovation and Economic Growth*, 2001-present
Associate Editor:  *Review of Pacific Basin Financial Markets and Policies*, 1996-present
Editorial Board, *International Encyclopedia of Business & Management*, 2001
Associate Editor:  *Financial Services Review*, 1996-2000
Editorial Board:  *Journal of Financial Services Research*, 1988-1999
Associate Editor:  *Federal Home Loan Bank Board Journal*, 1987-1989
Editorial Advisory Board: *Journal of Economics and Business*, 1980-1985

**REVIEW GRANT AND PUBLISHING PROPOSALS:**

Luxembourg National Research Fund

Israel Science Foundation

National Science Foundation

Various publishing companies of economic and finance textbooks and monographs

**PRESENTED PAPERS, CHAIRED SESSIONS, AND SERVED AS DISCUSSANT AT:**

| | |
|---|---|
| All China Economic International Conference | Eastern Finance Association Meetings |
| American Economic Association Meetings | Econometric Society Meetings |
| American Finance Association Meetings | Financial Management Association Meetings |
| American Statistical Association Meetings | Meetings of the American Institute of Decision Sciences |
| American Real Estate and Urban Economics Association Meetings | Midwest Economic Association Meetings |
| American Institute of Decision Sciences Meetings | Southern Finance Association Meetings |
| Asia-Pacific Economic Association Annual Conference | Southern Regional Science Association Meetings |
| Atlantic Economic Society Conference | Southern Economic Association Meetings |
| Eastern Economic Association Meetings | Western Economic Association Meetings |

**INVITED SPEAKER/PANELIST AT CONFERENCES/LUNCHEONS SPONSORED BY:**

| | |
|---|---|
| Alabama Bankers Association | Jerome Levy Economics Institute of Bard College |
| Alabama League of Savings Institutions | Lincoln Institute for Research and Education |
| American Bankers Association | Los Angeles Chapter, National Association for Business Economics |
| American Association for the Advancement of Science | Louisiana League of Savings Institutions |
| American Enterprise Institute | Maryland League of Savings Institutions |
| Asian Development Bank | Merrill Lynch |
| Asia-Pacific Economic Cooperation | Milken Institute |
| Bank for International Settlements | National Association of Business Economists |
| Bank van de Nederlandse Antillen | National Association of Federal Credit Unions |
| Brookings Institution | National Association of Home Builders |
| Cato Institute | National Conference of State Legislatures |
| China Banking Regulatory Commission | National Economists Club |
| Congressional Budget Office | National Planning Association |
| Euromoney | National Society of Real Estate Finance |
| Federal Deposit Insurance Corporation | National Tax Symposium |
| Federal Home Loan Bank of Atlanta | New England League of Savings Institutions |
| Federal Home Loan Bank of New York | Office of the Comptroller of the Currency |
| Federal Home Loan Bank of San Francisco | Organization for Economic Co-operation and Development |
| Federal Home Loan Bank of Seattle | Peoples Bank of China |
| Federal Reserve Bank of Atlanta | Rockefeller Foundation Bellagio Conference and Study Center |

| | |
|---|---|
| Federal Reserve Bank of Boston | Salomon Brothers Center for the Study of Financial Institutions |
| Federal Reserve Bank of Cleveland | Savings and Community Bankers of America |
| Federal Reserve Bank of Chicago | Smith Barney Investment Banking Company |
| Federal Reserve Bank of Kansas City | Society of Government Economists |
| Federal Reserve Bank of Philadelphia | Southwest Institute for Finance |
| Federal Reserve Bank of St. Louis | The Garn Institute |
| Financial Stability Institute | The North American Forum |
| Hong Kong Institute for Monetary Research | U.S. Department of Agriculture |
| Hong Kong Securities and Futures Commission | U.S. League of Savings Institutions |
| Household International | Urban Institute |
| Institute for Supervisory Education | Washington Women Economists |
| Inter-American Defense College | Women's World Banking |
| International Monetary Fund | World Bank |

**TESTIFIED BEFORE:**

Subcommittee on Financial Institutions and Consumer Credit, U.S. House of Representative, on Systemically Important Financial Institutions, July 8, 2015.

Committee on Financial Services, U.S. House of Representative, on the Impact of the Volcker Rule on Markets, Businesses, Investors, and Job Creation, Part II, December 13, 2012.

Committee on Banking, Finance, and Urban Affairs, U.S. House of Representatives, on Credit Unions, October 6, 1994

Committee on Banking, Housing, and Urban Affairs, U.S. Senate, on Consolidation of the Bank Regulatory Agencies, March 4, 1994

Committee on Banking, Housing, and Urban Affairs, U.S. Senate, on Condition and Outlook of the Savings and Loan Industry, June 17, 1992

Committee on Banking, Finance, and Urban Affairs, Task Force on the Resolution Trust Corporation on the Structure of the Savings and Loan Bailout, U.S. House of Representatives, July 1991

Committee on Banking, Finance, and Urban Affairs, Subcommittee on Financial Institutions Supervision, Regulation, and Insurance, U.S. House of Representatives, on Deposit Insurance Reform and Restructuring of the Banking Industry, April 1991

Committee on Banking, Housing, and Urban Affairs, U.S. Senate, on Deposit Insurance Reform, March 1991

Committee on Banking, Finance, and Urban Affairs, Subcommittee on Financial Institutions, Supervision, Regulation, and Insurance, U.S. House of Representatives, on the condition of the U.S. Banking Industry and the Bank Insurance Fund, December 1990

Committee on Banking, Housing, and Urban Affairs, U.S. Senate, on Deposit Insurance Reform, May 1990

Committee on Banking, Finance, and Urban Affairs, U.S. House of Representatives, on Fraud and Insider Abuse, April 1990

Federal Trade Commission

**APPEARED ON:**

ABC Good Morning America

ABC Nightline

CCTV (Biz China, Biz Asia America, Dialogue, News Hour)

Cable News Network (Newswatch, Money Line, Prime News, Business Morning)

CNBC

CNNFN

CBS Evening News

CSPAN

Bloomberg

Financial News Network (America's Business)

Fox News

Money Radio
National Public Radio
NBC Evening News
PBS (McNeil/Lehrer Newshour, Nightly Business Report, Frontline)
Other local television and radio programs
Sina.com (Biggest web portal in China)
Yahoo! Finance
TYT Network

***LISTED IN:***
Who's Who in U.S. Executives
Who's Who in America
Who's Who International
Who's Who in Economics: A Biographical Dictionary of Major Economists 1700 to 1995

***QUOTED IN A NUMBER OF NEWSPAPER AND FINANCIAL PUBLICATIONS, INCLUDNG:***

| | |
|---|---|
| American Banker | National Thrift News |
| Atlanta Constitution | New York Times |
| Barrons | Newsweek |
| Birmingham News | Real Clear Markets |
| Business Week | San Diego Union Tribune |
| Changing Times | San Francisco Chronicle |
| Chicago Tribune | Savings Institutions Magazine |
| Economist | Time |
| Financial World | The Deal |
| Forbes | U.S. News and World Report |
| Investment Professional | USA Today |
| Los Angeles Business Journal | Wall Street Journal |
| Los Angeles Times | Washington Monthly |
| Money Magazine | Washington Post |
| National Journal | Washington Times |
| National Post | |

## VIDEOS/AUDIOS/OP-EDS

Payday lending in California continues, despite risks
DigitalJournal.com- June 26, 2015
http://www.digitaljournal.com/business/business/opedpaydaylendingincaliforniacontinuesdespiterisks/article/436260

Time to hit panic button on Alabama pension reform
AL.COM- June 2, 2015
http://www.al.com/opinion/index.ssf/2015/06/time_to_hit_panic_button_on_al.html

Interview James R. Barth
Russia Direct- January 16, 2014
Is Russia too protective of its economy?
http://www.russia-direct.org/content/russia-too-protective-its-economy

Post-crisis regulation and supervision of the biggest banks by the biggest countries: Consensus on principles, variation in practices
Cayman Financial Review- January 15, 2014
http://www.compasscayman.com/cfr/2014/01/15/Post-crisis-regulation-and-supervision-of-the-biggest-banks-by-the-biggest-countries-/

Boston's Lockdown Economy
Huffpost Live- April 22, 2013
http://live.huffingtonpost.com/r/segment/whats-the-economic/51717c4c02a76055bf000068

Money Radio
Money Radio- June 7, 2012
http://www.moneyradio1510.com/Program-Schedule/318/Financial%20Review%20with%20Sinclair%20Noe

JPMorgan's challenges and lessons to be learnt
Dialogue, CCTV News- May 28, 2012
http://english.cntv.cn/program/dialogue/20120528/104041.shtml

We Need Regulators Who Do Their Jobs
New York Times, Room for Debate- May 27, 2012
http://www.nytimes.com/roomfordebate/2012/05/21/what-could-have-prevented-the-jpmorgan-chase-disaster/we-need-regulators-who-do-their-jobs

Did Bank Regulators Miss J.P. Morgan's Risky Behavior?
U.S. News Debate Club
http://www.usnews.com/debate-club/does-the-jp-morgan-loss-prove-the-need-for-tougher-bank-regulations/did-bank-regulators-miss-jp-morgans-risky-behaviors

J.P. Morgan Chase: Still another regulatory failure?
Crain's Chicago Business- May 18, 2012
http://www.chicagobusiness.com/article/20120518/NEWS01/120519817/j-p-morgan-chase-still-another-regulatory-failure

Failures of Financial Regulators Explained by Former Reagan
TYT Network- May 15, 2012
http://www.youtube.com/watch?v=AmG7Rasb-JQ&list=UUKw8kdkYfmuNSVchGoDw8Mg&index=1&feature=plcp

National Public Radio
National Public Radio- May 14, 2012
http://wpr.org/merens/index.cfm?strDirection=Next&dteShowDate=2012%2D05%2D14%2015%3A00%3A00%2E0

Big Bank CEOs Haggle, Bicker Against New Regulations
Yahoo! Finance Daily Ticker- May 7, 2012
http://finance.yahoo.com/blogs/daily-ticker/big-bank-ceos-haggle-bicker-against-regulations-133838809.html#more-id

Let's Make Financial Regulators Work For Us
RealClearMarkets.com- April 5, 2012
http://www.realclearmarkets.com/articles/2012/04/05/lets_make_financial_regulators_work_for_us_99600.html

It's better to rent than to foreclose (with Peter Passell)
Wall Street Journal- April 3, 2012
http://online.wsj.com/article/SB10001424052702303816504577311270697579862.html

'Too Big to Fail': Breaking Up Big Banks Is NOT the Answer, Former Regulator Says
Yahoo! Finance Daily Ticker- March 26, 2012
http://finance.yahoo.com/blogs/daily-ticker/too-big-fail-breaking-big-banks-not-answer-140851430.html

How Wells Fargo Breaks Economic Crisis

CCTV Biz Asia America- March 24, 2012
http://english.cntv.cn/program/bizasiaamerica/20120324/113909.shtml

Levine and Barth Discuss "Guardians of Finance" Book (Audio)
Bloomberg- March 14, 2012
http://www.bloomberg.com/news/2012-03-14/levine-and-barth-discuss-guardians-of-finance-book-audio-.html

Private Finance is Needed to Fix U.S. Housing
RealClearMarkets.com- March 1, 2012
http://www.realclearmarkets.com/articles/2012/03/01/private_finance_is_needed_to_fix_us_housing_99542.html

Interview James Barth on US PMI
CCTV News Hour- March 1, 2012
http://english.cntv.cn/program/newshour/20120301/117151.shtml

CCTV NEWS HOUR 20120124
CCTV News Hour- January 23, 2012
http://english.cntv.cn/program/newshour/20120124/111982.shtml

James R. Barth at the Milken Institute Global Conference 2010
http://www.youtube.com/watch?v=O7VHsjZaa_s

Discussion of regulatory reform and the role of the Fed
Milken Institute - July 8, 2009
http://www.youtube.com/watch?v=u0WfUNH5ZS8

Waiting for a silver lining
Russia Today- June 2, 2009
http://www.youtube.com/watch?v=1s8ANibNoAY

---

# BOOKS

---

*The First Great Financial Crisis of the 21st Century: A Retrospective,* edited with George G. Kaufman, World Scientific: Singapore and Boston, 2015.

*Fixing the Housing Market: Financial Innovations for the Future,* with Franklin Allen and Glenn Yago, Wharton School Publishing/ Pearson, 2012.

*Guardians of Finance: Making Regulators Work for Us,* with Gerard Caprio, Jr. and Ross Levine, MIT Press, 2012, translated into a simplified Chinese character edition by SDX Joint Publishing in Beijing, China, 2014. This book received PROSE horary mention as one of the top books in Business, Finance and Management.

*Research Handbook on International Banking and Governance,* edited with Chen Lin and Clas Wihlborg, Edward Elgar Publishing, 2012.

*The Rise and Fall of the U.S. Mortgage and Credit Markets: A Comprehensive Analysis of the Meltdown,* with Tong Li, Wenling Lu, Tripon Phumiwasana, and Glenn Yago, John Wiley & Sons, 2009. This book received PROSE horary mention as one of the top books in Business, Finance and Management.

*Global Banking Regulation and Supervision: What Are the Issues and What Are the Practice?* with Jie Gan and Daniel E. Nolle, Nova Science Publishers, Inc., 2009.

*China's Emerging Financial Markets: Challenges and Opportunities,* edited with John A. Tatom and Glenn Yago, Springer, 2009.

*Rethinking Bank Regulation: Till Angels Govern,* (Chinese Translation) with Gerard Caprio, Jr. and Ross Levine, China Financial Publishing House, 2008.

*Entrepreneurship in Emerging Domestic Markets,* edited with Glenn Yago and Betsy Zeidman, Springer, 2008.

*Financial Restructuring and Reform in Post-WTO China,* edited with Douglas Arner, Berry Hsu, Wei Wang and Zhou Zhongfei, Kluwer Law International, 2007.

*Rethinking Bank Regulation: Till Angels Govern,* with Gerard Caprio, Jr. and Ross Levine, Cambridge University Press, 2006.

*The Savings and Loan Crisis: Lessons from a Regulatory Failure*, edited with Susanne Trimbath and Glenn Yago, Kluwer Academic Press, 2004.

*Restructuring Regulation and Financial Institutions*, edited with R. Dan Brumbaugh, Jr. and Glenn Yago, Milken Institute Press, 2000.

*Emerging Challenges for the International Financial Services Industry*, edited with Philip Bartholomew, JAI Press, 1992.

*The Reform of Federal Deposit Insurance: Disciplining the Government and Protecting Taxpayers,* edited with R. Dan Brumbaugh, Jr., Harper Business, 1992.

*The Future of American Banking*, with R. Dan Brumbaugh, Jr. and Robert E. Litan, Columbia University Seminar Series, M.E. Sharpe, Inc., 1992.

*The Great Savings and Loan Debacle*, American Enterprise Institute, Washington, D.C., 1991. This book selected by *Choice* as one of the best books of the year.

*Macroeconomics: Selected Readings*, edited with C.Y. Hsieh and and Salih Neftci, Xerox College Publishing, 1974.

---

## ARTICLES/PAPERS

---

Forthcoming

"Payday Lending: Does Regulation Depend on Which Party Holds Power?" (with Gerard Caprio and Moutusi Sau), Milken Institute Research Report, forthcoming.

"China's Shadow Banking Sector: Beneficial or Harmful to Economic Growth?" (with Tong Li, Wen Shi and Pei Xu), *Journal of Financial Economic Policy*, forthcoming.

"Do state regulations affect payday lender concentration?" (with Jitka Hilliard, John S. Jahera and Yanfei Sun), *Journal of Economics and Business*, forthcoming.

"Industry Concentration and Regional Housing Market Performance," (with Justin D. Benefield and Harris Hollans), *Journal of Regional Analysis & Policy*, forthcoming.

"Why Study Finance," (with John Jahera), *Finance for the Curious: Why Study Finance*?, edited by Kishor Vaidya, forthcoming.

"Gramm-Leach-Bliley Act: Creating a New and Broader Bank," (with John S. Jahera, Jr.), *Encyclopedia of Finance*, edited by A.C. Lee and C.F. Lee, Springer, forthcoming.


2015

"Banks and Payday Lenders: Friends or Foes?"(with Jitka Hilliard and John S. Jahera*), International Advances in Economic Research*, Vol. 21, No.2, May 2015.

"Misdiagnosis: Incomplete Cures of Financial Regulatory Failures," (with Gerard Caprio Jr. and Ross Levine), *The First Great Financial Crisis of the 21st Century: A Retrospective,* edited by James R. Barth and George Kaufman, World Scientific: Singapore and Boston, 2015.

"The Dodd-Frank Act: Key Features, Implementation Progress, and Financial System Impact," (with Apanard (Penny) Prabha, and Clas Wihlborg), *The First Great Financial Crisis of the 21st Century: A Retrospective*, edited by James R. Barth and George Kaufman, World Scientific: Singapore and Boston, 2015.

"Misdiagnosis: Incomplete Cures of Financial Regulatory Failures," (with Gerard Caprio Jr. and Ross Levine), *The First Great Financial Crisis of the 21st Century: A Retrospective,* edited by James R. Barth and George G. Kaufman, World Scientific, 2015.

"The Dodd-Frank Act: Key Features, Implementation Progress, and Financial System Impact," (with Apanard (Penny) Prabha, and Clas Wihlborg), *The First Great Financial Crisis of the 21st Century: A Retrospective*, edited by James R. Barth and George G. Kaufman, World Scientific, 2015.

"China's Policy Adjustments to Promote an Affordable and Stable Housing Market,"( with Michael Lea and Tong Li), *The Chinese Economy*, Vol. 48, 2015.

"The Dodd-Frank Act: Key Features, Implementation Progress, and Financial System Impact," (with Apanard (Penny) Prabha, and Clas Wihlborg), *Milken Institute Research Report,* February 10, 2015.

"The Big Keep Getting Bigger: Too-Big-to-Fail US Banks 30 Years Later," *The Chinese Banker*, January 2015.

"For Whom Are We Building the American Dream? The Role of Subsidies in the Economics of Housing," (with Ross Levine and Moutusi Sau), *Milken Institute Research Report*, March 31, 2015.

"Alabama's Public Pensions: Building a Stable Financial Foundation for the Years Ahead,"( with John Jahera and Alabama Policy Institute), *Alabama Policy Institute report*, 2015.


2014

"An Analysis of Resolving Too-Big-to-Fail Banks Throughout the United States."(with Apanard (Penny) Prabha), *Journal of Regional Analysis & Policy*, Vol. 44, No. 1, 2014.

"Systemically Important Banks (SIBs) in the Post-Crisis Era: The Global Response, and Responses Around the Globe for 135 Countries," (with Daniel E. Nolle, Tong (Cindy) Li and Christopher Brummer*), Oxford Handbook in Banking, Second Edition*, edited by Allen Berger, Phil Molyneux, and John S. Wilson, Oxford University Press, November 2014.

"Transparency of Financial Regulation," (with Apanard (Penny) Prabha, and Clas Wihlborg*), The Oxford Handbook of Economic and Institutional Transparency*, edited by Jens Forssbæck and Lars Oxelheim, Oxford University Press, October 2014.

"Banking Structure, Regulation, and Supervision in 1993 and 2013: Comparisons Across Countries and Over Time," (with Daniel E. Nolle and Apanard (Penny) Prabha), *Journal of International Business & Law*, Vol. XIII No. 2, Summer, 2014.

"Financial Innovations and the Stability of the Housing Market," (with Franklin Allen and Glenn Yago), *National Institute Economic Review,* No. 230, November 2014.

"Panel Discussion on Stability, Resolution, and Dodd-Frank," (with John Dearie, David Skeel and Arthur Wilmarth), *Perspectives on Dodd-Frank and Finance*, edited by Paul H. Schultz, MIT Press, 2014

"Post-Crisis Regulation and Supervision of The Biggest Banks by the Biggest Countries: Consensus on Principles, Variation in Practices", (with Daniel E. Nolle), *Cayman Financial Review*, Issue 34, First Quarter 2014.

"Where Banks Are Few, Payday Lenders Thrive", *The Milken Institute Review*, First Quarter 2014.

"Banking Structure and Regulation in 1993 and 2013 A Cross-Country Comparison" (with Daniel E. Nolle and Apanard (Penny) Prabha), *Milken Institute Research Report*, June 5, 2014

"Regulation and Supervision of the Biggest Banks by the Biggest Countries Consensus on Principles, Variation in Practices" (with Daniel E. Nolle), *Milken Institute Research Report,* January 22, 2014


2013

"Regulatory and Market Forces in Controlling Bank Risk-Taking: A Cross-Country Analysis," (with Apanard (Penny) Angkinand, John S. Jahera, Jr., Triphon Phumiwasana, Clas Wihlborg), *Journal of Current Issues in Finance, Business and Economics*, 6.2/3, 2013.

"Breaking (Banks) Up Is Hard to Do: New Perspective on Too Big to Fail" (with Apanard (Penny) Prabha), *The Social Value of The Financial Sector; Too Big to Fail or Just Too Big?* edited by Viral V Acharya, Thorsten Beck, Douglas D Evanoff, George G Kaufman and Richard Portes, World Scientific, 2013.

"Breaking (Banks) Up Is Hard to Do: New Perspective on Too Big to Fail", (with Apanard (Penny) Prabha), *World Scientific Studies in International Economics*, Vol. 29, December 2013

"Cross-border Bank Mergers and Acquisitions: What Factors Pull and Push Banks Together?" (with Dongyun Lin, John Jahera, and Keven Yost), *Review of Pacific Basin Financial Markets and Policies,* Volume 16, Issue 04, December 2013.

"Restructuring the U.S. Housing Market" (with Franklin Allen and Glenn Yago), *Financial Restructuring to Sustain Recovery*, edited by Martin Neil Baily, Richard Herring and Yuta Seki, Brookings Institution Press, 2013.

"Do Interest Groups Unduly Influence Bank Regulation?" (with Apanard (Penny) Prabha, and Wenling Lu), *CESifo DICE Report,* December 2013.

"Mind the Gaps: Closing Income and Educational Disparities in California" (with Kevin Klowden, and Donald Markwardt), *Milken Institute Research Report*, November 2013.

"Where Banks Are Few, Payday Lenders Thrive: What Can Be Done About Costly Loans" (with Priscilla Hamilton, and Donald Markwardt), *Milken Institute Research Report*, October 2013.

"Regulate Risk-taking Rather Than Bank Size" (with Ross Levine, Apanard (Penny) Prabha), MarketWatch.com, October 21, 2013.

"Systemically Important Banks in the Post-Crisis Era" (with Chris Brummer, Tong Li, and Daniel E. Nolle), *Milken Institute Research Report,* September 2013.

"Do Bank Regulation, Supervision and Monitoring Enhance or Impede Bank Efficiency?" (with Chen Lin, Yue Ma, Jesús Seade, and Frank M. Song), *Journal of Banking and Finance*, Vol. 37, Issue 8, Pages 2879-2892, August 2013.

"The Fed's Rough Road Ahead" (with Apanard (Penny) Prabha), *The Milken Institute Review,* Third Quarter 2013.

"What Is the Likely Impact of the Volcker Rule on Markets, Businesses, Investors, and Job Creation?" (with Donald McCarthy), *The Journal of Private Enterprise,* 28(2), Pages 63-74, 2013.

"Measure It, Improve It: Bank Regulation and Supervision in 180 Countries 1999-2011" (with Gerard Caprio, Jr. and Ross Levine), *Milken Institute Research Report,* April 2013.

"Bank Regulation and Supervision in 180 Countries from 1999 to 2011" (with Gerard Caprio, Jr. and Ross Levine), *Journal of Financial Economic Policy*, Volume 5, Issue 2, 2013.

"Resolving Too-Big-To-Fail Banks In the United States," (with Apanard (Penny) Prabha), Mercatus Center, George Mason University, Working Paper No. 13-05, March 2013.

"Breaking (Banks) Up is Hard to Do: New Perspective on 'Too Big To Fail'" (with Apanard (Penny) Prabha), *Milken Institute Research Report,* March 2013.

"Bank Regulation and Supervision in 180 Countries from 1999 to 2011" (with Gerard Caprio, Jr. and Ross Levine), Wharton Financial Institutions Center, January 2013.


2012

"Reforms of China's Banking System" (with Li Li, Tong Li and Frank Song*), The Evidence and Impact of Financial Globalization*, edited by Gerard Caprio, Jr., Elsevier, Pages 345-353, 2012.

"Policy Issues of China's Financial Globalization" (with Li Li, Tong Li and Frank Song*), The Evidence and Impact of Financial Globalization*, edited by Gerard Caprio, Jr., Elsevier, Pages 355-365, 2012.

"Safeguarding Global Financial Stability, Overview," (with D.G. Mayes and M.W. Taylor), *Handbook of Safeguarding Global Financial Stability*, edited by Gerard Caprio, Jr., Academic Press, December 2012.

"The Evolution and Impact of Bank Regulations" (with Gerard Caprio, Jr. and Ross Levine), *World Bank Policy Research Working Paper*, December 2012.

"Breaking (Banks) Up is Hard to Do: New Perspective on Too Big To Fail" (with Apanard (Penny) Prabha), Wharton Financial Institutions Center, December 2012.

"Restructuring the U.S. Housing Market" (with Franklin Allen, and Glenn Yago), Restructuring Financial Infrastructure to Speed Recovery, Brookings-Nomura-Wharton Conference on Financial Markets, October 26, 2012, and forthcoming in conference volume.

"Should We Impose Even Higher Taxes on U.S. Banks?" (with Nan (Annie) Zhang), Milken Institute Blog, October 26, 2012. (http://www.milkeninstitute.org/newsroom/newsroom.taf?function=currencyOfIdeas&blogID=588)

"Trading Losses: A Little Perspective on a Large Problem" (with Donald McCarthy), *Milken Institute Research Report*, October 2012.

"China's Housing Market: Is a Bubble about to Burst?" (with Michael Lea and Tong Li), *Milken Institute Research Report*, October 2012.

"U.S. Debt and Deficits: Time to Reverse the Trend" (with Tong (Cindy) Li), *Economic Affairs*, October 2012.

"Adios Espana! The Talent Outflow From Spain" (with I-Ling Shen), Real Clear Markets, October 4, 2012.

"China after the Global Financial Crisis" (with Richard C.K. Burdekin, Frank M. Song, and Zhongfei Zhou), *Economics Research International*, edited by Richard C.K. Burdekin, Volume 2012.

"Housing Finance Deposit Guarantees", (with Harris Hollans), *International Encyclopedia of Housing and Home*, edited by S.J. Smith, M. Elsinga, L. Fox-O'Mahony, S.E. Ong, and S. Wachter, Elsevier, July 14, 2012.

"Just How Big is the Too-Big-To-Fail Problem?" (with Apanard (Penny) Prabha, and Phillip Swagel), *Journal of Banking Regulation*, Volume 13, 4, 265-299, 2012. Also published as *Milken Institute Current Views*, March 2012.

"The U.S. Housing Market in 2014: How Much Financing Is Needed, and Who Will Supply It?" (with Tong Li, and Daniel E. Nolle), *Milken Institute Current Views*, April 2012.

"Let's Make Financial Regulators Work For Us" (with Gerard Caprio and Ross Levine), Real Clear Markets, April 5, 2012. (http://www.realclearmarkets.com/articles/2012/04/05/lets_make_financial_regulators_work_for_us_99600.html)

"Private Finance Is Needed to Fix Housing" (with Glenn Yago), Real Clear Markets, March 1, 2012. (http://www1.realclearmarkets.com/2012/03/01/private_finance_is_needed_to_fix_housing_124066.html)

"Guardians of Finance: Making Regulators Work for Us" (with Gerard Caprio, Jr., and Ross Levine), *Milken Institute Review: A Journal of Economic Policy*, Book Excerpt, first quarter 2012.

"What Determines the Number and Value of Bank Mergers and Acquisitions Around the Globe?" (with John S. Jahera, Jr., Triphon Phumiwasana, and Keven Yost), *Banking and Finance Review* 4 (1), 2012.

"The Eurozone Financial Crisis: Role of Interdependencies between Bank and Sovereign Risk", (with Apanard(Penny) Prabha, and Greg Yun), *Journal of Financial Economic Policy*, Volume 4, Number 1, 2012.

"Industrial Loan Companies: Where Banking and Commerce Meet," (with Yuan-Hsin Chiang, Li Li, Tong Li and Apanard Prabhavivadhana), *Financial Markets, Institutions and Instruments*, Volume 10, Number 1, 2012.


2011

"Greece's 'Unpleasant Arithmetic': Containing the Threat to the Global Economy," (with Tong Li and Apanard Prabhavivadhana), *Global Economy Journal*, Volume 11, Issue 4, 2011.

"Bank Risk and Sovereign Risk: A More Complete Picture for Successful Regulatory Reforms." (with Apanard Angkinand and Greg Yun), The 23rd Annual Conference of Association for Global Business, New Port Beach, California, November 18, 2011. (Received Best Paper Award).

"U.S. Debt and Deficits: Time to Reverse the Trend," (with Tong Li), *Milken Institute White Paper*, November 2011.

"Industrial Loan Companies: Supporting America's Financial System," (with Tong Li, Apanard Angkinand, Yuan-Hsin Chiang and Li Li), *Milken Institute Research Report*, April 2011.

"The ILC: Dinosaur or Phoenix?"(with Yuan-Hsin Chiang and Tong Li), *The Milken Institute Review: A Journal of Economic Policy*, first quarter 2011.

"Small and Medium Enterprise Financing in Transition Economies," (with Keven Yost and Dongyun Lin), *Atlanta Economic Journal*, January 2011.


2010

"Spillover Effects from the U.S. Financial Crisis: Some Time-Series Evidence from National Stock Returns," (with Apanard Angkinand, and Hyeongwoo Kim), *The Financial and Economic Crises: An International Perspective*, edited by Benton Gup, Edward Elgar Publishing, 2010.

"McMansion Economics," (with Tong Li and Rick Palacios, Jr.), Op-Ed in *Los Angeles Times*, November 21, 2010.

"Scaling Enterprise Finance: The Future of Biofuels," (with Joel Kurtzman, Tong Li, and Brian Vo), *Milken Institute Financial Innovations Lab Report,* April 2010.

"2009 Capital Access Index: Best Markets for Access to Business Capital," (with Tong Li, Wenling Lu and Glenn Yago), *Milken Institute Research Report*, April 2010.

"Do Bank Regulation, Supervision and Monitoring Enhance or Impede Bank Efficiency?" (with Chen Lin, Yue Ma, Jesus Seade and Frank M. Song), March 2010, unpublished manuscript, SSRN Link: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1579352

"WTO Commitments vs. Reported Practices on Foreign Bank Entry and Regulation: A Cross-Country Analysis," (with Juan Marchetti, Daniel Nolle, and Wanvimol Sawangngoenyuang), *Oxford Handbook in Banking*, edited by Allen Berger, Phil Molyneux, and John S. Wilson, Oxford University Press, 2010.

"Cross- border Bank Mergers and Acquisitions: What Pulls and Pushes Banks Together?" (with Dongyun Lin and Keven Yost), *2010 American Institute of Higher Education 4th International Conference- Proceedings*, Volume 3, Number 1, March 2010.

"Bank Regulation in the United States," (with Tong Li and Wenling Lu), *CESifo Economic Studies*, Vol. 56, 2010.

"The Financial Crisis: How Did We Get Here and Where Do We Go Next? New Evidence on How the Crisis Spread among Financial Institutions," (with Tong Li, Wenling Lu, and Glenn Yago), *Lessons from the Financial Crisis: Causes, Consequences, and Our Economic Future*, edited by Robert Kolb, John Wiley & Sons, Inc., 2010.


2009

"Views and Insights on the Global Financial Crisis," *Lombard Street*, Special Meltdown Edition, September 24, 2009.

"Financial Innovations for Housing: After the Meltdown," (with Betsy Zeidman and Glenn Yago), *Milken Institute Financial Innovations Lab Report*, November 2009.

"The U.S. Financial Crisis: Credit Crunch and Yield Spreads," (with Tong Li and Triphon Phumiwasana), *RBS Reserve Management Trends 2009*, Central Banking Publications Ltd., 2009.

"Capital Access Index 2008 - Best Markets for Business Access to Capital," (with Apanard Angkinand, Tong Li, Wenling Lu, and Glenn Yago), *Milken Institute Research Report*, April 28, 2009.

"Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing," (with Chen Lin, Ping Lin and Frank M. Song), *Journal of Financial Economics*, March 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets: A Comprehensive Analysis of the Meltdown," (with Tong Li, Wenling Lu, Tripon Phumiwasana, and Glenn Yago), *Milken Institute Research Report*, January 16, 2009.

"Behind the US Subprime Mortgage Crisis," (with Tong Li, Triphon Phumiwasana and Glenn Yago), *Towards a New Framework for Financial Stability*, edited by David Mayes, Robert Pringle, and Michael Taylor, Central Banking Publications, January 2009.

"Tallying the Bailout Bill," (with Tong Li, Wenling Lu, Tripon Phumiwasana, and Glenn Yago), *Milken Institute Review: A Journal of Economic Policy*, First Quarter 2009.

"China: The Transformation from an Emerging Economy to a Global Powerhouse," (with Gerard Caprio, Jr., and Triphon Phumiwasana), *China's Emerging Financial Markets: Challenges and Opportunities*, edited by James R. Barth, John A. Tatom, and Glenn Yago, Spring, 2009.

Interviewed and quoted in "Danse Macabre, the banking and brokerage sectors reel from crisis to crisis", Amy E. Buttell, *The Investment Professional*, Spring 2009


2008

"Bank Regulations are Changing:  For Better or Worse?" (with Gerard Caprio, Jr. and Ross Levine), *Comparative Economic Studies*, 2008.

"Competition in the Financial Sector: Challenges for Regulation," *Competition in the Financial Sector*, Proceedings of the G-20 Workshop, Bali, Indonesia, 2008.

"Deleveraging Can Save Jobs: A Simple Change in the Tax Policy Would Make it Easier for Companies to Retire Debt," (with Michael Klowden and Glenn Yago), OP-Ed, *Wall Street Journal*, December 17, 2008.

"Ask the Econ Pro," *DSNews*, December 2008.

"Bank Regulation in the United States," (with Triphon Phumiwasana and Wenling Lu), *CESifo DICE Report*, Vol. 6, No. 3, 2008.

"Reassessing the Rationale and Practice of Bank Regulation and Supervision after Basel II," (with Ross Levine and Gerard Caprio), *Current Developments in Monetary and Financial Law*, Volume 5, International Monetary Fund, 2008.

"The Microeconomic Effects of Different Approaches to Bank Supervision," (with Ross Levine and Gerard Caprio), *The Politics of Financial Development*, edited by Stephen Haber, Douglass North, and Barry Weingast, Stanford University Press, 2008.

"Stumbling Blocks to Entrepreneurship in Low- and Moderate-Income Communities," (with Glenn Yago and Betsy Zeidman), *Entrepreneurship in Emerging Domestic Markets: Barriers & Innovation*, edited by Glenn Yago, James R. Barth and Betsy Zeidman, Spring 2008.

"Banking Reforms in China: Catalyzing the Nation's Financial Future," (with Rob Koepp, and Zhongfei Zhou), *Banking Reforms in China: Changing Horizon*, edited by Asis Kumar Pain, and Nirbachita Karmakar, The Icfai University Press, 2008.

"A Short History of the Subprime Mortgage Market Meltdown," (with Triphon Phumiwasana, Tong Li, and Glenn Yago), *Government Housing Bank Journal*, Vol. 1, No. 2, April 2008.

"Despite Foreclosures, Subprime Lending Increases Homeownership," (with Triphon Phumiwasana, Tong Li, and Glenn Yago), *Government Housing Bank Journal*, Vol. 1, No. 2, April 2008.

"Surprise: Subprime Mortgage Products Are Not the Problem," (with Triphon Phumiwasana, Tong Li, and Glenn Yago), *Government Housing Bank Journal,* Vol. 1, No. 2, April 2008.

"Mortgage Market Turmoil: The Role of Interest-Rate Resets," (with Triphon Phumiwasana, Tong Li, and Glenn Yago), *Government Housing Bank Journal,* Vol. 1, No. 2, April 2008.

"A Cross-Country Assessment of Bank Risk-Shifting Behavior," (with Triphon Phumiwasana, Mark Bertus, and Jiang Hai), *Review of Pacific Basin Financial Markets and Policies*, Vol. 11, No. 1, March 2008.

"Capital Access Index 2007 - Best Markets for Business Access to Capital," (with Tong Li, Wenling Lu, Triphon Phumiwasana, and Glenn Yago), *Milken Institute Research Report*, January 2008.

"In Defense of Hybrids," *The Chinese Banker*, January 2008.

"Banking Industry in Alabama," (with John S. Jahera), on the website Encyclopedia of Alabama, 2008.
http://www.encyclopediaofalabama.org/face/Home.jsp


2007

"What Do We Know about the Performance and Risk of Hedge Funds," (with Triphon Phumiwasana, Tong Li and Glenn Yago), *International Financial Instability: Global Banking and National Regulation*, edited by Douglas D. Evanoff, John Raymond LaBrosse and George G. Kaufman, World Scientific Publishing Company, 2007.

"In Defense of Hybrids," (with Peter Passell), OP-Ed, *Wall Street Journal*, December 6, 2007.

"Surprise: Subprime Mortgage Products Are Not the Problem!" (with Tong Li, Tripon Phumiwasana, and Glenn Yago), *Milken Institute Research Report*, December, 2007.

"Mortgage Market Turmoil: The Role of Interest-Rate Resets," (with Tong Li, Tripon Phumiwasana, and Glenn Yago), *Milken Institute Research Report*, December, 2007.

"China's Financial System: The Perils of Riding the Wave," (with Gerard Caprio), *The Milken Institute Review: A Journal of Economic Policy*, Third Quarter 2007.

"Credit Cards Worldwide: Benefits for Issuers and Users," (with Mark Bertus and John S. Jahera, Jr.), *The Chinese Banker*, July 2007.

"The Role of Banks in Global Mergers and Acquisitions," (with Triphon Phumiwasana, and Keven Yost), *The Chinese Banker*, June 2007.

"China's Changing Financial System: Can It Catch Up With, or Even Drive Growth," (with Gerard Caprio, Jr., Policy Brief), *Networks Financial Institute*, March 2007.

"Inverted Yield Curves and Financial Institutions: Is the United States Headed for a Repeat of the 1980's Crisis?" (with Triphon Phumiwasana, Tong Li and Glenn Yago), *Journal of Banks and Banking Systems*, Vol. 2, No. 3, 2007. Also, *Milken Institute Research Report*, December 2006.

"On Hedge Funds," (with Triphon Phumivasana, Tong Li, and Glenn Yago), *Milken Institute Review: A Journal of Economic Policy*, First Quarter, 2007.

"A Cross-Country Analysis of Bank Performance: the Role of External Governance," (with Mark J. Bertus,Valentina Hartarska, Hai Jason Jiang and Triphon Phumiwasana), *Corporate Governance in Banking: A Global Perspective*, edited by Benton E. Gup, Edward Elgar, 2007.

"The WTO and Financial Restructuring in China," (with Douglas W. Arner, Berry F.C. Hsu, Wei Wang and Zhongfei Zhou), *Financial Restructuring and Reform in Post-WTO China*, edited by James R. Barth, Zhongfei Zhou, Doulas W. Arner, Berry F.C. Hsu and Wei Wang, Kluwer Law International, 2007.

2006

"Observations on China's Banking Laws under the WTO," (with Zhongfei Zhou, Douglas Arner, Berry Hsu and Wei Wang), *The Chinese Banker*, December 2006.

"Charticle: Evil Unchained," (with Tong Li, Don Mccarthy, Tripon Phumiwasana, and Glenn Yago), *The Milken Institute Review: A Journal of Economic Policy*, Fourth Quarter 2006.

"Foreign Banking: Do Countries' WTO Commitments Match Actual Practices?" (with Juan A. Marchetti, Daniel E. Nolle and Wanvimol Sawangngoenyuang), *World Trade Organization Staff Working Paper*, October 2006.

"Best Market For Business Finance: Capital Access Index 2006," (with Triphon Phumiwasana, Tong Li, and Glenn Yago), *Milken Institute Research Report*, 2006.

"Financial Supervision and Crisis Management: U.S. Experience and Lessons for Emerging Market Economies," (with Lawrence Goldberg, Daniel E. Noelle, and Glenn Yago), in *Regulatory Reforms in the Age of Financial Consolidation: Emerging Market Economy and Advanced Countries*, edited by Lee-Jay Cho and Joon-Kyung Kim, Korea Development Institute and East-West Center, 2006.

"Enabling Entrepreneurs in Low Income Communities," (with Glenn Yago and Betsy Zeidman), *Milken Institute Review: A Journal of Economic Policy*, Second Quarter, 2006.

"Home Bias in Global Capital Markets: What Is the Potential Demand for U.S. Asset-Backed Securities?" (with Glenn Yago, Tong Li, Sangeetha Malaiyandi and Triphon Phumiwasana), *Milken Institute Research Report*, March 2006.

"Foreign Ownership of Securities: Home Bias," (with Tong Li and Glenn Yago), *Milken Institute Review: A Journal of Economic Policy*, First Quarter, 2006.

"Economic Impacts of Global Terrorism: From Munich to Bali," (with Tong Li, Don McCarthy, Triphon Phumiwasana, and Glenn Yago), *Milken Institute Research Report*, January 2006, and also published in *Terrorism: Global Economic Impact*, edited by E. Mrudula, The Icfai University Press, 2006.

"Gramm-Leach-Bliley Act: Creating a New Bank for a New Millenium," (with John S. Jahera, Jr.), *Encyclopedia of Finance*, edited by A.C. Lee and C.F. Lee, Springer, 2006.

"Deposit Insurance Schemes," (with Cindy Lee and Triphon Phumiwasana), *Encyclopedia of Finance*, edited by A.C. Lee and C.F. Lee, Springer, 2006.

"Opportunity and Challenges in Asian Bond Markets," (with Don McCarthy, Triphon Phumiwasana and Glenn Yago), *Asia's Debt Capital Markets: Prospects and Strategies for Development*, edited by Douglas Arner, Jae-Ha Park, Paul Lejot, and Qiao Liu., Springer Science and Business Media Publisher: New York, 2006.

"Hedge Funds: Risks and Returns in Global Capital Markets," (with Tong Li, Triphon Phumiwasana, and Glenn Yago), *Milken Institute Research Report*, December 2006.

"Real Estate Investment Trust (REIT)," *The World Book Encyclopedia*, 2006.

"Barriers to Entrepreneurship in Emerging Domestic Markets: Analysis and Recommendations," (with Glenn Yago and Betsy Zeidman), *Milken Institute Research Report*, April 2006.

2005

"China: An Economy You Can Bank On," (with Rob Koepp), *Asia InPlay*, 2005.

"Global Banking Regulation & Supervision: What Are the Issues and What Are the Practices?" (with Jie Gan and Daniel E. Nolle), *Global Banking Issues*, Nova Publishers, 2005.

"Regulating Banks: What really Works," (with Ross Levine and Gerard Caprio), *Milken Institute Review: A Journal of Economic Policy*, Fourth Quarter, 2005.

"A Primer on Finance, Growth, and Regulation," (with Susanne Trimbath), *Regulation of Financial Intermediaries in Emerging Markets*, edited by Matthew Joseph, T. T. Ram Mohan, Rupa Rege Nitsure, Sage Publications: London, 2005.

"A Cross Country Analysis of External Governance and Bank Profitability," (with Valentina Hartarska, Daniel Nolle and Triphon Phumiwasana), *Regulation of Financial Intermediaries in Emerging Markets*, edited by Matthew Joseph, T T Ram Mohan, Rupa Rege Nitsure, Sage Publications: London, 2005.

"The Foreign Conquest of Latin American Banking: What Happened and Why," (with Triphon Phumiwasana and Glenn Yago), *Latin America's Quest for Globalization: The Role of Spanish Firms,* edited by Félix E. Martín and Pablo Toral,  Burlington: Ashgate, 2005.

"Rethinking Banking Regulation," (with Gerard Caprio, Jr. and Ross Levine), *The Chinese Banker*, December 2005.

"Milken Institute Capital Access Index 2005: Securitization in Financing Economic Activities," (with Tong Li, Sangeetha Malaiyandi, Donald McCarthy, Triphon Phumiwasana and Glenn Yago), *Policy Brief*, Milken Institute, October, 2005.

"China: An Economy You Can Bank On," (with Rob Koepp and Tong Li), *The Chinese Banker*, August 2005.

"How Biased are Foreign Investors Against U.S. Securities?" (with Tong Li and Glenn Yago), China's *The Banker*, July 2005.


2004

"Global Trends in the Bank Regulatory and Supervisory Environment," (with Jie Gan and Daniel E. Nolle), *Reforms and Innovations in Bank Management*, edited by Duk-Hoon Lee and Gill-Chin Lim, Nanam Publishing House, 2004.

"Comparative International Characteristics of Banking," (with Gerard Caprio and Daniel E. Nolle), *Economic and Policy Analysis Working Paper 2004-1*, Office of the Comptroller of the Currency, January 2004. A version of this paper will appear in *A Companion to International Business Finance*, edited by Raj Aggarwal, Blackwell Publishing.

"Disciplining China's Banks," (with Rob Koepp and Zhongfei Zhou), *Milken Institute Review: A Journal of Economic Policy*, Second Quarter, 2004.

"Capital Access Index 2004: Emerging Growth in Asian Bond Markets," (with Cindy Lee, Don McCarthy, Triphon Phumiwasana, Sunny Zhitao Sui and Glenn Yago), *Policy Brief,* Milken Institute, April 2004.

"Bank Regulation and Supervision: What Works Best?" (with Gerard Caprio Jr., and Ross Levine), *Journal of  Financial Intermediation*, April 2004.


2003

"An International Comparison and Assessment of the Structure of Bank Supervision," (with Luis G. Dopico, Daniel E. Nolle, and James A. Wilcox), *Financial Regulation: A Guide to Structural Reform*, edited by Jan-Juy Lin and Douglas Arner, Thomson: Sweet & Maxwell Asia, 2003.

"Capital Access Index 2003, Governance and Growth: The European Challenge," (with Triphon Phumiwasana, Don McCarthy, Susanne Trimbath and Glenn Yago), *Policy Brief*, 35, Milken Institute, April 2003.

"Before the Enron Collapse:  What Corporate CFOs around the World Said about the Status of Accounting and Disclosure Practices," (with Susanne Trimbath and Glenn Yago), *Review of Pacific Basin Financial Markets and Policies*, December 2003.

"A Cross-Country Analysis of the Bank Supervisory Framework and Bank Performance," (with Daniel E. Nolle, Triphon Phumiwasana and Glenn Yago), *Financial Markets, Institutions & Instruments*, 12(2), pp.67-120, May 2003.

"Bank Regulation and Supervision: Lessons From a New Database," (Ross Levine and Gerard Caprio, Jr.) *Macroeconomic Stability, Financial Markets, and Economic Development*, Ed. Jose Antonio Murillo Garza, Mexico, City: Banco de Mexico, 2003.

"Global Trends in the Bank Regulation and Supervisory Environment," (with Jie Gan and Daniel E. Nolle), *Reforms and Innovations in bank Management: Global Trends and Korean Cases*, edited by Duk Hoon Lee and Gill-Chin Lim, Woori Bank, November 2003.


2002

"Bank Safety and Soundness and the Structure of Bank Supervision: A Cross-Country Analysis," (with Luis G. Dopico, Daniel E. Nolle, James A. Wilcox), *International Review of Finance*, December 2002.

"A 'Cookie-Cutter' Approach Is the Wrong Way for Countries to Regulate and Supervise Banks," (with Gerard Caprio and Ross Levine), *Capco Institute Journal*, 2002.

"Bank Regulation and Supervision: What Works Best?" (with Gerard Caprio, Jr., Ross Levine), *National Bureau of Economic Research (NBER)* Working Paper No. w9323, November 2002.

"The Foreign Conquest of Latin American Banking: What's Happening and Why?" (with Triphon Phumiwasana, Glenn Yago), *Policy Brief, 32*, Milken Institute, November 2002.  Presented at the European Union and the Americas, *Conference on Spanish Investment in Latin America*, organized by Miami European Union Center and the FIU Latin American and Caribbean Center, Coral Gables, Florida, October 18-19, 2002.

"An International Comparison and Assessment of the Structure of Bank Supervision," (with Luis Dopico, Daniel Nolle and James Wilcox), *Corporate Finance Review*, May/June 2002.

"Capital Access Index 2002: Missing Markets: Global Barriers to Financing the Future," (with Don McCarthy, Triphon Phumiwasana, Susanne Trimbath and Glenn Yago), *Policy Brief*, 28, Milken Institute, April 2002.

"A Primer on Finance, Growth and Regulation," (with Susanne Trimbath), *Proceedings of An International Conference on Regulation and Financial Intermediaries in Emerging Markets*, hosted by Indian Institute of Management Ahmedabad and ICICI Research Center, Mumbai, India, March 21, 2002.

"Deposit Insurance," (with Cindy Lee), *IEBM Management in the Americas*, International Thomson Publishing Company, online version, unpublished, 2002.

"A Cross-Country Analysis of the Bank Supervisory Framework and Bank Performance," (with Daniel E. Nolle, Triphon Phumiwasana and Glenn Yago), Economic and Policy Analysis Working Paper 2002-2, Office of the Comptroller of the Currency.

"Difference in Financial Systems Around the Globe," (with Susanne Trimbath and Glenn Yago), *Milken Institute Review: A Journal of Economic Policy*, Second Quarter, 2002.

"Trade," (with Cindy Lee), *World Book Encyclopedia*, 2002.

"Banking and Finance in Latin America," (with Cindy Lee, Susanne Trimbath and Glenn Yago), *IEBM Management in the Americas*, edited by Malcolm Warner, online version, London: Thomson Learning 2002.

 "Discussion of Consumer Loan Securitization," in *The Impact of Public Policy on Consumer Credit*, edited by Thomas A. Durkin and Michael E. Staten, 2002.

"Thinking Big about Capital," (with Susanne Trimbath and Glenn Yago), in *The Milken Institute Review: A Journal of Economic Policy*, Second Quarter, 2002.

"Financial Regulation and Performance: Cross-Country Evidence," *Banking, Financial Integration and International Crises*, (with Ross Levine and Gerard Caprio) eds. Hernandez, Leonardo and Schmidt-Hebbel, Klaus. Central Bank of Chile, 2002.


2001

"Choosing Regulations that Work," (with Gerald Caprio, Jr. and Ross Levine), *The Financial Regulator*, 6(3), pp.43-49, December 2001.

"Financial Regulation and Performance: Cross-Country Evidence," (with Gerard Caprio, Jr. and Ross Levine), *Central Bank of Chile Working Papers*, No. 118, November 2001.

"Banking Crises," (with Teju Herath and Cindy Lee), *International Encyclopedia of Business and Management*, 2nd Edition, International Thomson Publishing Company, October 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio, Jr. and Ross Levine), World Bank Policy Research Working Paper, August, 2001.

"Banking Systems Around The Globe: Do Regulations And Ownership Affect Performance And Stability?" (with Gerard Caprio, Jr. and Ross Levine), *Prudential Supervision: What Works and What Doesn't*, edited by Frederic S. Mishkin, University Chicago Press, 2001.

"The Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio, Jr. and Ross Levine), *Brookings-Wharton Papers on Financial Services*, edited by Robert E. Litan and Richard Herring, Brookings Institution Press, 2001.

"Choosing the Right Financial System for Growth," (with Daniel Nolle, Hilton Root and Glenn Yago), *Journal of Applied Corporate Finance*, 13(1), Winter 2001.

"Estimating Damages Associated with Federally Insured Banks," (with R. Dan Brumbaugh, Jr.) *Litigation Services Handbook*, third edition, 2001.


2000

"Banking Systems Around the Globe: Do Regulation and Ownership Affect Performance and Stability?" (with Gerard Caprio, Jr. and Ross Levine), *Policy Brief, 15*, Milken Institute, November 2000.

"Commercial Banking Structure, Regulation and Performance: An International Comparison," (with Daniel E. Nolle and Tara N. Rice), *Modernizing Financial Systems*, edited by D.B. Papadimitriou, Macmillian Press and St. Martin's Press, 2000.

"Policy watch: The Repeal of Glass-Steagall and the Advent of Broad Banking," (with R. Dan Brumbaugh, Jr. and James A. Wilcox*), Journal of Economic Perspectives*, 14(2), Spring 2000.

"Cross-Country Evidence on Banking Crises: Do Financial Structure and Bank Regulation Matter?" (with Steven B. Caudill Thomas Hall and Glenn Yago) *Bank Fragility and Regulation: Evidence from Different Countries*, edited by George Kaufman, v.12, pp3-23, Elsevier Science Inc., 2000.

"Banking and Finance in Latin America," (with R. Dan Brumbaugh, Jr., Lalita Ramesh and Glenn Yago), *The IEBM Regional Encyclopedia of Business and Management*, International Thomson Business Press, 2000.

"Commercial Banking Structure, Regulation, and Performance: An International Comparison," (with Daniel E. Nolle and Tara Rice), in *The Globalization of Financial Markets*, edited by Dimitri B. Papadimitriou, Macmillan Press in London and St. Martin's Press in U.S., 2000.

"Choosing the Right Financial System for Growth," (with Daniel E. Nolle, Hilton L. Root and Glenn Yago), Milken Institute, February 28, 2000.


1999

"Financial Regulation and Performance," (with Gerard Caprio, Jr. and Ross Levine), Milken Institute, 1999.

"Budget Deficits and Economic Activity," (with John M. Wells), *Budget Deficits and Debt: A Global Perspective*, edited by Siamock Shojai, Prager Publishers, 1999.

"Capital Access Index: Deconstructing Global Financial Architecture: Global Capital Access and Policy Backlash," (with Glenn Yago, Lalita Ramesh and Dan Brumbaugh), *Policy Brief,* Milken Institute, 1999.

"Thrift Conversions and Windfall Profits: An Empirical Examination," (with Gene R. Pettigrew, Daniel E. Page and John S. Jahera, Jr.), *Journal of Real Estate Finance and Economics*, 1999.

"Abnormal Returns of Thrift Versus Non-thrift IPOs," (with Daniel E Page and John S Jahera Jr), *Journal of Economics and Finance, 23*(1), 15, 1999.

"The S&L crisis, 10 years later: Government errors caused the problems and they still do," *National Post*, C.7, Sep 20, 1999.

"The U.S. banking Industry in Transition," (with Ray Chou and John S. Jahera, Jr.), *Banking in North America: NAFTA and Beyond*, edited by Jerry Haar and Krishnan Dandapani, 1999.


1998

"The East Asian Banking Crisis: Governments vs. Markets," (with Dan R. Brumbaugh, Lalita Ramesh and Glenn Yago), *Jobs & Capital*, Milken Institute, Summer/Fall 1998.

"A Multi-Country Analysis of Bank Capital and Earnings," (with Daniel M. Gropper and John S. Jahera, Jr.), *Review of Pacific Basin Financial Markets and Policies*, June 1998.

"Lessons from Bank Failures in the United States," (with Robert E. Litan), *Preventing Bank Crises: Lessons from Recent Global Bank Failures*, edited by Gerard Caprio, Jr., William C. Hunter, George G. Kaufman and Danny M. Leipziger, EDI Development Studies, World Bank, 1998.

"Lessons for Reshaping Global Capital Markets," (with R. Dan Brumbaugh, Jr.), *Forum for Applied Research and Public Policy*, Spring 1998.

"The Role of Governments and Markets in International Banking Crisis: The Case of East Asia," (with R. Dan Brumbaugh, Jr., Lalita Ramesh and Glenn Yago), *Bank Crisis: Causes, Analysis and Prevention*, edited by George Kaufman, JAI Press, 1998. Also published in *Research in Financial Services: Private and Public Policy,* volume 10, edited by George G. Kaufman, 1998.


1997

"Breaching the Walls Between Banking & Commerce," (with R. Dan Brumbaugh, Jr. and Glenn Yago), *Banking Strategies*, July/August 1997.

"Commercial Banking Structure, Regulation, and Performance: An International Comparison," (with Daniel E. Nolle and Tara N. Rice), *Managerial Finance*, 23(11), 1997.

"Development and Evolution of National Financial Systems: An International Perspective," (with R. Dan Brumbaugh, Jr.), *Latin American Studies Association Proceedings Volume*, Fall 1997.

"Federal Deposit Insurance," (with John Feid), *Encyclopedia of Business Cycles and Depressions*, edited by David Glasner, 1997.

"The Role of Deposit Insurance: Financial System Stability and Moral Hazard," *Current Legal Issues Affecting Central Banks*, edited by Robert C. Effros, International Monetary Fund, 1997.

"The Value of Tax Benefits and the Cost of Liquidating Versus Selling Failed Thrift Institutions," (with Philip F. Bartholomew and Peter J. Elmer), *Journal of Economics and Finance*, Summer 1997.

"Thrift Crisis," (with Michael D. Bradley), *Encyclopedia of Business Cycles and Depression*, edited by David Glasner, Garland Publishing, 1997.


1996

"Estimating Damages for Federally Insured Depositories," (with R. Dan Brumbaugh, Jr.) *Litigation Services Handbook*, second edition, edited by Roman Weil, Michael J.Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 1996. Also published in third edition, 2001.

"The Housing Disaster That's Not Being Fixed," (with Robert E. Litan), *Brookings Policy Brief*, No. 1, July 1996.

"Uncle Sam in the housing market: The Section 8 rental subsidy disaster," (with Robert E. Litan), *The Brookings Review, 14(*4), 22, 1996.

"Determinants of U.S. Commercial Bank Performance: Regulatory and Econometric Issues," (with P.A.V.B. Swamy, Ray Y. Chou and John S. Jahera, Jr.), *Advances in Finance Research*, edited by Andrew H. Chen and K.C. Chan, 1996.

"The Changing World of Banking: Setting the Regulatory Agenda," (with R. Dan Brumbaugh, Jr.), *Stability in the Financial System*, edited by Dimitri B. Papadimitriou, St. Martin's Press, Inc., 1996.

"The Condition and Regulation of Madison Guaranty Savings and Loan Association in the 1980's: A Case Study of Regulatory Failure," (with R. Dan Brumbaugh, Jr.), *Research in Financial Services: Private and Public Policy*, edited by George G. Kaufman, JAI Press, 1996.

"The Role of Government and Markets in the Aftermath of the Savings and Loan Debacle," (with R. Dan Brumbaugh, Jr.), *Research in Financial Services: Private and Public Policy*, edited by George G. Kaufman, JAI Press, 1996.


1995

"Comments on Banking, Financial Markets & Systemic Risk," *Research in Financial Services*, edited by Philip F. Bartholomew and George G. Kaufman, JAI Press, 1995.

"Using Default Data to Test for discrimination in Mortgage Lending," *Fair Lending Analysis: A Compendium of Essays on the Use of Statistics*, edited by Anthony M. J. Yezer, American Bankers Association, 1995.

"A Tobit Analysis of Determinants of Geographic Differentials in the Commercial Bank Closing Rate in the United States," (with Richard J. Cebula and Willie J. Belton, Jr.), *International Review of Economics and Business*, October-November, 1995.

"Risk Taking in the Texas S&L Industry: Charter and Ownership Effects," (with Carl D. Hudson and John S. Jahera, Jr.), *Financial Review*, February 1995.

"S&L Closures and Survivors: Are There Systematic Differences in Behavior?" (with Carl D. Hudson and John S. Jahera, Jr.), *The Causes and Costs of Depository Institution Failures*, edited by Michael Lawlor and John Wood, Kluwer Publishing, 1995.

"The Role of Deposit Insurance: Financial System Stability and Moral Hazard," (with R. Dan Brumbaugh, Jr.), *Seminar on Current Legal Issues Affecting Central Banks*, International Monetary Fund, 1995.

"FIRREA and the savings and loan industry: Was there a wealth effect?" (with Pugh, William N Jahera, John S Jr.), *The Mid - Atlantic Journal of Business, 31*(3), 271, 1995.

"Business world: Your home computer will soon be your banker and broker," (with R Dan Jr. Brumbaugh), *Wall Street Journal,* p. A, Aug 1, 1995.

"Banks: A Macromarketing Perspective," (with Rajan Nataraajan), *Psychology & Marketing (1986-1998), 12*(1-8), 685, 1995.

"Business World: When Home Computers Become Global Bankers," (with R. Dan Brumbaugh, Jr.), *Asian Wall Street Journal*, p. 6, 1995.


1994

"Moral Hazard And Agency Problems: Understanding Depository Institution Failure Costs," (with R. Dan Brumbaugh, Jr.) *Research in Financial Services*, edited by George G. Kaufman, JAI Press, 1994.

"Risk-Based Capital Requirements: Informational and Political Implications," (with R. Dan, Brumbaugh Jr.), *Global Risk Based Capital Regulations*, Volume 1: Capital Adequacy, edited by Charles A. Stone and Anne Zissu, New York: Irwin Professional Publishing, 1994.

"'Windfall' Gains in Mutual-to-State Conversion of Thrift Institutions?" (with R. Dan Brumbaugh, Jr. and Allan W. Kleidon), *Challenge: The Magazine of Economic Affairs*, July-August 1994.

"The Activities of Banks in Transition," (with John S. Jahera, Jr.) *Transiciones Financieras Y T LC*, edited by Antonio Gutierez Perez and Celso Garrido Noguera, Editorial Ariel, Mexico, 1994.

"Financial economics -- High rollers: Inside the Savings and Loan Debacle," by Martin Lowy, review *Journal of Economic Literature, 32*(1), 144, 1994.

"Better than cash," (with Brumbaugh, R Dan Jr.), *New York Times*, p. A23., 1994.

"Future of Banking," *A History of Banking in Alabama*, edited by Wayne Curtis, 1994.

"Introductory Comments of Real Estate Markets and Depository Institutions: A Global Perspective," in *Journal of Housing Research,* Volume 5, Issue 2, 1994.


1993

"The Challenges Ahead," (with R. Dan Brumbaugh, Jr.), *The Federal Credit Union*, November/December 1993.

"Competitive and Regulatory Challenges for U.S. Banks," *The Credit Crunch: Myth or Reality*?, University of New Mexico, March 1993.

"The Changing World of Banking: Setting The Regulatory Agenda," (with R. Dan Brumbaugh, Jr.), *Financing Prosperity in the Next Century*, Public Policy Brief, No. 8, The Jerome Levy Economics Institute of Bard College, 1993.

"Improving Depository Institution Efficiency is a Competitive Environment," *Journal of Banking and Finance*, April 1993.


1992

"Turmoil Among Depository Institutions: Implications for the U.S. Real Estate Market," (with R. Dan Brumbaugh, Jr.), *Housing Policy Debate*, December 1992.

"Discussion," *Real Estate and the Credit Crunch*, Conference Series No. 36, Federal Reserve Bank of Boston, September 1992.

"Condition and Outlook of the Savings and Loan Industry," (with R Dan Brumbaugh, Jr.), *Monthly Market Report*, SNL Securities, September 1992.

"Banks on the Faultline," (with R. Dan Brumbaugh, Jr. and Robert E. Litan), *California Business*, September 1992.

"The Effect of Earthquakes on Banking and Financial Markets," (with Harold C. Cochrane and P. Michael Laub), *Indirect Economic Consequences of a Catastrophic Earthquake Federal Emergency Management Agency*, July 1992.

"Bank Reform: Create Larger Playing Field," (with John S. Jahera), Forum for *Applied Research and Public Policy*, *7*(2), Summer 1992.

"Structure of the Savings and Loan Bailout," *Resolution Trust Corporation*, Hearing before the Task Force on the Resolution Trust Corporation, Committee on Banking, Finance and Urban Affairs, U.S. House of Representatives, Government Printing Office, 1992.

"Restructuring of the Banking Industry," *Deposit Insurance Reform and Restructuring of the Banking Industry*, Hearings before the U.S. Subcommittee on Financial Institutions.

"Pitfalls in Using Market Prices to Assess the Financial Condition of Depository Institutions," (with Daniel E. Page and R. Dan Brumbaugh, Jr.), *Journal of Real Estate Finance and Economics*, *5*(2), June 1992.

"Depository Institution Failures and Failure Costs: The Role of Moral Hazard and Agency Problems," (with R. Dan Brumbaugh, Jr.), *Rebuilding Public Confidence through Financial Reform*, edited by Peter Dickson, Ohio State University, June 1992.

"The Financial Services Industry: Turmoil and Competition Shape the Future," *Southern Business and Economic Journal*, January 1992.

"Thrifts," (with R. Dan Brumbaugh, Jr.), *The New Palgrave Dictionary of Money and Finance*, Peter Newman, Editor, Johns Hopkins (emeritus); Murray Milgate, Harvard; and John Earwell, Cambridge; Stockholm Press, New York, 1992.

"Introduction to Emerging Challenges for the International Financial Services Industry," (with Philip F. Bartholomew), *Research in International Business and Finance*, volume 9, Volume Editor, James R. Barth and Philip F. Bartholomew, JAI Press Inc., London, England, 1992.


1991

"Bank Failures are Sinking the FDIC," (with R. Dan Brumbaugh, Jr. and Robert E. Litan), *Challenge: The Magazine of Economic Affairs*, March/April 1991.

"The Credit Union Industry: Financial Condition and Policy Issues," (with R. Dan Brumbaugh, Jr.), *California Credit Union League*, February 1991.

"Effects of Federal Budget Deficits on Interest Rates and the Composition of Domestic Output," (with George Iden, Frank Russek, and Mark Wohar), *The Great Fiscal Experiment of the 1980s*, edited by Rudy Penner, Urban Institute Press, 1991.

"Dealing with the Banking Crisis," (with Carl D. Hudson and Daniel E. Page), *Contemporary Policy Issues*, January 1991.

"Is the Federal Reserve a Typical Bureaucracy?" (with Frank Russek), *Public Budgeting and Financial Management*, *3* (3), 1991.

"Supervision, Regulation, and Insurance," Committee on Banking, Finance and Urban Affairs, U.S. House of Representatives, Government Printing Office, 1991.

"Statement of The Structure of The Saving and Loan Bailout," Hearing before the Subcommittee on Financial Institutions Supervision, Regulation and Insurance Resolution Trust Corporation Task Force of the Committee on Banking, Finance and Urban Affairs, House of Representatives, One Hundred Second Congress, first session, July 15, 1991.

"The Need to Reform the Federal Deposit Insurance System," (with Carl D. Hudson and Daniel E. Page), *Contemporary Policy Issues*, Volume IX, January 1991.


1990

"Banking Industry in Turmoil: A Report on the Condition of the U.S. Banking Industry and the Bank Insurance Fund," (with R. Dan Brumbaugh, Jr. and Robert E. Litan), Subcommittee on Financial Institutions Supervision, Regulation, and Insurance of the Committee on Banking, Finance, and Urban Affairs, U.S. House of Representatives, Government Printing Office, 1990. Partially reprinted in Health of the Bank Insurance Fund, Hearings before the Subcommittee on Financial Institutions Supervision, Regulation, and Insurance, Committee on Banking, Finance and Urban Affairs, U.S. House of Representatives, Government Printing Office, 1990.

"Deposit Insurance Reform," *Federal Deposit Insurance Reform*, Hearings before the Committee on Banking, Housing, and Urban Affairs, U.S. Senate, Government Printing Office, 1990.

"Fraud and Insider Abuse, Effectiveness of Law Enforcement Against Financial Crime," Hearings before the Committee on Banking, Finance, and Urban Affairs, U.S. House of Representatives, Government Printing Office, 1990.

"The Determinants of Thrift Institution Resolution Costs," (with Philip Bartholomew and Michael G. Bradley, *Journal of Finance*, July 1990. Also issued as Research Paper No. 89-03, *Office of Thrift Supervision*, November 1989.

"A View from the Federal Home Loan Bank Board: A Comment on George J. Benston," Proceedings, Competitive Enterprise Institute Conference on Deposit Insurance, Fall 1990.

"The Need to Reform the Federal Deposit Insurance System," *The Journal*, Office of the Commissioner of Savings and Loans, State of Illinois, June 1990.

"The Scale of Government and Economic Activity," (with Robert Keleher and Frank Russek), *The Southern Business and Economic Journal*, April 1990.

"Savings and Loan Association," *The World Book Encyclopedia*, 17, 1990 Edition, World Book, Inc.

"Reforming Federal Deposit Insurance: What Can be Learned from Private Insurance Practices?" (with Philip Bartholomew and Michael G. Bradley), *Consumer Finance Law Quarterly Report*, Spring 1991. Also issued as Research Paper No. 161, *Federal Home Loan Bank Board*, June 1989.

"The Financial Institutions Reform, Recovery, and Enforcement Act of 1989: Description, Effects, and Implications," (with George Benston and Philip Wiest), *Issues in Bank Regulation*, Winter 1990.

"The Rough Road from FIRREA to Deposit Insurance Reform," (with R Dan Brumbaugh, Jr.), *Stanford Law and Policy Review*, Spring 1990.

"Housing and Housing Finance in the United States," *Housing Finance in National and International Financial Markets*, RHUDO/NENA, 1990.

"The Thrift Industry Crisis: Revealed Weaknesses in Deposit Insurance and Regulation," (with Philip Bartholomew), *The Reform of Deposit Insurance:  Disciplining the Government and Protecting Taxpayers*, (co-edited with R. Dan Brumbaugh, Jr.), Harper Business Publishing Co., 1992. Also published in *Deposit Insurance Reform and Financial Modernization*, Hearings before the Committee on Banking, Housing, and Urban Affairs, U.S. Senate, Government Printing Office, 1990.

"Post-FIRREA: The Need to Reform the Federal Deposit Insurance System," *Bank Structure and Competition*, Federal Reserve Bank of Chicago, May 1990.

"Thrift Institutions and High-Yield Bonds," *The High Yield Debt Market: Investment Performance and Economic Impact*, edited by Ed Altman, Dow-Jones Irwin, Salomon Brothers Center for the Study of Financial Institutions, 1990.


1972-1989

"Moral Hazard and the Thrift Crisis: An Analysis of 1988 Resolutions," (with Philip Bartholomew and Carol Labich), *Consumer Finance Law Quarterly Report*, Winter 1990. Also published in Bank Structure and Competition, Federal Reserve Bank of Chicago, 1989, and issued as Research Paper No. 160, Federal Home Loan Bank Board, May 1989.

"Impact of the New Regulations on Thrift Operations and Profitability," *Fifteenth Annual Conference Proceedings*, Federal Home Loan Bank of San Francisco, 1989.

"Evidence on the Real Interest Rate Effects of Money, Debt, and Government Spending," (with Michael D. Bradley), *Quarterly Review of Economics and Business*, Spring 1989.

"Commentary on Implications for Housing Finance Arising Out of Restructuring," *Financial Institution Restructuring: The Impact on Housing*, Papers and Proceedings, Third Annual Bryce Curry Seminar, Federal Home Loan Bank of New York, 1989.

"Does FIRREA Really Mean a New Industry?" (with Philip Wiest), *Office of Thrift Supervision Journal*, December 1989.

"The Cost of Liquidating Versus Selling Failed Thrift Institutions," (with Philip Bartholomew and Peter Elmer), Research Paper No. 89-02, Office of Thrift Supervision, November 1989.

"Consolidation and Restructuring of the U.S. Thrift Industry Under the Financial Institutions Reform, Recovery, and Enforcement Act," (with Philip Wiest), Research Paper No. 89-01, Office of Thrift Supervision, October 1989.

"Consolidation and Restructuring of the Thrift Industry," *Focus, 2* (2), *Center for Financial System Research*, Arizona State University, Fall 1989.

"How Damaging Was Moral Hazard?" (with Philip Bartholomew and David Whidbee), *Federal Home Loan Bank Board Journal*, August 1989.

"Important Limitations Still Apply to Branch Sales," SNL Securities, *Monthly Market Report*, August 1989.

"Reforming Federal Deposit Insurance: what Can Be Learned From Private Insurance Practices?" (with Philip Bartholomew and Michael G. Bradley), Research Paper No. 161, Federal Home Loan Bank Board, June 1989.

"The Ailing S&L's: Causes and Cures," (with Michael G. Bradley), *Challenge: The Magazine of Economic Affairs*, March/April 1989.

"How Deposit Insurance Went Awry," (with Michael G. Bradley and John Feid), *Federal Home Loan Bank Board Journal*, February 1989.

"Alternative Federal Deposit Insurance Regimes," (with John Feid, Gabriel Riedel and M. Hampton Tunis), Research Paper No. 152, Federal Home Loan Bank Board, January 1989. Also submitted to the Committee on Budget, U.S. Senate, October 5, 1988 by the Federal Home Loan Bank Board, Washington, D.C. and reprinted in Problems of the Federal Savings and Loan Insurance Corporation (FSLIC), Hearings before the Committee on Banking, Housing and Urban Affairs, U.S. Senate, Government Printing Office, 1989.

"The Impact of Government Spending on Economic Activity," (with Michael D. Bradley), The National Chamber Foundation, 1988.

"Thrift Deregulation and Federal Deposit Insurance," (with Michael G. Bradley), *Journal of Financial Services Research*, September 1989. Also issued as Research Paper No. 150, Federal Home Loan Bank Board, November 1988.

"Comments on: An Application of Operational-Subjective Statistical Methods to Rational Expectations," (with P.A.V.B. Swamy), *Journal of Business and Economic Statistics*, October 1988.

"Thrift Institution Failures: Estimating the Regulator's Closure Rule," (with R. Dan Brumbaugh, Jr., Daniel Sauerhaft and George Wang), *Research in Financial Services*, edited by George G. Kaufman, JAI Press, 1989. Also issued as Research Paper No. 125, Federal Home Loan Bank Board, January 1987.

"On Interest Rates, Inflationary Expectations and Tax Rates," (with Michael D. Bradley), *Journal of Banking and Finance*, June 1988.

"The Evolving Role of Regulation in the Savings and Loan Industry," (with Martin Regalia), *The Financial Services Revolution: Policy Directions for the Future*, edited by Catherine England and Thomas F. Huertas, Kluwer Academic Press, Boston, 1988.

"Understanding International Debt Crisis," (with Michael D. Bradley and Paul Panayotacos, *Journal of International Law*, Winter 1987. Reprinted in Current Readings on *Money, Banking, and Financial Markets*, edited by James A. Wilcox, 1988 Edition, Little Brown and Company, Boston.

"Employee Characteristics and Firm Size: Are There Systematic Empirical Relationships?" (with Joseph Cordes and Sheldon Haber), *Applied Economics*, April 1987.

"Random Coefficients," (with P.A.V.B. Swamy), *The New Palgrave: A Dictionary of Economics*, edited by John Eatwell, Murray Milgate, and Peter Newman, Stockton Press, New York, 1987. Reprinted in The New Palgrave: Selected Reprints, April 1990. Also issued as Special Studies Paper No. 190, Board of Governors of the Federal Reserve, December 1985.

"Stylized Facts about Housing and Construction Activity During the Post-World War II Period," (with Michael D. Bradley, Joseph McKenzie, and G. Stacy Sirmans), *Real Estate Market Analysis: Methods and Applications*, edited by John M. Clapp and Stephen D. Messner, Praeger Publishers, 1987.

"Could get worse for Texas thrifts," (with Dan Brumbaugh Jr.,) *Houston Chronicle* (pre-1997 Fulltext), p. 23, 1987.

"Catch-22 in saving the ailing thrifts," (with Dan Brumbaugh Jr.,) *Houston Chronicle* (pre-1997 Fulltext), p. 11, 1987.

"Government Debt, Government Spending, and Private Sector Behavior: Comment," (with George Iden and Frank Russek), *American Economic Review*, December 1986. Also published in Debt and Deficits, edited by Lakis Kaounides and Geoffrey Wood, Edward Elgar Publishing, Limited, United Kingdom, 1992.

"The Thrift Industry's Rough Road Ahead," (with Don Bisenius, R. Dan Brumbaugh, Jr., and Daniel Sauerhaft), *Challenge: The Magazine of Economic Affairs*, September/October 1986. Reprinted in *Current Readings on Money, Banking, and Financial Markets*, James A. Wilcox, Editor, 1987 edition, Little Brown and Company, Boston.

"A Time Series Analysis of the Relationship between the Capital Stock and Federal Debt," (with Frank Russek and George Wang), *Journal of Money, Credit, and Banking*, November 1986.

"Failure Costs of Government-Regulated Financial Firms: The Case of Thrift Institutions," (with R. Dan Brumbaugh, Jr. and Daniel Sauerhaft), Research Paper No. 123, Federal Home Loan Bank Board, October 1986.

"Benefits and Costs of Legal Restrictions on Personal Loan Markets," (with Joseph Cordes and Anthony Yezer), *Journal of Law and Economics*, October 1986.

"The Economic Consequences of Federal Deficits: An Examination of the Net Wealth and Instability Issues," (with George Iden and Frank Russek), *Southern Economic Journal*, July 1986.

"Federal Borrowing and Short Term Interest Rates: Some Additional Results and Issues," (with George Iden and Frank Russek), *Southern Economic Journal*, October 1985.

"Insolvency and Risk-Taking in the Thrift Industry: Implications for the Future," (with R. Dan Brumbaugh, Jr., Daniel Sauerhaft, and George Wang), *Contemporary Policy Issues*, Fall 1985.

"Detecting and Estimating Changing Economic Relationships: The Case of Discount Window Borrowings," (with David Resler, P.A.V.B. Swamy, and Walter Davis), *Applied Economics*, June 1985. Also issued as Special Studies Paper No. 165, Board of Governors of the Federal Reserve, August 1982.

"Do Federal Deficits Really Matter?" (with George Iden and Frank Russek), *Journal of Contemporary Policy Issues*, September 1984. Reprinted in Interest Rates, Joint Economic Committee, Congress of the United States, September 1984, and The CFA Digest, Summer 1985. Also included in the Statement of Congressional Budget Office Director Rudolph G. Penner before the Joint Economic Committee, Congress of the United States, September 13, 1984.

"Thrift-Institution Failures: Causes and Policy Issue," (with R. Dan Brumbaugh, Jr., Daniel Sauerhaft, and George Wang), *Bank Structure and Competition*, Federal Reserve Bank of Chicago, 1985. Also issued as Research Paper No. 117, Federal Home Loan Bank Board, May 1985.

"The Impact of Recent Changes in Tax Policy on Innovation and R&D," (with Joseph Cordes and Gregory Tassey), *Strategic Management of Industrial R&D*, edited by Barry Bozeman, Michael Crow, and Albert Link, Lexington Books, 1984.

"International Debt: Conflict and Resolution," (with Joseph Pelzman), *International Debt Monograph Series*, No. 3, Department of Economics, The George Mason University, January 1984. Reprinted in the second edition of John Adam's *The Contemporary International Economy*, *A Reader*, St. Martin's Press, 1985 and excerpted in Congressional Record, U.S. Congress, March 6, 1984.

"Efficiency of the Treasury Bill Futures Market: Some Alternative Test Results," (with Michael D. Bradley and Richard Stuckey), Research Paper No. 114, Federal Home Loan Bank Board, November 1984.

"Financial Crises and the Role of the Lender of Last Resort," (with Robert Keleher), *Economic Review*, Federal Reserve Bank of Atlanta, January 1984. A revised version was published in *Economic Impact* for distribution abroad by the U.S.I.A. Also reprinted in *Current Readings on Money, Banking, and Financial Markets*, James A. Wilcox, Editor, 1987 Edition and 1988 Edition, Little Brown and Company, Boston.

"The International Debt Crisis: Rhetoric vs. Reality," (with Michael Bradley and Neela Manage), *Journal of Social, Political, and Economic Studies*, winter 1984.

"Is There a Role for an International Lender of Last Resort?" (with Robert Keleher), *World of Banking*, Bank Administration Institute, November/December 1984.

"Capital Markets, Government Regulation, Tax Policy and the Financing of Medical Device Innovation," (with Joseph Cordes), for the U.S. Office of Technology Assessment, 1984.

"Do Budget Deficits Matter?" (with Joseph Cordes), *The Collegiate Forum*, Dow Jones and Company, Inc., Spring 1983.

"Default Risk on Home Mortgages: A Further Test of Competing Hypotheses," (with Anthony Yezer), *Journal of Risk and Insurance*, September 1983.

"The Effect of Government Regulations on Personal Loan Markets: A Tobit Estimation of a Microeconomic Model," (with Padma Gotur, Neela Manage, and Anthony Yezer), *Journal of Finance*, September 1983.

"An Analysis of Information Restrictions on the Lending Decisions of Financial Institutions," (with Joseph Cordes and Anthony Yezer), *Economic Inquiry*, July 1983.

"New Developments in Macroeconomic Theory: A Prospectus and Appraisal," (with Roger Conway), *Agricultural Economics Research*, July 1983.

"FHA Mortgage Insurance and High Risk Mortgage Lending: Some Lessons for Policy," (with Joseph Cordes and Anthony Yezer), *Housing Finance Review*, April 1983.

"Government Programs for Public Sector Employment: Comment," *Labor Policy, Minorities and Youth*, The Lincoln Institute for Research and Education, 1983.

"Criteria for Compensating When the Government Harms," (with Joseph Cordes and Robert Goldfarb*), What Role for Government? Lessons from Policy Research*, edited by Richard Zeckhauser and Derek Leebaert, Duke University Press, 1983.

"Assessing the Impact of Varying Economic Conditions on Federal Reserve Behavior," (with Robin Sickles and Philip Wiest), *Journal of Macroeconomics*, Winter 1982.

"Determinants of Regional Mortgage Rates Under Varying Economic Conditions," (with Michael Marlow and Stephen Zabrenski), *Quarterly Review of Economics and Business*, Spring 1982.

"The Rational Expectations Approach to Economic Modeling," (with P.A.V.B. Swamy and Peter Tinsley), *Journal of Economic Dynamics and Control*, May 1982. Also issued as Special Studies Paper No. 143, Board of Governors of the Federal Reserve, July 1980.

"Federal Reserve Policy and High Interest Rates," *Monetarism and the Federal Reserve's Conduct of Monetary Policy*, Joint Economic Committee, Congress of the United States, December 30, 1982.

"A Primer on Budget Deficits," (with Stephen Morrell), *Economic Review*, Federal Reserve Bank of Atlanta, August 1982. Reprinted in *Monetarism and the Federal Reserve's Conduct of Monetary Policy*, Joint Economic Committee, Congress of the United States, December 30, 1982 and in Study Guide and Readings for Stiglitz's Economics of the Public Sector, 1989.

"Supply-Side Economics: Political Claims vs. Economic Reality," (with Joseph Cordes), *Studies in the Social Sciences*, June 1982.

"Industrial Impacts of the 1981 Business Tax Cuts," (with Joseph Cordes), *Economic Review*, Federal Reserve Bank of Atlanta, May 1982.

"The Costs of Slowing Inflation: Four Views," *Economic Review*, Federal Reserve Bank of Atlanta, January 1982. Excerpted in the C.F.A. Digest, Summer 1982 and reprinted in *Annual Editions: Economics* 83/84, edited by Reuben Slesinger and Glen Beeson, The Dushkin Publishing Group, Inc., 1984.

"The Reagan Program for Economic Recovery: Economic Rationale," (A Primer on Supply-side Economics), *Economic Review*, Federal Reserve Bank of Atlanta, September 1981.  Reprinted in *Viewpoints on Supply-Side Economics*, edited by T.J. Hailstones, Robert F. Dames, Inc., 1982.

"Government Programs for Public Sector Employment/Comments," (with Wendell Wilkie Gunn andThomas J. DiLorenzo) *Journal of Labor Research, 3*(4), 415, 1982.

"The Reagan Program for Economic Recovery: A Historical Perspective," (What's New and Different in the Proposed Program), *Economic Review*, Federal Reserve Bank of Atlanta, October 1981.

"Economic Determinants and Implications of the Size and Allocation of Pension Fund Capital," (with Joseph Cordes and Harry Watson), *Coming of Age: Toward National Retirement Income Policy*, President's Commission on Pension Policy, August 1981.

"Nontraditional Criteria for Investing Pension Assets: An Economic Appraisal," (with Joseph Cordes), *The Journal of Labor Research*, Fall 1981.

"Federal Government Attempts to Influence the Allocation of Mortgage Credit: FHA Mortgage Insurance and Government Regulations," (with Joseph Cordes and Anthony Yezer), *The Economics of Federal Credit Activity*, U.S. Congressional Budget Office, Washington, D.C., October 1980.

"Redlining in Housing Markets: Mortgages and Minorities in the U.S.," (with Joseph Cordes and Anthony Yezer), *Journal of Social and Political Studies*, Winter 1980. Reprinted in *Social Welfare, Social Planning/Policy and Social Development*,5, (2.

"A Temporal Cross-Section Approach to the Price Equation," (with Arthur Kraft and John Kraft), *Journal of Econometrics*, Winter 1980.

"Evaluating the Impact of Securities Regulation on Venture Capital Markets," (with Joseph Cordes and Gregory Tassey), U.S. Department of Commerce, Washington, D.C., September 1980.

"The Efficacy of Bond-Financed Fiscal Policy," (with James Bennett, Manuel Johnson, and Richard Sines), *Public Finance Quarterly*, July 1980.

"Financial Institution Regulations, Redlining and Mortgage Markets," (with Joseph Cordes and Anthony Yezer), *The Regulation of Financial Institutions*, Federal Reserve Bank of Boston, May 1980.

"The Efficient Markets Model and the Capital Asset Pricing Model: An Interpretive Essay," (with Joseph Cordes), *Revista Internazionale Di Scienze Economiche Commeriali*, April 1980.

"Substitutability, Complementarily, and the Impact of Government Spending on Economic Activity," (with Joseph Cordes), *Journal of Economics and Business*, Spring/Summer 1980.

"Optimal Financial Disclosure With and Without SEC Regulation," (with Joseph Cordes), *Quarterly Review of Economics and Business*, Spring 1980.

"The Relationship Between FEBS and GNP Reconsidered," (with James Bennett), *Economic Inquiry*, April 1979.

"Regulation Impact on Cost/Availability of Credit," (with C. Michael Aho, Joseph Cordes, and Anthony Yezer*), Journal of Consumer Credit Management*, Winter 1979.

"Spline Estimation of the Liquidity Trap," (with Arthur Kraft and John Kraft), *Review of Economics and Statistics*, May 1978.

"Benefits and Costs of Securities Regulation: A Conceptual Framework," (with Joseph Cordes), for the Experimental Technology Incentives Program, U.S. Department of Commerce, 1978.

"Securities and Exchange Commission Regulations and Security Prices: A Review of Some Empirical Tests and Results," (with Joseph Cordes), for the Experimental Technology Incentives Program, U.S. Department of Commerce, 1978.

"An Economic Analysis of the Impact of Refund Policies on the Health Spa Industry," (with Joseph Cordes and Anthony Yezer), for the Federal Trade Commission, 1977.

"A Utility Maximization Approach to Individual Bank Asset Selection," (with Arthur Kraft and Philip Wiest), *Journal of Money, Credit, and Banking*, May 1977.

"Seasonal Variation in Interest Rates Revisited," (with James Bennett), *Review of Economics and Statistics*, February 1977.

"Securities Regulation and the Venture Capital Market," (with Joseph Cordes), for the Experimental Technology Incentives Program, U.S. Department of Commerce, 1977.

"The 'Moneyness' of Financial Assets," (with Arthur Kraft and John Kraft), *Applied Economics*, March 1977.

"Regulation A, Rule 144 and Rule 146," (with Joseph Cordes), for the Experimental Technology Incentives Program, U.S. Department of Commerce, 1977.

"The Economic Impact of The Federal Trade Commission Proposals for Credit Contract Regulations on the Cost and Availability of Consumer Credit," (with Anthony Yezer), Bureau of Social Science Research, Washington, D.C., March 1977.

"The Causal Relationship Between the Money Supply and Business Activity: A Critical Appraisal," (with James Bennett), *Quarterly Review of Economics and Business*, Winter 1976.

"A Statistical Analysis of the Relationship Between Water Discharge and Floor Area in the Brass Mill Industry," (with James Bennett), for the Copper and Brass Fabricators Council, December 1976.

"Is the Neutralized Money Stock Unbiased?" (with James Bennett), *Journal of Finance*, December 1976.

"An Evaluation of Studies of Important Problems for Government and Small Technology BasedFirms," (with James Bennett and J. Eric Fredland), for the Experimental Technology Incentives Program, U.S. Department of Commerce, September 1976.

"An Evaluation and Critique of the A.D. Little Analysis of the Economic Impact of Toxic Pollutant Effluent Standards for Manufacturers and Formulators of Aldrin/Dirdrin, DDT, Endrin and Toxaphene," (with James Bennett), for Hercules, Inc., July 1976.

"Federal Trade Commission Proposals for Credit Contract Regulations and the Availability of Consumer Credit," (with C. Michael Aho, Joseph Cordes, and Anthony Yezer), Bureau of Social Science Research, Washington, D.C., May 1976.

"An Evaluation of the A.D. Little Analysis of the Economic Impact of Pollution Control Effluent Guidelines for the Phase II Segments of the Pulp and Paper Industry," (with James Bennett), for the Pulp and Paper Mill Industry, May 1976.

"Estimation of the Liquidity Trap Using Spline Functions," (with Arthur Kraft and John Kraft), *Review of Economics and Statistics*, May 1976.

"An Econometric Analysis of a Federal Revenue-Sharing Allocation Formula," *Public Finance Quarterly*, January 1976.

"Transactions Cost and the Demand for Cash," (with Philip Wiest), *Metroeconomica*, December 1975.

"The Regional Impact of Open-Market Operations on Member Bank Reserves," (with Marvin Phaup and David Pierce), *Journal of Economics and Business*, Fall 1975.

"Cost-Push vs. Demand-Pull Inflation: Some Empirical Evidence," (with James Bennett), *Journal of Money, Credit, and Banking*, August 1975.

"Deposit Variability and Commercial Bank Cash Holdings," (with James Bennett), *Review of Economics and Statistics*, May 1975.

"A Portfolio Theoretic Approach to Industrial Diversification and Regional Employment," (with John Kraft and Philip Wiest), *Journal of Regional Science*, April 1975.

"Seasonal Variation in Interest Rates," (with James Bennett), *Review of Economics and Statistics*, February 1975.

"Optimal Reserve Management Reconsidered," (with James Bennett), *The Southern Economic Journal*, April 1975.

"An Economic Analysis of Price Increases in the U.S. Coal Industry," (with James Bennett) for the American Public Power Association, 1974. Reprinted in Greater Coal Utilization, Joint Hearings before the Committee on Interior and Insular Affairs and Public Works, U.S. Senate, Government Printing Office, 1975. Also reprinted in Oversight-Federal Coal Leasing Program, Hearings before the Subcommittee on Minerals, Materials, and Fuels, U.S. Senate, Government Printing Office, 1976 and excerpted in Congressional Record, U.S. Congress, February 1975.

"An Evaluation and Critique of 'Review of the Economic Analysis of the Electroplating Industry'," (with James Bennett and R. Dan Brumbaugh, Jr.), for the National Association of Metal Finishers, 1975.

"Cyclical Behavior, Seasonality, and Trend in Economic Time Series," (with James Bennett), *Nebraska Journal of Economics and Business*, Winter 1974.

"An Evaluation and Critique of "Economic Analysis of Effluent Guidelines -- The Electroplating Industry," (with James Bennett and R. Dan Brumbaugh, Jr.), for the National Association of Metal Finishers, 1974.

"Astrology and Modern Science Revisited," (with James Bennett), *Leonardo*, 1974.

"A Note on the Relationship Between FEBS and GNP," (with James Bennett), *Economic Inquiry*, September 1974.

"The Role of Money in the Canadian Economy: An Empirical Test," (with James Bennett), *The Canadian Journal of Economics*, May 1974.

"A Spectral Analysis of Money and Business Cycles," (with James Bennett), *Quarterly Review of Economics and Business*, Spring 1974.

"Economic Determinants of the Regional Allocation of Federal R&D Expenditures," (with James Bennett), *Land Economics*, February 1974.

"Astronomics: A New Approach to Economics?" (with James Bennett), *Journal of Political Economy*, November/December 1973.

"Economies of Scale and Cash Balances of Commercial Banks," (with Arthur Kraft), Proceedings of the American Institute for Decision Sciences, November 1973.

"A New Approach to Measuring the Interest Elasticity of the Demand for Money," (with Arthur Kraft and John Kraft), Proceedings of the Business and Economic Statistics Section of the American Statistical Association, 1973.

"Predicting Human Behavior, A Spirited Approach," (with James Bennett), *Journal of Irreproducible Results*, June 1973.

"Excess Reserves and Bank Size," (with Marvin Phaup), *Economic Review*, Federal Reserve Bank of Cleveland, January 1972.

"Money, Income and Causality: Some Further Results," (with James Bennett), *Western Economic Journal*, December 1972.

## SPECIAL JOURNAL ISSUES

Special Issue on Marketing Financial Services, *Psychology and Marketing*, December 1995.

Special Issue on Public Policy and Real Estate Finance, *Journal of Real Estate Finance and Economics*, co-editor with James D. Schilling, June 1992.

## BOOKS REVIEWS

Book review of *High Rollers: Inside The Savings and Loan Debacle*, by Martin Lowy, Praeger, in *Journal of Economic Literature*, March 1994.

Book review of *The S&L Insurance Mess: How Did It Happen?* by Edward J. Kane, Urban Institute Press, in *Journal of Economic Literature*, September 1990 and in *Office of Thrift Supervision Journal*, September 1989.

Book review of *American Jobs and the Changing Industrial Base*, edited by Eileen Collins and Lucretia Dewey Tanner, Ballinger Publishing Company, in *Southern Economic Journal*, (with Sheldon Haber), July 1986.

Book review of *Essays in Contemporary Economic Problems, 1985: The Economy in Deficit*, edited by Philip Cagan and Eduardo Samensatto, American Enterprise Institute, in *Journal of Economic Literature*, March 1986.

Book review of *The Congressional Budget Process after Five Years*, edited by Rudolph G. Penner, American Enterprise Institute, in *Journal of Money, Credit, and Banking*, May 1984.

---

# RECENT PRESENTATIONS

2015

"Tracing the Arc of Financial Regulation", NASAA Annual Conference, San Juan, Puerto Rico, September 27-29, 2015.

"Do State Regulations Affect Payday Lender Concentration?" (with Jitka Hilliard, John S. Jahera, Jr. and Yanfei Sun),  16th Financial Education Association Annual Meeting, San Antonio, TX, September 24-26, 2015.

"Examining the Designation and Regulation of Bank Holding Company SIFIs", Financial Institutions and Consumer Credit Subcommittee, House Financial Services Committee, U.S. House of Representatives, July 8, 2015.

"China's Shadow Banking Sector: Beneficial or Harmful to Economic Growth?" (with Tong Li, Wen Shi and Pei Xu), 90th Western Economics Association International, Waikiki, Hawaii, June 28- July 2, 2015.

"Critical Financial Factors for Economic Development", Havana, Cuba, June 19, 2015.

 "How Do Differences in State Regulations Affect the Payday Lending Industry?" (with Jitka Hilliard, John S. Jahera, Jr. and Yanfei Sun), HKIMR-HKU International Conference on Finance, Institutions and Economic Growth, Hong Kong, China, May 22, 2015.

"Do State Regulations Affect Payday Lender Concentration?" (with Jitka Hilliard, John S. Jahera, Jr. and Yanfei Sun), Regulating Consumer Credit Conference, Federal Reserve Bank of Philadelphia, Philadelphia, PA, April 30-May 1, 2015.

"Do State Regulations Affect Payday Lender Concentration?" (with Jitka Hilliard, John S. Jahera, Jr. and Yanfei Sun), Eastern Finance Association Conference, New Orleans, LA, April 8-11, 2015.

"U.S. Financial Crises: Regulatory Failures and Inappropriate Reforms", Keynote Address at the 19th Annual Western Hemispheric Trade Conference, Texas A&M International University, Laredo, Texas, April 15-17, 2015.

"Do Bank Regulation and Supervision Improve Bank Development and Bank Performance and Mitigate the Likelihood of Banking Crises?" (with Kangbok Lee and Wenling Lu), 64th Midwest Finance Association Annual Meeting, Chicago, IL, March 4-7, 2015.

 "Issues in Mortgage and Housing Finance", Graduate Program in Real Estate Development, Auburn, Alabama, January 21, 2015.


2014

"Banks and Payday Lenders: Friends or Foes?" 78th International Atlantic Economic Conference, International Atlantic Economic Society, Savannah, Georgia, October 12-15, 2014.

"Misdiagnosis: Incomplete Cures of Financial Regulatory Failures", (with Gerard Caprio, Jr. and Ross Levine), Western Economic Association International, Denver, CO, June 27- July 1, 2014.

"The Dodd-Frank Act: Key Features, Implementation Progress, and Financial System Impact," (with Apanard (Penny) Prabha, and Clas Wihlborg), Western Economic Association International, Denver, CO, June 27- July 1, 2014.

"Economics of the Global Workforce", Conference on Globalism in Today's Workforce: Trends in an International Market, Center for Governmental Services, Atlanta, GA, May 29, 2014.

"Issues in Mortgage and Housing Finance", Enhancing Prudential Standards in Financial Regulations, Federal Reserve Bank of Philadelphia & Wharton Financial Institutions Center, Philadelphia, Pennsylvania, April 8-9, 2014.

"A Retrospective on Bank Regulation and Supervision around the World", Annual CEMP-CIEPS FORUM-Capital Flows and Financial Liberalization, Arlington, Virginia, March 13, 2014.

Panelist for "Post-Crisis Financial Reform: Is it Working and Should More be Done?", The Foley Institute with the WSU College of Business, Pullman, Washington, March 11, 2014.

"Proposal: Study of Alabama Banks' Contribution to the State's Overall Health," Bank Directors' College, Auburn University, Auburn, Alabama, February 20-21, 2014.

"Human Capital and Outreach Improve Lives in Alabama and Beyond," Outreach Scholarship Symposium, Auburn, Alabama, February 10, 2014.

"Bank Regulation and Supervision in 180 Countries from 1999 to 2011," (with Gerard Caprio, Jr. and Ross Levine), Allied Social Science Associations Meetings, Philadelphia, Pennsylvania, January 3-5, 2014.


2013

"Global Economy and Its Effect on Local Revenue," 2013 AMROA Winter Workshop/Conference, Auburn, Alabama, December 5, 2013.

"Presentation to the Alabama Public Service Commission," Montgomery, Alabama, October 9, 2013.

"Global Economic Growth," iGrow Global Commerce Summit, Marina Del Rey, California, September 11, 2013.

Panelist for "Possible Alternative Solutions To The Failure of Current Credit Rating System And Importance of Having Credit Rating Agencies In Asia, Where Capital Flows Into Economy", Universal Credit Rating Group & Forum on International Credit Rating System Reform Program, Hong Kong, June 24, 2013.

"The Guardians of Finance: Making Regulators Work for Us," (with Gerard Caprio, Jr. and Ross Levine), World Bank, May 21, 2013

"Global Financial Regulation," Milken Institute Global Conference 2013, Beverly Hills, California, April 29, 2013.

"Workforce Development: Bridging Gaps to Increase Investments in Alabama," Center for Governmental Services, Montgomery, Alabama, March 25, 2013.

"Bank Regulation and Supervision in 180 Countries from 1999 to 2011," (with Nan (Annie) Zhang), College of Business Finance Seminar, Auburn University, Auburn, Alabama, February 1, 2013.

"Breaking (Banks) Up is Hard to Do: New Perspective on Too Big To Fail," CFA and CPA Annual Meeting, Chattanooga, Tennessee, January 10, 2013.

"Just How Big is the Too Big to Fail Problem," The 2013 Annual Conference of the American Economic Association/Allied Social Science Associations, San Diego, California, January 4-6, 2013.


2012

"Breaking (Banks) Up is Hard to Do: New Perspective on Too Big To Fail," Hong Kong Institute for Monetary Research, Hong Kong, December 6, 2012.

"Breaking (Banks) Up is Hard to Do: New Perspective on Too Big To Fail," Securities and Futures Commission, Hong Kong, December 6, 2012.

"Financial Services Regulations: Prudential or Anti-competitive?" OECD Experts Meeting on Financial Services, Paris, France, November 30, 2012.

"Too-Big-To-Fail: A Little Perspective on a Large Problem," with Apanard (Penny) Prabha, Fifteen Annual International Banking Conference, Federal Reserve Bank of Chicago, Chicago, Illinois, November 2012.

"Restructuring the U.S. Housing Market," with Franklin Allen, and Glenn Yago, Restructuring Financial Infrastructure to Speed Recovery, Brookings-Nomura-Wharton Conference on Financial Markets, Washington, D.C., October 26, 2012.

"The Guardians of Finance: Making Regulators Work for Us," Andrew Young School of Policy Studies, Georgia State University, Atlanta, Georgia, October 19, 2012.

"Just How Big is The Too Big To Fail Problem?" Claremont Institute for Policy Studies, Claremont, California, September 25, 2012.

"Global Challenges," 2012 Economic Analysts' Offsite, Washington, D.C., September 6, 2012.

"The Guardians of Finance: Making Regulators Work for Us," Los Angeles Chapter of National Association for Business Economics, Los Angeles, California, May 9, 2012.

"The Guardians of Finance: Making Regulators Work for Us," Washington State University, Pullman, Washington, April 11, 2012.

"The Guardians of Finance: Making Regulators Work for Us," San Diego State University, San Diego, California, April 6, 2012.

"The Guardians of Finance: Making Regulators Work for Us," Claremont McKenna College, Claremont, California, March 9, 2012.

"The Guardians of Finance: Making Regulators Work for Us," Milken Institute, Santa Monica, California, March 8, 2012.


2011

"Bank and Sovereign Risk: A More Complete Picture for Successful Regulatory Reforms," with Apanard (Penny) Angkinand Prabha, Association for Global Business Annual Conference, Newport Beach, California, November 18, 2011.

"The Guardians of Finance: Making Regulators Work for Us," Shanghai University of Finance and Economics, Shanghai, China September 19, 2011.

"The Guardians of Finance: Making Regulators Work for Us," School of Economics and Management, Tsinghua University, Beijing, China, September 15, 2011.

"The Guardians of Finance: Making Regulators Work for Us," China Banking Regulatory Commission, Beijing, China, September 14, 2011.

"The Guardians of Finance: Making Regulators Work for Us," Graduate University of the Chinese Academy of Science, Beijing, China, September 14, 2011.

"Regulatory Reform: What Works and What Doesn't," Peoples Bank of China, Beijing, China, September 13, 2011.

"What's Next?" Global LAVA Group Meeting, Los Angeles, California, September 2, 2011.

"The Financial System in Mexico: Challenges and Opportunities," First Congress of Financial Research, Mexico City, Mexico, August 25, 2011.

"China's Evolving Financial System and Increasing Globalization," with Tong (Cindy) Li, 86th Western Economic Association International Annual Conference, San Diego, California, July 12, 2011.

"The Guardians of Finance: Why Regulators Lead Us from Crisis to Crisis, and What to Do About It," Federal Reserve Bank of Kansas City, Kansas City, Missouri, June 28, 2011.

"Industrial Loan Companies Supporting America's Financial System," Alta Club, Salt Lake City, Utah, June 2, 2011.

"Financial Challenges and Opportunities," Societe Academique, Birmingham, Alabama, February 22, 2011.


2010

"The Guardians of Finance," Office of the Comptroller of the Currency, Washington, D.C., December 15, 2010.

"Cross-Border Bank Mergers and Acquisitions: What Pulls and Pushes Banks Together?" 2010 Financial Management Association Annual Meeting, New York, NY, October 20-23, 2010.

"Small and Medium Enterprise Financing in Transition Economics," 70th International Atlantic Economic Conference, Charleston, South Carolina, October 10-13, 2010.

"Banks and Reform," Bank Directors' College, Auburn, Alabama, September 30-October 1, 2010.

"CENTRA Technology," Southern California Roundtable, Santa Monica, California, September 22, 2010.

"Role of Industrial Banks in America Study: Preview," Utah Association of Financial Services National Association of Industrial Bankers Annual Convention, Midway, Utah, August 20, 2010.

"Do Bank Regulation, Supervision and Monitoring Enhance or Impede Bank Efficiency?" Federal Reserve Bank of Kansas City, Kansas City, Missouri, July 13, 2010.

"Perspective on Capital Markets," Speaker, 2010 Leadership in the Private Capital Markets, Argyle Executive Forum, Los Angeles, California, June 10, 2010.

"Global Financial Crisis," Strategic Speaker Initiative, U.S. State Department, Cairo and Alexandria, Egypt, May 8-15, 2010.

"Cross- border Bank Mergers and Acquisitions: What Pulls and Pushes Banks Together?" 2010 American Institute of Higher Education 4th International Conference, Williamsburg, Virginia, March 17-19, 2010.


2009

"The Rise and Fall of the U.S. Mortgage and Credit Markets," Federal Deposit Insurance Corporation Washington, D.C. December 15, 2009.

"Forecasting Asia, the West, and the World: Investment Takeaways for the Future," 2009 Asian Pension Fund Roundtable, Mitigating Uncertainty: Institutional Investors & Risk Management, Bangkok, Thailand, November 4-6, 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets," Economic Opportunities in the Presence of a World Financial Crisis, Tegucigalpa, Honduras, October 23-24, 2009.

"The U.S. Financial Crisis: What Happened and What's Next?" Tuesday Lunch Talk Series, School of Politics and Economics, Claremont Graduate University, October 6, 2009.

"The View from Washington: The Credit Crunch, Recovery, and Moving the Economy Forward," DVC Program in Mumbai, India sponsored by the U.S. State Department, September 30, 2009.

"The U.S. Mortgage and Credit Markets Crisis: What Happened and What's Next?" U.S. Department of Agriculture, Washington, D.C., September 22, 2009.

"The Current Global Economic Downturn and its Effect on Developing Economies," DVC Program in Dhaka, Bangladesh, sponsored by the U.S. State Department, August 19, 2009.

"The Mortgage Market Meltdown and Global Financial Crisis: What Happened, What Went Wrong and How Did It Spread?" RBS Wealth Management, Beverly Hills, California, July 7, 2009.

"The Mortgage Market Meltdown and Global Financial Crisis: What Happened, What Went Wrong and How Did It Spread?" 84th Annual Conference, Western Economic Association International, Vancouver, Canada, June 29-July 3, 2009.

"Are Growing Stock Market Interdependencies Among Advanced Countries A Source of Financial Spillover?" The Fifth Asia-Pacific Economic Association, Santa Cruz, California, June 27-28, 2009.

"Financial and Credit Crisis: Wall Street in a Tailspin," CFA Society of Los Angeles, Inc., Los Angeles, California, June 16, 2009.

"Safety and Soundness of Financial Institutions," 2009 International Housing Finance Program, Housing Finance in a Changing Global Environment, Wharton School, University of Pennsylvania, Philadelphia, Pennsylvania, June 10, 2009.

"China's Financial Stability," Intelligence Community Roundtable, Washington, D.C., June 9, 2009.

"Financial and Economic Crisis: Regulatory Issues," 2009 Financial and Economic Crisis Bank Leadership Symposium, Bankers Association Point, Clear, Alabama, June 6, 2009

"Roosevelt and Obama: Confronting Economic Crises," Gorbachev Foundation, Moscow, Russia, May 29, 2009.

"Roosevelt and Obama: Confronting Economic Crises," Moscow Carnegie Center, Moscow, Russia, May 28, 2009.

"Roosevelt and Obama: Confronting Economic Crises," Interview at Russia Today TV, Spotlight Program, Moscow, Russia, May 28, 2009.

"Roosevelt and Obama: Confronting Economic Crises," Council for National Competitiveness, Moscow, Russia, May 27, 2009.

"Roosevelt and Obama: Confronting Economic Crises," American Center, Moscow, Russia, May 27, 2009.

"Roosevelt and Obama: Confronting Economic Crises," South Urals State University, Moscow, Russia, May 26, 2009.

"Roosevelt and Obama: Confronting Economic Crises," Perm State University, Perm, Russia, May 25, 2009.

"Roosevelt and Obama: Confronting Economic Crises," The American Corner, Perm, Russia, May 25, 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets: What Happened and What's Next?" Lingnan University, Hong Kong, China, May 15, 2009.

"Bank Regulation, Supervision and Monitoring and Bank Efficiency," co-authored paper presentation and "Towards a New Framework for Financial Stability," panel discussion (panelist), The Global Financial Turmoil and the Evolving Financial Interdependence in Asia, conference held by Hong Kong Institute for Monetary Research, Lingnan University, and Columbia University, in Hong Kong, May 11-12, 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets," Society of Women Accountants and Chartered Financial Analysts, Chattanooga, Tennessee, May 5-6, 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets: What Happened and What's Next?" College of Business Advisory Council, Auburn, Alabama,  March 27, 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets," College of Business, University of Nevada, Las Vegas, Nevada, March 19, 2009.

"The Rise and Fall of the U.S. Mortgage and Credit Markets," Andrew Young School of Public Policy Studies, Georgia State University, Atlanta, Georgia, April 3, 2009.

"Leverage and Risk of Financial Institutions," Conference on Procyclicality in the Financial System, De Nederlandsche Bank, Amsterdam, February 9-10, 2009.

"The U.S. Housing and Financial Meltdown: What Happened and What Has Been the Response?" Federal Reserve Bank of Cleveland, Cleveland, Ohio, January 12, 2009.

"On the Global Financial Crisis," Video presentation and discussion arranged by U.S. Embassy in Amman, Jordan, January 21, 2009.

"Bank Regulatory Reform," Workshop, Rhodes Center for International Economics, Brown University, Providence, Rhode Island, January 23, 2009.


2008

"Understanding the Global Financial Crisis: Implications for the U.S. and India," Panel discussion, American Center, New Delhi, India, December 12, 2008.

"The Piece-Meal Fixes of the Federal Reserve, U.S. Congress and White House, and Government Regulatory Agencies to the Growing and Evolving Crisis," Indian Institute of Foreign Trade, New Delhi, India, December 11, 2008.

"The Origin of the Current Economic Crisis, Including the Switch from an Originate-to-Hold Housing Finance Model to an Originate-to-Securitize Model," Delhi School of Economics, New Delhi, India, December 11, 2008.

"Global Financial Meltdown: Causes and Lessons for the Future," Indian Council for Research on International Economic Relations, New Delhi, India, December 10, 2008.

"Housing and Financial Meltdown," Department of Finance, Indian Institute of Management, Kolkata, India, December 8, 2008.

"Housing and Financial Meltdown," Reserve Bank of India, Kolkata, India, December 5, 2008.

"Global Economic Crises: U.S. Response," Bengal Chamber of Commerce and Industries, Kolkata, India, December 4, 2008.

"The Global Economic Crisis: Challenges and Responses," Southern India Chamber of Commerce and Industry Chennai, India, December 3, 2008.

"Current Global Economic Crises," Madras School of Economics, Chennai, India, December 3, 2008.

"Global Economic Crises: Challenges and Responses," Lecture, Institute of Financial Management and Research Chennai, India, December, 2008.

"Global Economic Crisis: U.S. Response," Lecture, Indo-American Chamber of Commerce, American Corner, Bharatiya Vidya Bawan, Bangalore, India, December 2008.

"Global Economic Crisis: U.S. Response," Lecture, Indian Institute of Management, Bangalore, India, December 2008.

"Global Economic Crisis," Roundtable discussion, Fiscal Policy Research Institute, Bangalore, India, December 2008.

"Issues in Global Bank Mergers and Acquisitions," Southern Finance Association Annual Meetings, Casa Marina Resort and Beach Club, Key West, Florida, November 19 - 22, 2008.

"The U.S. Housing and Financial Crisis," State Department "Ask America" Web chat, November 12, 2008.

"WTO Commitments vs. Reported Practices on Foreign Bank Entry and Regulation: A Cross-Country Analysis," FMA Annual Meeting, Dallas, Texas, October 10, 2008.

"Demystifying the Mortgage Meltdown: What It Means for Main Street, Wall Street and the U.S. Financial System," Milken Institute, Santa Monica, California, October 2, 2008.

"China's Investment Practices, Patterns, and Strategies, "China 2015: China's Outward Direct Investment, sponsored by Office of Asian Pacific and Latin American Analysis, Washington, D.C., July 17, 2008.

"U.S. Subprime Mortgage Market Meltdown," 14th Dubrovnik Economic Conference, The Croatian National Bank, Dubrovnik, Croatia, June 25 - 28, 2008.

"Competition in the Financial Sector: Challenges for Regulation," Shanghai University of Finance and Economics, Shanghai, China, June 12, 2008.

"Subprime Mortgage Market Meltdown," Lingnan University, Hong Kong, China, June 10, 2008.

"WTO Commitments vs. Reported Practices on Foreign Bank Entry and Regulation: A Cross-Country Analysis," Chung-Hua Institution for Economic Research, Taipei, Taiwan, June 06, 2008.

"Competition in the Financial Sector: Challenges for Regulation," National Taiwan University, Taipei, Taiwan, June 5, 2008.

"China's Economic Competitiveness and Implications for the United States," National University of Kaohsiung, Kaohsiung, Taiwan, June 3, 2008.

"Subprime Mortgage Market Meltdown," National Taiwan University Taipei, Taiwan, June 2, 2008.

"The Future of the Mortgage Market: Where Do We Go From Here?" Global Conference, Milken Institute, The Beverly Hilton, Los Angeles, California, April 28, 2008.

"Economic Security and Global Financial Markets: Balancing Competition and Regulation," U.S. Treasury Department-Director of National Intelligence-Private Sector Workshop on the National Security Dimensions of the International Banking and Financial Sector, Washington, D.C., March 20, 2008.

"Competition in the Financial Sector: Challenges for Regulation," G-20 Workshop on Competition in the Financial Sector, Bali, Indonesia, February 15-17, 2008.


2007

"Economic Impacts of Global Terrorism: From Munich to Bali," Conference on Emerging Research Frontiers in International Business Conflict, Security and Political Risk: International Business in a Challenging Environment, Miami, Florida, November 28-December 1, 2007.

"Implications and Risks of China's New Investment Policy," Conference on China's Evolving Global Investment Policy: Outlook and Risks, sponsored by the Mitre Corporation, Washington, D.C., November 14, 2007.

"China's Economic Competitiveness and Implications for the U.S. Economy," Global Security Seminar Dinner, University of California at Los Angeles, Los Angeles, California, November 7, 2007.

"New Measures of Bank Regulation and Supervision," Workshop on Measuring Bank Regulation and Supervision, World Bank, Washington, D.C., October 26, 2007.

"New Measures of Financial Regulation," Conference on Political Economic Indicators and International Economic Analysis, Claremont Graduate University, Claremont, California, October 13, 2007.

"Hedge Funds: A Global Perspective on Strategies and Risks," Conference and Joint Meeting of Shadow Financial Regulatory Committees, Copenhagen, Denmark, September 7-10, 2007.

"Corruption in Bank Lending to Firms: Do Competition and Information Sharing Matter?" University of Hong Kong, Hong Kong, China, August 22, 2007.

"Competition, Information, and Corruption in Bank Lending," The 2007 Summer Workshop on Industrial Organization and Management Strategy, School of Business, Shanghai University of Finance and Economics, Shanghai, China, June 1, 2007.

"Bank Regulation Is Changing: But for Better or Worse?" University of Hong Kong and Jinan University Hong Kong and Guangzhou, China, June, 2007.

Panelist for "Beyond Big: Measuring China's Markets," and Moderator for "Global Integration of Capital Markets: Challenges and Opportunities," Milken Institute Global Conference 2007, Los Angeles, California, April 23-25, 2007.

"China's Changing Financial System: Can It Catch up with, or Even Drive Growth?" (with Gerard Caprio), China-A Two Way Street, A Forum on China's Economic Growth and Opportunities for Indiana, Indiana State University, Indianapolis, Indiana, January 24-25, 2007.

"Inverted Yield Curves and Financial Institutions: Are We Headed for a Repeat of the 1980's Crisis?" Countrywide Financial Calabasas, California, January 3, 2007.


2006

"A Theoretical and Empirical Assessment of Bank Risk-Shifting Behavior," (with Mark Bertus, Jiang Hai and Triphon Phumivasana), All China Economics International Conference, Hong Kong, December 18-20, 2006.

"Global Banking and Financial Markets" and "Global Perspectives on Banking," Young Leaders Banking Program, Riverside, California, December 10-16, 2006.

"Regulatory and Market Forces in Controlling Bank Risk-taking: A Cross-Country Analysis," (with Apanard Angkinand, Triphon Phumivasana, and Glas Wihlborg), 2006 AIB Southeast Asia Regional Conference, Bangkok, Thailand, December 7-9, 2006.

"Reassessing Current Approaches to Banking Supervision," New Approaches to Banking Supervision, A Tanaka Business School Conference, Imperial College, London University and U.K. Financial Services Administration, London, November 3, 2006.

"Reassessing the Rationale and Practice of Bank Regulation and Supervision," Seminar on Current Developments in Monetary and Financial Law, International Monetary Fund, Washington, D.C., October 23-27, 2006.

"External Governance and Bank Performance: Across-Country Analysis," (with Mark Bertus, Valentina Hartarska, Jiang Hai and Triphon Phumivasana), Financial Management Association Annual Meeting, Salt Lake City, Utah, October 11-14, 2006.

"What Do We Know about the Performance and Risk of Hedge Funds?" (with Triphon Phumivasana, Tong Li and Glenn Yago), Intenational Financial Instability Cross –Border Banking & National Regulation, Chicago, Illinois, October 5-6, 2006.

"The Design and Governance of Bank Supervision," (with Gerard Caprio, Jr. and Ross Levine), 2006 Riksband Conference on the Governance of Central Banks, Stockholm, Sweden, August 31- September 1 2006.

"Foreign Banking: Do Countries' WTO Commitments Match Actual Practices?" (with Juan Marchetti and Dan Nolle), Asia-Pacific Economic Association Annual Conference, Seattle, Washington, July 29-30, 2006.

"Barriers to Entrepreneurship in Emerging Domestic Markets: Analysis and Recommendations," (with Glenn Yago and Betsy Zeidman), Federal Reserve Bank of Kansas City and Kaufman Foundation, Kansas City, Missouri, April 2006.

"A Framwork for Assessing China's Vulnerability to Financial Disruption," (with Glenn Yago), Assessing China's Financial Vulnerability Workshop, A Conference Sponsored by the Office of Asia Pacific and Latin American Analysis, March 10, 2006.

"Economic Impacts of Global Terrorism: From Munich to Bali," (with Tong Li, Donald McCarthy, Triphon Phumiwasana and Glenn Yago), American Economics Association Annual Meeting, Boston, Massachusetts, January 8, 2006.


2005

"A Cross-Country Analysis of Bank Performance: The Role of External Governance," (with Daniel Gropper, Valentina Hartarska, Daniel E. Nolle, and Triphon Phumiwasana), The 18th Australasian Finance and Banking Conference, Sydney, Australia, December 14, 15 and 16, 2005.

"Rethinking Bank Regulation: What Works Best and Why Do Countries Choose to Regulate the Way They Do?" Economics Department, University of Nevada, Las Vegas, Nevada, December 16, 2005.

"Rethinking Bank Regulation: Till Angels Govern," (with Gerard Caprio, Jr., and Ross Levine), Milken Institute, Santa Monica, California, December 8, 2005.

"Harmonization of Regulation and Supervision among EU Countries," (with Tong Li, and Ed Phumiwasana), Claremont McKenna College, Claremont, California, November 18, 2005.

"Stumbling Blocks to Entrepreneurship in Low- and Moderate-Income Communities," (with Glenn Yago and Betsy Zeidman), Conference on Entrepreneurship in Low- and Moderate-Incom Communities, Federal Reserve Bank of Kansas City and The Ewing Marion Kauffman Foundation, Kansas City, Missouri, November 3, 2005.

"Rethinking Bank Regulation," (with Gerard Caprio, Jr., Ross Levine), Bank of England and Bank of Slovenia Conference. Ljubljana, Slovenia, October 28, 2005.

"Rethinking Bank Regulation," Ministry of Finance, Beijing, China, May 25- 26 and 27, 2005.

"Rethinking the Way Countries Regulate Banks," Central University of Finance and Economics, Beijing, China, May 26, 2005.

"Investing in China's Under-performing Assets: Opportunity or Peril?" moderator, Milken Institute Global Conference, Los Angeles, California, April 18-20, 2005.

"Rethinking Bank Regulation and Supervision: Till Angels Govern," with Gerard Caprio, Jr., and Ross Levine , Financial Economics Seminar Series, World Bank, Washington, D.C., January 24, 2005.

"Rethinking Bank Regulation and Supervision: Till Angels Govern," ( with Gerard Caprio, and Ross Levine), Financial Economics Seminar Series, World Bank, Washington, D.C., January 24, 2005.

"The Savings and Loan Crisis: Lessons from a Regulatory Failure," (with Glenn Yago), Milken Institute, Santa Monica, California, January 6, 2005.


2004

"Financial Systems and Economic Development Opportunities and Challenges for China," Tsinghua University, Beijing, China, December 7, 2004.

"Financial Systems and Economic Development Opportunities and Challenges for China," Renmin University of China, Beijing, China, December 6, 2004.

"A New Global Database: How Are Banks Regulated and Supervised Around the World?" Claremont Economics Seminar, Claremont McKenna College, Claremont, California, November 10, 2004.

"External Governance and Bank Performance: A Cross-Country Analysis," (with Daniel E. Nolle, Valentina Hartarska, and Ed Phumiwasana), Dolibois Seminar Series, Miami University, Oxford, Ohio, October 25, 2004.

"Asian Financial Cooperation for Economic Prosperity," the 12th Annual Conference on Pacific Basin Finance, Economics, Accounting, and Business, Bangkok, Thailand, August 10-11, 2004.

"Financial Supervision and Crisis Management: U.S. Experience and Lessons for Emerging Market Economies," (with Daniel E. Nolle, Lawrence Goldberg, and Glenn Yago), 2004EWC/KDI Conference, East-West Center, Honolulu, Hawaii ,July 29-30, 2004.

"External Governance and Bank Performance: A Cross-Country Analysis," (with Daniel E. Nolle, Valentina Hartarska, and Ed Phumiwasana), 79th Annual Conference of the Western Economic Association International, Vancouver, Canada, June 29-July 3, 2004.


2003

"Global Trends in Bank Regulatory and Supervisory Environment," Woori Bank Conference on Reforms and Innovations in Banking, Seoul, Korea, November 28, 2003.

"Comments on the Development of Asian Bond Markets," First Annual Asian Bond Market Forum, Hong Kong, China, November 11 -12, 2003.

"Bank Safety and Soundness and the Structure of Bank Supervision: A Cross-Country Analysis," (with Luis G. Dopico, Daniel E. Nolle, James E. Wilcox) Financial Management Association Annual Meeting, Denver, Colorado, October 8-11, 2003, http://207.36.165.114/Denver/.

"Reliving the S&L Crisis: Moral Hazard or Organized Crime," Conference on Corporate Governance and Control Fraud, University of Texas, Austin,TX, April 28 - 29, 2003.

"Comparative Banking Supervision and Regulation," (with Daniel E. Nolle) and "Corporate Governance," (with Ed Phumiwasana), Claremont Conference on Global Political Economy Data, Claremont McKenna College, Claremont, California, April 11, 2003 .

"A Cross-Country Analysis of the Bank Supervisory Framework and Bank Performance," ( with Daniel E. Nolle, Ed Phumiwasana, Glenn Yago), Midwest Finance Association 52nd Annual Meeting, Adam's Mark Hotel, St. Louis, Missouri, March 27-29,2003, http://www.mfa2003.org/.

"On Improving Bank Regulation and Supervision in China," Workshop on China's Financial Sector Legal Framework, Beijing, China, March 24 - 28, 2003.

"Bank Regulation and Supervision: Some Issues and International Evidence," Office of the Superintendent of Financial Institutions (OSFI), Ottawa, Canada, February 24, 2003.

"Is Consolidated Financial Regulation Appropriate for the Unite States?" Panel on "Financial Services Agencies in the UK and Japan," American Enterprise Institute Conference, Washington, D.C., February 21, 2003. http://www.aei.org/events/eventID.237,filter./event_detail.asp.

"Bank Regulation and Supervision: Some Issues and International Evidence," Federal Reserve Bank of Atlanta, Atlanta, Georgia, February 10, 2003.

"A Cross-Country Analysis of the Bank Supervisory Framework and Bank Performance," (with Daniel E. Nolle, Ed Phumiwasana, Glenn Yago), Federal Deposit Insurance Corporation, Washington, D.C., January 15, 2003.


2002

"A Cross-Country Analysis of the Bank Supervisory Framework and Bank Performance," (with Daniel E. Nolle, Ed Phumiwasana, and Glenn Yago), American Bankers Association, Washington, D.C., December 11, 2002.

"Bank Regulation and Supervision: What Works Best?" (with Gerald Caprio, Jr. and Ross Levine), Macroeconomic Stability, Financial Markets and Economic Development, Bank of Mexico, Mexico, November 12-13, 2002.

"Bank Regulation and Supervision: What Works Best?" (with Gerald Caprio, Jr. and Ross Levine), Financial Market Development in Latin America, Center for Research on Economic Development and Policy Reform, Stanford University, California, November 8 - 9, 2002.

"A Panel Discussion on the New Plan for Africa's Development," The New Partnership for Africa's Development (NEPAD), Milken Institute, Santa Monica, California, October 24, 2002.

"The Changing Structure of Latin American Banking Markets," The European Union and the Americas Conference on Spanish Investment in Latin America, Miami European Center and the FIU Latin American and Caribbean Center, Coral Gables, FL, October 18-19, 2002.

"The Great Savings and Loan Problems," (with Susanne Trimbath), Penn Square Bank, 20 Years Later: An Examination into the Causes, Effects, Responses, and Continuing Consequences of the Banking and Deposit Insurance Crisis of the 1980s, Sponsored by Oklahoma City University School of Law, The Oklahoma Bar Review and The Conference on Consumer Finance Law, Oklahoma City, Oklahoma, October 3-4, 2002.

"Do Differences in the Structure, Scope and Independence of Bank Supervision in Countries Around the World Matter?" Lecture at Colorado State University, Ft. Collins, Colorado, September 20, 2002.

"Comments on Subprime Lending," Credit Research Center's Subprime Lending Symposium, Georgetown University, Credit Research Center, Washington, D.C., September 17-18, 2002.

"U.S. Economic Outlook and Demographic Information," Minneapolis, MN, August 15-16, 2002.

Participated in "Emerging Market Countries: Is Globalization Leading to Polarization," Economic Security Group, Central Intelligence Agency, Washington, D.C., July 23-24, 2002.

"A Cross-Country Analysis of the Bank Supervisory Framework and Bank Performance," (with Ed Phumiwasana, Daniel Nolle and Glenn Yago), Western Economic Association's 77th Annual Conference ,Westin Seattle, Seattle, Washington, July 02, 2002.

"Size, Structure and Regulation of the Financial Sector," International Symposium on the Transformation and Diversification of the Financial Sector in South Africa , Sponsored by the National Economic Development and Labour Council Johannesburg, South Africa, April 05 - 06, 2002.

"An International Comparison and Assessment of Bank Regulation and Supervision," Department of Economics, University of Southern California, Los Angeles, California, July 9, 2002.

"Bank Regulation, Capital Markets and Economic Growth," The Division of Banking & Finance Centre for Research in Financial Services, Nanyang Technological University, Singapore, May 21, 2002.

"Bank Regulation and Supervision: What Works Best?" (with Gerald Caprio, Jr., and Ross Levine), Basel II: An Economic Assessment, Bank for International Settlements, May 17-18, 2002.

"International Best Practices in Regulation based on Case Studies of Relevant Experiences from Developed and Emerging Economies," (with Susanne Trimbath), International Conference on Regulation of Financial Intermediaries in Emerging Markets, Mumbai, India, March 21, 2002.

"Finance and Growth," J. Anderson Davis Lecture, The Academy of Economics and Finance 29th Annual Meeting, Pensacola, Florida, February 15, 2002.


2001

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), Claremont Graduate University, Economics Department, Claremont, California, December 5, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), University of Maryland, College Park, Maryland, December 10, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), Risks of Financial Institutions, National Bureau of Economic Research, Inc., Cambridge, Massachusetts, November 30, 2001. http://www.nber.org/~confer/2001/risk01/program.html.

"Bank Safety and Soundness and the Structure of Bank Supervision: A Cross-Country Analysis," (with Luis G. Dopico, Daniel E. Nolle, and James A. Wilcox), FMA Annual Meeting, Toronto, Canada, November 20-22, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), The Future of American Banking: Historical, Theoretical, and Empirical Perspectives, Yale University, New Haven, Connecticut, November 9-10, 2001. http://www.econ.yale.edu/econhist/banking/banking2.html.

"Do Bank Supervisory Structures Differ Across Countries? Does It Matter?" (with Gerard Caprio and Daniel Nolle), Financial Stability Institute, Bank for International Settlements, Regional Workshop for the Caribbean Banking Supervisors Group on Corporate Governance, E-banking and Supervisory Structures, Curaçao, Netherlands Antilles, October 30 – November 2, 2001.

"Banking Regulation, Financial Structure, and Economic Performance: Cross Country Evidence," (with Luis G. Dopico, Daniel E. Nolle, and James A. Wilcox), 2001 FMA Annual Meeting, Toronto, Canada, October 17-20, 2001. http://www.fma.org/Toronto/TorontoProgram.htm.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), University of Michigan, Ann Arbor, MI, October 12, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), Stanford University, Stanford, California, October 3, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), 12th Conference Financial Economics and Accounting Conference, Rutgers, The State University of New Jersey, New Brunswick, New Jersey, September 20-21, 2001.

"Finance and Growth: An Overview," (with Ross Levine), University of Nevada , Las Vegas, Nevada, August 31, 2001.

"A Nested Real Option Model for Multi-stage Capital Investment Decisions," (with Hemantha Herath), Asia Pacific Finance Association (APFA) Annual Conference, Bangkok, Thailand, July 22-25, 2001.

"The Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio and Ross Levine), Western Economic Association Meetings, July 7-8, 2001. http://fac.cgu.edu/~zakp/WEA01.htm.

"An International Comparison of the Structure and Implementation of Bank Supervision," (with Luis G. Dopico, Daniel E. Nolle and James A. Wilcox), The Future of Financial Regulation in Taiwan, Taipei, Taiwan, July 6-7, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), Hong Kong Monetary Authority, Hong Kong, China, June 29, 2001.

"Finance and Growth:  An Overview," (with Ross Levine), APEC Economic Outlook Symposium, Hong Kong, China, June 28-29, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), Reserve Bank of Australia, Australia, June 1, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), International Monetary Fund, Washington, D.C.., May 17, 2001.

"Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio and Ross Levine), Calson School of Management, University of Minnesota, Minneapolis, Minnesota, May 9, 2001.

"Bank Regulation and Supervision: What Works Best," (with Gerard Caprio and Ross Levine), Annual Bank Conference on Development Economics, World Bank, Washington, D.C., May 1, 2001. http://www.worldbank.org/wbi/B-SPAN/abcde/abcde_agenda.htm.

"Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio and Ross Levine), Harvard University, Cambridge, Massachusetts, March 8, 2001.

"Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio and Ross Levine), Inter-American Development Bank, Washington, D.C., February, 23 2001.

"Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio and Ross Levine), Integrating Emerging Market Countries Into Global Financial System, Brookings-Wharton Papers on Financial Services, 4th Annual Conference,  Washington, D.C., January 12, 2001.

"Regulation and Supervision of Banks Around the World: A New Database," (with Gerard Caprio and Ross Levine), Banco Central de Chile, Santiago, Chile, January 10, 2001.

"Banking Regulation, Financial Structure, and Economic Performance: Cross Country Evidence," (with Daniel E. Nolle and James A. Wilcox), North American Economic and Finance Association Meetings, New Orleans, LA, January 7, 2001.


2000

"Global Financial Consolidation and Integration: Opportunities and Challenges," 19th Annual International Monetary and Trade Conference, Federal Reserve Bank of Philadelphia, Philadelphia, Pennsylvania, November 13, 2000.

"Global Financial Consolidation and Integration: Opportunities and Challenges," National Association for Business Economics, Los Angeles Chapter, Los Angeles, California, October 10, 2000.

"Gramm-Leach-Bliley Act of 1999," Atlanta Economics Club, Atlanta, Georgia, April 18, 2000.

Appendix B
Materials Relied Upon

**Academic Articles and Books**

Viral V. Acharya and T. Sabri Öncü, "A Proposal for the Resolution of Systemically Important Assets and Liabilities:  The Case of the Repo Market," 9 International Journal of Central Banking (January 2013), 291-349.

Gene Amromin and Anna L. Paulson, "Comparing patterns of default among prime and subprime mortgages," Economic Perspectives (Federal Reserve Bank of Chicago, 2009), 18-37.

Martin Neil Baily, Robert E. Litan, & Matthew S. Johnson, "The Origins of the Financial Crisis," 3 Fixing Finance Series, Brookings Institution (November 2008).

Eric S. Belsky and Nela Richardson, "Understanding the Boom and Bust in Nonprime Mortgage Lending," Joint Center for Housing Studies of Harvard University (September 2010).

Claudio Borio, "The financial turmoil of 2007-?: a preliminary assessment and some policy considerations," BIS Working Papers No. 251 (March 2008).

Jan K. Brueckner,  Paul S. Calem, & Leonard I. Nakamura, "Subprime Mortgages and the Housing Bubble," 71 Journal of Urban Economics (2012), 230-243.

Markus K. Brunnermeier, "Deciphering the Liquidity and Credit Crunch 2007-2008," 23 Journal of Economic Perspectives (2009), 77-100.

Karl E. Case & Robert J. Shiller, "Is There a Bubble in the Housing Market?," 2 Brookings Papers on Economic Activity (2003), 299-362.

Major Coleman IV, Michael LaCour-Little, & Kerry D. Vandell, "Subprime Lending and the Housing Bubble: Tail Wags Dog?" 17 Journal of Housing Economics (2008), 272-290.

Giovanni Dell'Ariccia, Deniz Igan, and Luc Laeven, "Credit Booms and Lending Standards:  Evidence from the Subprime Mortgage Market," 44 Journal of Money, Credit and Banking, (March-April 2012), 367-384.

Yuliya Demyanyk and Otto Van Hemert, "Understanding the Subprime Mortgage Crisis," 24 The Review of Financial Studies (2011), 1848-1880.

Douglas W. Diamond, & Raghuram G. Rajan, "The Credit Crisis:  Conjectures about Causes and Remedies," 99 American Economic Review:  Papers & Proceedings (2009), 606-610.

Marco Di Maggio and Amir Kermani, "Credit-Induced Boom and Bust," (June 7, 2015).

Jane Dokko, Brian Doyle, Michael T. Kiley, Jinill Kim, Shane Sherlund, Jae Sim, & Skander Van den Heuvel. "Monetary Policy and the Housing Bubble," Finance and Economics Discussion Series, Divisions of Research & Statistics and Monetary Affairs, Federal Reserve Board, (2009).

Frank J. Fabozzi, Chuck Ramsey and Michael Marz, The Handbook of Nonagency Mortgage-Backed Securities (2nd Edition, Frank J. Fabozzi Associates, 2000.

Edward Glaeser, Joshua Gottlieb, and Joseph Gyourko, "Can Cheap Credit Explain the Housing Boom?" in *Housing and the Financial Crisis* (E. Glaeser and T. Sinai, eds., University of Chicago Press, 2013).

Andra C. Ghent and Marianna Kudlyak, "Recourse and Residential Mortgage Default: Evidence from US States," 24(9) <u>The Review of Financial Studies</u> (2011), 3139-3186.

Gary Gorton and Andrew Metrick, "Getting Up to Speed on the Financial Crisis:  A One-Weekend-Reader's Guide," 50 <u>Journal of Economic Literature</u> (March 2012), 128-150.

John M. Griffin and Gonzalo Maturana, "Did Dubious Mortgage Origination Practices Distort House Prices?" May 2015.

John M. Griffin and Gonzalo Maturana, "Who Facilitated Misreporting in Securitized Loans?" <u>Review of Financial Studies</u> (September 2015, forthcoming).

Craig S. Hakkio & William R. Keeton, "Financial Stress:  What Is It, How Can it Be Measured, and Why Does It Matter?" Federal Reserve Bank of Kansas City Economic Review, (Second Quarter 2009), 5-50.

Andrew Haughwout, Donghoon Lee, Joseph Tracy, and Wilbert van der Klaauw, "Real Estate Investors, the Leverage Cycle, and the Housing Market Crisis," Federal Reserve Bank of New York Staff Report no. 514, September 2011.

Wei Jiang, Ashlyn Aiko Nelson, and Edward Vyltlacil, "Liar's Loan?  Effects of Origination Channel and Information Falsification on Mortgage Delinquency," 96 <u>Review of Economics and Statistics</u> (March 2014), 1-18.

Benjamin J. Keys, Amit Seru and Vikrant Vig, "Lender Screening and the Role of Securitization:  Evidence from Prime and Subprime Mortgage Markets," 25 <u>The Review of Financial Studies</u> (2012), 2071-2108.

Adam J. Levitin, & Susan M. Wachter, "Explaining the Housing Bubble," 100 <u>The Georgetown Law Journal</u> (2012), 1177-1258.

James MacGee, "Why Didn't Canada's Housing Market Go Bust?" Economic Commentary, Federal Reserve Bank of Cleveland, 2009.

Chris Mayer and Karen Pence, "Subprime Mortgages:  What, Where and to Whom?" in Edward L. Glaeser and John M. Quigley, <u>Housing Markets and the Economy:  *Risk, Regulation, and Policy*</u> , (2009).

Atif Mian & Amir Sufi, "The Consequences of Mortgage Credit Expansion:  Evidence from the U.S. Mortgage Default Crisis," <u>Quarterly Journal of Economics</u> (2009), 1449-1496.

Atif Mian and Amir Sufi, "What Explains the 2007-2009 Drop in Employment?" 82(6) <u>Econometrica</u> (2014), 2197-2223.

Atif Mian and Amir Sufi. "Fraudulent Income Overstatement on Mortgage Applications During the Credit Expansion of 2002 to 2005." Chicago Booth The Initiative on Global Markets Working Paper No. 130 (May 2015).

Atif Mian, Kamalesh Rao, & Amir Sufi. "Household Balance Sheets, Consumption, and the Economic Slump," 128(4) <u>The Quarterly Journal of Economics</u> (2013), 1687-1726.

Taylor D. Nadauld & Shane M. Sherlund, "The impact of securitization on the expansion of subprime credit," 107 <u>Journal of Financial Economics</u> (2013), 454-476.

Daniel E. Nolle, "U.S. Domestic and International Financial Reform Policy: Are G20 Commitments and the Dodd-Frank Act in Sync?" Board of Governors of the Federal Reserve System International Finance Discussion Paper Number 1024 (2011).

Christopher Palmer, "Why Did So Many Subprime Borrowers Default During the Crisis: Loose Credit or Plummeting Prices?" University of California at Berkeley Working Paper, (September 2015).

Andrey Pavlov & Susan Wachter, "Subprime Lending and Real Estate Prices," 39 <u>Real Estate Economics</u> (2011), 1-17.

Tomasz Piskorski, Amit Seru and James Witkin, "Asset Quality Misrepresentation by Financial Intermediaries: Evidence from RMBS Market," <u>Journal of Finance</u> (2015, forthcoming).

Amiyatosh Purnanandam, "Originate-to-distribute Model and the Subprime Mortgage Crisis," 24 <u>The Review of Financial Studies</u> (2011), 1881-1915.

Uday Rajan, Amit Seru & Vikrant Vig, "The failure of models that predict failure:  Distance, incentives and defaults," 115 <u>Journal of Financial Economics</u> (2015), 237-260.

Robert J. Shiller, <u>The Subprime Solution: How Today's Global Financial Crisis Happened, and What to Do about It</u> (Princeton University Press, 2008).

Joseph E. Stiglitz, "Symposium on Bubbles," 4 <u>Journal of Economic Perspectives</u> (Spring 1990), 13-18.

**Ratings Agency Reports**

S&P Criteria Structured Finance "RMBS: U.S. Residential Subprime Mortgage Criteria: Issuer Reviews for Subprime Mortgage Transactions," September 1, 2004.

Standard & Poor's, "S&PCORRECT: 612 U.S. Subprime RMBS Classes Put on Watch Neg; Methodology Revisions Announced," RatingsDirect, July 11, 2007.

**Government Reports**

"The Mortgage Crisis," Financial Crisis Inquiry Commission, Preliminary Staff Report, April 7, 2010.

U.S. Department of Housing and Urban Development Office of Policy Development and Research, "Report to Congress on the Root Causes of the Foreclosure Crisis," January 2010.

**News Articles and Press Releases**

"BNP Paribas Investment Partners temporaly[sic] suspends the calculation of the Net Asset Value of the following funds: Parvest Dynamic ABS, BNP Paribas ABS EURIBOR and BNP Paribas ABS EONIA," BNP Paribas press release, August 9, 2007, http://www.bnpparibas.com/en/news/press-release/bnp-paribas-investment-partners-temporaly-suspends-calculation-net-asset-value-fo.

Matthew Goldstein, "Bear Stearns' Subprime Bath," Businessweek.com, June 12, 2007, http://www.businessweek.com/stories/2007-06-12/bear-stearns-subprime-bathbusinessweek-business-news-stock-market-and-financial-advice.

Underwater Mortgages on the Rise According to First American CoreLogic Q4 2009 Negative Equity Data," First America CoreLogic Press Release, February 23, 2010.

Yalman Onaran, "Counting Writedowns Replaces Deals Won as Wall Street's Ritual," Bloomberg, September 1, 2008.

**Case Documents and Legal Filings**

Expert Report of Steven I. Butler on the Re-Underwriting of Sampled Loans, August 14, 2015.

Expert Report of Ethan Cohen-Cole, Ph.D. (Nomura - CA), August 14, 2015.

Expert Report of Ethan Cohen-Cole, Ph.D. (Nomura - KS), August 14, 2015.

Expert Report of Ethan Cohen-Cole, Ph.D. (Wachovia), August 14, 2015.

Expert Report of Ethan Cohen-Cole, Ph.D. (RBS), August 14, 2015.

Expert Report of Jerry A. Hausman (Nomura - CA), April 14, 2015.

Expert Report of Jerry A. Hausman (Nomura - KS), April 14, 2015.

Expert Report of Jerry A. Hausman (RBS), April 14, 2015.

Expert Report of Jerry A. Hausman (Wachovia), April 14, 2015.

Expert Report of Walter Torous, Ph.D., (RBS) August 14, 2015.

Expert Report of Walter Torous, Ph.D. (Nomura CA), August 14, 2015.

Expert Report of Walter Torous, Ph.D. (Nomura KS), August 14, 2015.

Expert Report of Walter Torous, Ph.D. (NovaStar), August 14, 2015.

Expert Report of Walter Torous, Ph.D., (Wachovia) August 14, 2015.

National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and Western Corporate Federal Credit Union, v. Wachovia Capital Markets LLC, First Amended Complaint.

National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, v. RBS Securities, Inc., et al., Second Amended Complaint.

National Credit Union Administration Board, as Liquidating Agent of Western Corporate Federal Credit Union, v. RBS Securities, Inc., et al., Second Amended Complaint.

**Other Legal Filings**

Decision and Order Denying Recognition of Foreign Proceeding, In re: In re Bear  Stearns High-Grade Structured Credit Strategies Master Fund, Ltd., Case No. 07-12383 (BRL), Bankr. S.D.N.Y., August 30, 2007 and In re Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Master Fund, Ltd., Case No. 07-12384 (BRL), Bankr. S.D.N.Y. 2007.

**Speeches and Public Statements**

"Reflections on a Year of Crisis," Federal Reserve Chairman B. Bernanke Speech presented at Federal Reserve Bank of Kansas City's Annual Economic Symposium, Jackson Hole, Wyoming, August 21, 2009.

Statement of John C. Dugan, Comptroller of the Currency, before the Financial Crisis Inquiry Commission, April 8, 2010.

Alan Greenspan, "Question: Is there a New Economy?" Remarks by Chairman Alan Greenspan at the Haas Annual Business Faculty Research Dialogue, University of California, Berkeley, California, September 4, 1988.

**Websites and Other Data Sources**

"The Financial Crisis: A Timeline of Events and Policy Actions," Federal Reserve Bank of St. Louis, http://timeline.stlouisfed.org/index.cfm?p=timeline

Bloomberg

Board of Governors of the Federal Reserve System

Bureau of Labor Statistics

Federal Reserve Economic Data, U.S. Bureau of Economic Analysis, Series ID GDPC1

FHFA Monthly House Price Indexes for Census Divisions and (U.S. Purchase-Only Index) and U.S. Census Bureau , Current Population Survey, Annual Social and Economic Supplements, Table H-8

Freddie Mac

Federal Reserve Bank of Kansas City - https://www.kansascityfed.org/research/indicatorsdata/kcfsi.

HYPOSTAT 2013, A Review of Europe's Mortgage and Housing Markets, November 2013; Teranet and National Bank of Canada (http://www.housepriceindex.ca/Default.aspx)

Inside Mortgage Finance, The 2013 Mortgage Market Statistical Annual Volumes I and II.

Inside Mortgage Finance, The 2010 Mortgage Market Statistical Annual, Volume I.

National Association of Realtors; Housing Affordability Index, http://www.realtor.org/topics/housing-affordability-index/methodology

FHFA Purchase-Only Indexes (Estimated using Sales Price Data) - States from http://www.fhfa.gov/DataTools/Downloads/Pages/House-Price-Index-Datasets.aspx#mpo

RealtyTrac

S&P/Case-Shiller Home Price Indices

The National Bureau of Economic Research, US Business Cycle Expansions and Contractions, http://nber.org/cycles/cyclesmain.html

U.S. Census Bureau, Housing Vacancies and Homeownership (CPS/HVS), Homeowner Vacancy Rates, by State.

U.S. Census Bureau. New Residential Construction, Annual Rate for Housing Units Authorized in Permit-Issuing Places.



Exhibit 1
**Select S&P/Case-Shiller Home Price Indices**
January 2000 – December 2012

Sources: S&P/Case-Shiller Home Price Indices; NBER Business Cycle Reference Dates (accessed at http://www.nber.org/cycles.html on August 31, 2015).
Notes:  Data are monthly and indexed to 100 at January 2000.  The S&P/Case-Shiller Home Price Indices are value-weighted based on a repeat sales methodology in 20 Metropolitan Statistical Areas. Non Seasonally Adjusted.



Exhibit 2
**Comparison of Housing Price and Median Household Income Indices**
December 1991 - December 2012

Sources: FHFA Monthly House Price Indices for Census Divisions and U.S. (Purchase-Only Index); U.S. Census Bureau, Current Population Survey, Annual Social and Economic Supplements, Table H-8 at https://www.census.gov/hhes/www/income/data/historical/household/



Exhibit 3
**Housing Price Indices for the U.S. and "Sand States"**
Q1 1991 - Q4 2012

Source:  FHFA Purchase-Only Indexes (Estimated using Sales Price Data) - States from
http://www.fhfa.gov/DataTools/Downloads/Pages/House-Price-Index-Datasets.aspx#mpo. Accessed on  July 21, 2015.
Quarterly Housing Price Index.



Exhibit 4
**Aggregrate Value of Residential Mortgage Loan Originations**
1990 - 2012

Sources:  Inside Mortgage Finance, The 2013 Mortgage Market Statistical Annual and  Inside Mortgage Finance, The 2010 Mortgage Market Statistical Annual.



Exhibit 5
**Home Mortgage Debt Outstanding**
Q1 1990 - Q4 2012

Source:  Board of Governors of the Federal Reserve System (LA153165105.Q accessed April 9, 2014). Created from the Z.1 Statistical Release dated March 06, 2014.



Exhibit 6
**Home Mortgage Debt Outstanding
as a Percentage of Gross Domestic Product**
1990 - 2012

Source:  Board of Governors of the Federal Reserve System. (FL893065105.A and FA086902005.A) Created from the Z.1 Statistical Release dated
March 06, 2014. http://www.federalreserve.gov/datadownload/Build.aspx?rel=Z1



Exhibit 7
**Aggregate Value of**
**Subprime Residential Mortgage Loan Originations**
1990 - 2012

Sources:  Inside Mortgage Finance, The 2013 Mortgage Market Statistical Annual, Volume I, pages 16-17; and Inside Mortgage Finance, The 2010 Mortgage Market Statistical Annual Volume I, page 3-4.





Exhibit 9
**Securitization Rates for Home Mortgages**
2001 - 2012

Source:  Inside Mortgage Finance, The 2013 Mortgage Market Statistical Annual, Volume II, page 2.



Exhibit 10

**Aggregrate Value of Private Label**
**Residential Mortgage Loan Securitizations**

1995 - 2012

Source: Inside Mortgage Finance, The 2013 Mortgage Market Statistical Annual, Volume II, page 18.



Exhibit 11
**Housing Affordability and First-Time Homebuyer Affordability
Indices**
1990 - 2012

Source: National Association of Realtors. http://www.realtor.org/topics/housing-affordability-index.
Note: A value of 100 means that a family with the median income has exactly enough income to qualify for a mortgage on a median-priced home, and a value above 100 signifies that a family earning the median income has more than enough income to qualify for a mortgage loan on a median-priced home, assuming a 20 percent down payment. See http://www.realtor.org/topics/housing-affordability-index/methodology."



Exhibit 12
**Year-Over-Year Percent Change in Freddie Mac House Price Index**
January 1980 – December 2012

Source: Freddie Mac.
Note: The Freddie Mac House Price Index is an estimate of national house prices based on repeat transactions data. The index is not inflation-adjusted.
Year-over-year percent change is calculated based on the reported index values.



Exhibit 13
**New Residential Construction**
**Annual Rate for Housing Units Authorized in Permit-Issuing Places**
January 1990 - December 2012

Source: U.S. Census Bureau. New Residential Construction, Annual Rate for Housing Units Authorized in Permit-Issuing Places: United States. Data Extracted on: July 20, 2015. Seasonally Adjusted.



Exhibit 14
**Homeowner Vacancy Rates for the U.S. and "Sand States"**
1996 - 2012 (Fourth Quarter of Each Year)

Source: U.S. Census Bureau, Housing Vacancies and Homeownership (CPS/HVS), Homeowner Vacancy Rates, by State: 1996 to 2012.





Exhibit 15
**Nominal House Price Indices for the G7**
2003 - 2012

Sources: HYPOSTAT 2013, A Review of Europe's Mortgage and Housing Markets, November 2013; Teranet and National Bank of Canada (http://www.housepriceindex.ca/Default.aspx)
Note: Japan is also a member of G7, however, data for Japan are not available from the source indicated.



Exhibit 16
**Percent of U.S. Residential Loans Reported 30+ Days Delinquent**
January 2005 – December 2012

Source:  Bloomberg.
Note:  Bloomberg states that the percentage is based on U.S. residential loans within the Bloomberg non-agency database that are "30 days delinquent or more (30[+], REO, or foreclosure) as a percentage of loans that provided delinquency figures within the reported month...  The Bloomberg non-agency loan database is comprised of over 12 million active loans."



Exhibit 17
**Real Estate Owned Homes (REO) and Short Sales
as a Percentage of All Home Sales**
Q1 2006 - Q4 2012

Short Sales:  16.0%
+   REO Sales: 22.1%
Q1 2009 Total: 38.1%

Pre-Foreclosure Sales (Short Sales)

REO Sales

Percentage of All Home Sales

Source:  RealtyTrac.



Exhibit 18
**Kansas City Financial Stress Index**
Feburary 1990 - December 2012

Source:  Federal Reserve Bank of Kansas City.



Exhibit 19
**Year-Over-Year Change in Real GDP**
Q1 2000 – Q4 2012

Source:  Federal Reserve Economic Data, US. Bureau of Economic Analysis, Series ID GDPC1.
Note:  Real Gross Domestic Product ("GDP") is the inflation-adjusted value of the goods and services produced by labor and property located in the United States.  The year-over-year change in real GDP is calculated as the change in the annualized seasonally-adjusted estimate of real GDP from the same quarter in the prior year.



Exhibit 20
**Seasonally Adjusted Unemployment Rate**
January 1990 - December 2012

Source: Bureau of Labor Statistics, http://data.bls.gov/pdq/SurveyOutputServlet. Data extracted on July 21, 2015.

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union,<br><br>*Plaintiff,*<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,<br><br>*Defendants.* | Case No. 11-cv-2340-JWL-JPO |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>*Plaintiff,*<br><br>v.<br><br>RBS SECURITIES, INC., et al.<br><br>*Defendants.* | Case No. CV 11-05887 GHW (JEMx) |

# DECLARATION OF JAMES R. BARTH

I, James R. Barth, declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration.  If called upon as a witness, I could and would testify competently to them.

2.      I submitted an expert rebuttal report in these two cases on October 16, 2015 ("Report").

3.      The statements made in my Report constitute my opinions and testimony in these cases.  I hereby verify the statements made in my Report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed in Auburn, Alabama on March 21, 2016.

James R. Barth