IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>               Plaintiff,<br><br>v.<br><br>RBS SECURITIES INC. formerly known as Greenwich Capital Markets, Inc., et al.,<br><br>               Defendants. | Case No. 11-cv-2340 JWL<br><br>Judge John W. Lungstrum<br><br>**Oral Argument Requested** |

### THE RBS DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF NCUA'S PROPOSED EXPERT JOHN K. WALD

Defendants RBS Securities Inc., RBS Acceptance Inc., Financial Asset Securities Corporation (collectively, "RBS"), pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), move to exclude in part the testimony of John K. Wald, Ph.D. intended to be offered by Plaintiff National Credit Union Administration Board ("NCUA"). For the reasons set forth in the Memorandum in Support filed contemporaneously with this Motion, the Court should exclude Mr. Wald's opinions in part.

RBS respectfully requests the Court to exclude in part the testimony of John K. Wald, Ph.D., and for such other and further relief as the Court deems proper.

DATED:  March 22, 2016					Respectfully Submitted,

By:  /s/ *Jeffery A. Jordan*
Jeffery A. Jordan, #12574
jjordan@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone:  (316) 267-6371
Facsimile:  (316) 267-6345

R. Alexander Pilmer, CA Bar No. 166196
alexander.pilmer@kirkland.com
David I. Horowitz, CA Bar No. 248414
david.horowitz@kirkland.com
Derek M. Milosavljevic, CA Bar No. 255134
derek.milosavljevic@kirkland.com
Jay L. Bhimani, CA Bar No. 267689
jay.bhimani@kirkland.com
Kristin E. Rose, CA Bar No. 278284
kristin.rose@kirkland.com
Gavin C.P. Campbell, CA Bar No. 286270
gavin.campbell@kirkland.com
Colin J. Michel, CA Bar No. 291184
colin.michel@kirkland.com
Heather F. Canner, CA Bar No. 292837
heather.canner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
**Admitted *Pro Hac Vice***

Attorneys for Defendants
*RBS Securities Inc., RBS Acceptance Inc., and Financial Asset Securities Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2016, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jeffery A. Jordan*
Jeffery A. Jordan