**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union<br><br>                 Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., et al.,<br><br>                 Defendants. | Case No. 11-CV-2340-JWL-JPO |

**INDEX OF EXHIBITS IN SUPPORT OF NOMURA HOME EQUITY**
**LOAN, INC.'S MEMORANDUM IN OPPOSITION TO NCUA'S MOTION**
**TO EXCLUDE THE EXPERT TESTIMONY OF WALTER TOROUS, PH.D.**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Expert Report of Walter Torous, Ph.D., dated Aug. 14, 2015 |
| 2 | Amended Reply Expert Report of Walter Torous, Ph.D. on behalf of Nomura Home Equity Loan, Inc., dated Jan. 26, 2016 |
| 3 | Third Amended Rebuttal Report of Walter Torous, Ph.D. on behalf of Nomura Home Equity Loan, Inc., dated Jan. 26, 2016 |
| 4 | Expert Report of Steven I. Butler on the Re-Underwriting of Sampled Loans, dated Aug. 14, 2015 and excerpted Appendix 1 and Appendix 3 to Report |
| 5 | Amended Rebuttal Report of Anthony Saunders, dated Dec. 4, 2015 |
| 6 | Tomasz Piskorski, Amit Seru and James Witkin, *Asset Quality Misrepresentation by Financial Intermediaries: Evidence from RMBS Market*, Colum. Bus. School Research Paper No. 13-7, dated Feb. 12, 2013 |
| 7 | John M. Griffin and Gonzalo Maturana, *Who Facilitated Misreporting in Securitized Loans?* dated January 2016 |
| 8 | Excerpts from the Deposition Transcript of Anthony Saunders, dated Jan. 29, 2016 |
| 9 | Yuliya Demyanyk & Otto Van Hemert, *Understanding the Subprime Mortgage Crisis*, 24 The Review of Financial Studies 1848, dated 2011 |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 10 | Expert Report of Michael Forester Submitted on behalf of Nomura Home Equity Loan, Inc., dated Oct. 16, 2015 and Exhibits 1-3 to Report |
| 11 | Excerpts from the Deposition Transcript of James Barth, Ph.D., dated Feb. 5, 2016 |
| 12 | Excerpts from the Deposition Transcript of Walter Torous, Ph.D., dated Feb. 11, 2016 |
| 13 | W. Archer and B. Smith, *Residential Mortgage Default: The Roles of House Price Volatility, Euphoria and the Borrower's Put Option*, Fed. Reserve Bank of Richmond Working Paper No. 10-02, dated Feb. 2010 |
| 14 | Excerpts from the Deposition Transcript of John Finnerty, Ph.D., dated Jan. 20, 2016 |
| 15 | Vectors Support, Andrew Davidson & Co, available at https://www.ad-co.com/vectors_index |
| 16 | Vectors Prepayment & Credit Models, Andrew Davidson & Co, available at https://www.ad-co.com/prepayment_credit_models |
| 17 | PDF printout of the native Microsoft Excel spreadsheet titled, "Torous Tuned Model Differentials.xlsx" |
| 18 | Expert Rebuttal Report of John D. Finnerty, dated Dec. 4, 2015 and Exhibit G1 to Report |

Dated:  May 6, 2016							Respectfully Submitted,

NOMURA HOME EQUITY LOAN, INC.,

By:   /s/ Martin M. Loring
         One of its Attorneys

By:   /s/ Christina M. Pyle
         One of its Attorneys

Martin M. Loring, KS #20840
martin.loring@huschblackwell.com
Christina M. Pyle, KS #25019
christina.pyle@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: 816-983-8000
Fax: 816-983-8080

Barbara S. Steiner (*pro hac vice*)
Matthew J. Thomas (*pro hac vice*)
Casey Grabenstein (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: 312-222-9350
Fax: 312-527-0484
Email: bsteiner@jenner.com

Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066
Email: mhellman@jenner.com

*Attorneys for Defendant Nomura Home Equity Loan, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on May 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Martin M. Loring

Martin M. Loring