# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union,<br><br>*Plaintiff*,<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., RBS ACCEPTANCE, INC., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC., FINANCIAL ASSET SECURITIES CORP., NOVASTAR MORTGAGE FUNDING CORP., and NOMURA HOME EQUITY LOAN, INC.,<br><br>*Defendants*. | Case No. 11-cv-2340-JWL<br><br>**FILED UNDER SEAL** |

## PLAINTIFF NCUA'S INDEX OF EXHIBITS IN SUPPORT OF ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF WALTER TOROUS, PH.D.

| | |
|---|---|
| Exhibit A | Rebuttal Expert Report of Joel B. Spolin (Oct. 16, 2015) |
| Exhibit B | April 18, 2014 Letter from Michael Klenov to David Horowitz (Apr. 18, 2014) |
| Exhibit C | GLENN M. SCHULTZ, INVESTING IN MORTGAGE BACKED AND ASSET-BACKED SECURITIES: FINANCIAL MODELING WITH R AND OPEN SOURCE ANALYTICS (2016) (excerpts) |