**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,

Plaintiff,

v.

RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,

Defendants.

Case Nos. 11-cv-2340-JWL-JPO

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union et al.,

Plaintiff,

v.

UBS SECURITIES, LLC, et al.

Defendants,

and

RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,

Defendants-Intervenors.

Case No. 12-cv-2591-JWL-JPO

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union et al.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA), LLC, et al.<br><br>Defendants.<br>and<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,<br><br>Defendants-Intervenors. | Case No. 12-cv-2648-JWL-JPO |

**SETTLING PARTIES' JOINT MOTION FOR A CONTRIBUTION BAR ORDER**

Plaintiff National Credit Union Administration Board, as liquidating agent ("NCUA"), and Defendants / Defendants-Intervenors RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., Financial Asset Securities Corp., and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance, Inc. ("RBS"; together with NCUA, the "Settling Parties") respectfully move for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against RBS for contribution or indemnity in connection with certain residential mortgage-backed security Certificates at issue in the above-captioned cases. The Settling Parties incorporate their memorandum in support as if fully stated herein.

Dated: October 17, 2016

Respectfully submitted,

/s/ Steven M. Berezney
Steven M. Berezney
Stephen M. Tillery
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
sberezney@koreintillery.com
stillery@koreintillery.com

Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff NCUA*

/s/ Jeffery A. Jordan
Jeffery A. Jordan, KS #12574
jjordan@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: (316) 267-6371
Facsimile: (316) 267-6345

R. Alexander Pilmer, CA Bar No. 166196
alexander.pilmer@kirkland.com
David I. Horowitz, CA Bar No. 248414
david.horowitz@kirkland.com
Derek M. Milosavljevic, CA Bar No. 255134
derek.milosavljevic@kirkland.com
Jay L. Bhimani, CA Bar No. 267689
jay.bhimani@kirkland.com
Kristin E. Rose, CA Bar No. 278284
kristin.rose@kirkland.com
Gavin C.P. Campbell, CA Bar No. 286270
gavin.campbell@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
***Admitted Pro Hac Vice***

*Attorneys for Defendants*
*RBS Securities Inc., RBS Acceptance Inc., and Financial Asset Securities Corp.*