IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for U.S. Central Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>RBS SECURITIES INC., formerly known as Greenwich Capital Markets, Inc., *et al.*,<br><br>Defendants. | Case No. 11-cv-02340-JWL |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union ("NCUA"), and Defendants RBS Securities Inc., RBS Acceptance Inc., Financial Asset Securities Corp., and Nomura Home Equity Loan, Inc. (the "Settling Defendants," and, together with NCUA, the "Parties") have reached a settlement disposing of all claims asserted among them in the above-captioned case. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties jointly move to dismiss with prejudice all of NCUA's claims against the Settling Defendants, with each Party to bear its own costs.

1

Date:  November 7, 2016

| | |
|---|---|
| | /s/ Steven M. Berezney |
| Norman E. Siegel (D. Kan. # 70354) | Stephen M. Tillery, *pro hac vice* |
| Rachel E. Schwartz (Kan. # 21782) | Steven M. Berezney (D. Kan. # 78424) |
| STUEVE SIEGEL HANSON LLP | Michael E. Klenov, *pro hac vice* |
| 460 Nichols Road, Suite 200 | John C. Craig, *pro hac vice* |
| Kansas City, MO 64112 | Noah Smith-Drelich, *pro hac vice* |
| Tel: (816) 714-7100 | KOREIN TILLERY LLC |
| Fax: (816) 714-7101 | 505 North Seventh Street, Suite 3600 |
| siegel@stuevesiegel.com | St. Louis, Missouri 63101-1625 |
| schwartz@stuevesiegel.com | Tel: (314) 241-4844 |
| | Fax: (314) 241-3525 |
| Mark C. Hansen, *pro hac vice* | stillery@koreintillery.com |
| David C. Frederick, *pro hac vice* | sberezney@koreintillery.com |
| Gregory G. Rapawy, *pro hac vice* | mklenov@koreintillery.com |
| Wan J. Kim, *pro hac vice* | jcraig@koreintillery.com |
| Joseph S. Hall, *pro hac vice* | nsmithdrelich@koreintillery.com |
| Scott K. Attaway, *pro hac vice* | |
| Andrew C. Shen, *pro hac vice* | George A. Zelcs, *pro hac vice* |
| KELLOGG, HUBER, HANSEN, TODD, | Randall P. Ewing , Jr., *pro hac vice* |
| EVANS & FIGEL, P.L.L.C. | KOREIN TILLERY LLC |
| Sumner Square | 205 North Michigan Avenue, Ste. 1950 |
| 1615 M Street, N.W., Suite 400 | Chicago, IL 60601 |
| Washington, D.C. 20036 | Tel: (312) 641-9760 |
| Tel: (202) 326-7900 | Fax:  (312) 641-9751 |
| Fax:  (202) 326-7999 | gzelcs@koreintillery.com |
| mhansen@khhte.com | rewing@koreintillery.com |
| dfrederick@khhte.com | |
| grapawy@khhte.com | Greg G. Gutzler (D. Kan. # 78425) |
| wkim@khhte.com | Tamara M. Spicer (D. Kan. # 78426) |
| jhall@khhte.com | ELIAS GUTZLER SPICER LLC |
| sattaway@khhte.com | 1924 Chouteau Ave., Ste W |
| ashen@khhte.com | St. Louis, MO 63103 |
| | Tel: (314) 833-6645 |
| | Fax: (314) 621-7607 |
| | ggutzler@egslitigation.com |
| | tspicer@egslitigation.com |

*Counsel for Plaintiff National Credit Union Administration*

| | |
|---|---|
| /s/ Jeffrey A. Jordan | /s/ Martin A. Loring |

Mikel L. Stout, #05811  
mstout@foulston.com  
Jeffery A. Jordan, #12574  
jjordan@foulston.com  
FOULSTON SIEFKIN LLP  
1551 N. Waterfront Parkway, Suite 100  
Wichita, KS 67206-4466  
Tel: (316) 267-6371  
Fax: (316) 267-6345  

R. Alexander Pilmer, CA Bar No. 166196  
alexander.pilmer@kirkland.com  
David I. Horowitz, CA Bar No. 248414  
david.horowitz@kirkland.com  
Jay L. Bhimani, CA Bar No. 267689  
jay.bhimani@kirkland.com  
Kristin E. Rose, CA Bar No. 278284  
kristin.rose@kirkland.com  
Gavin C.P. Campbell, CA Bar No. 286270  
gavin.campbell@kirkland.com  
Colin J. Michel, CA Bar No. 291184  
colin.michel@kirkland.com  
KIRKLAND & ELLIS LLP  
333 South Hope Street  
Los Angeles, CA 90071  
Tele: (213) 680-8400  
Fax: (213) 680-8500  
Admitted *Pro Hac Vice* in Kansas  

*Attorneys for RBS Securities Inc.; RBS Acceptance Inc.; and Financial Asset Securities Corp.*

Martin M. Loring, KS #20840  
Husch Blackwell LLP  
4801 Main Street, Suite 1000  
Kansas City, MO 64112  
Tel: (816) 983-8000  
Fax: (816) 983-8080  

Barbara S. Steiner  
Matthew J. Thomas  
Casey T. Grabenstein  
JENNER & BLOCK LLP  
353 N. Clark St.  
Chicago, IL 60654  
Tel: (312) 923-2611  
Fax: (312) 840-7611  

*Attorneys for Nomura Home Equity Loan, Inc.*

3