**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent for U.S. Central Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>RBS SECURITIES INC., formerly known as Greenwich Capital Markets, Inc., *et al.*,<br><br>Defendants. | Case No. 11-cv-02340-JWL |

**ORDER DISMISSING NCUA'S CLAIMS AGAINST
THE RBS AND NOMURA DEFENDANTS WITH PREJUDICE**

This matter comes before the Court on the Joint Motion to Dismiss With Prejudice filed by Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union ("NCUA"), and Defendants RBS Securities Inc., RBS Acceptance Inc., Financial Asset Securities Corp., and Nomura Home Equity Loan, Inc. (the "Settling Defendants," and, together with NCUA, the "Parties"). For good cause shown, the motion is hereby GRANTED.

NCUA's claims against the Settling Defendants are hereby DISMISSED WITH PREJUDICE. Each of the Parties will bear its own costs.

IT IS SO ORDERED.

Date: November 7, 2016          s/ John W. Lungstrum
                                JOHN W. LUNGSTRUM
                                UNITED STATES DISTRICT JUDGE

1